# EXHIBIT A

**COMPASS**

# Compass Mining launches a limited VIP hardware and hosting bundle.

With the VIP Bundle, Compass miners have access to an exclusive hardware and hosting offering at prices that were previously beyond the reach of retail miners.

COMPASS
2 AUG 2021  ·  2 MIN READ

, the world's first online marketplace for Bitcoin mining hardware and hosting, announces today a new VIP Bundle offering that provides exclusive access to mining hardware and hosting at similar rates paid by the largest public mining companies in the world.

Bundles are now available with no purchase limit per customer. Previously only available to the largest mining corporations, the new VIP Bundle is a commonplace hardware purchase plan designed for Compass' rapidly growing cohort of retail miners.

"Compass miners already have access to the best miners, facilities, and service in the industry. Now we're expanding our product offerings to include an exclusive opportunity to enjoy a bundled hardware and hosting offering that has historically been beyond the reach of retail miners," said Whit Gibbs, CEO of Compass Mining. "The VIP Bundle is designed to give Compass miners monthly access to top-of-the-line mining machines at a reasonable price point."

Starting in December, Compass miners who select a VIP Bundle will receive the following:

- **Twelve (12) new Antminer S19j** (90 TH). One (1) unit will come online each month from December 2021 to November 2022.

- An all-in hosting fee of **$0.053/kwh.**

- Rack space at a facility in Russia's Krasnoyarsk Krai region powered by **renewable energy sources.**

VIP bundles are available as long as supplies last. Average price per unit is $5,400 or $60/TH. To claim a bundle, visit: compassmining.io/vipbundle.

## Here's how it works.

- Machines are owned by the purchasing customer and are **shipped directly from Bitmain**.

- Shipments **start in November 2021,** but time between shipment and deployment lasts about four (4) weeks. The first installment of machines will start hashing in December 2021.

- Claiming a bundle requires an **upfront deposit** and an additional **monthly payment of $3,780** for the duration of the 12-month purchase plan.

- Bundles also include hosting, which require a deposit equivalent to **one month of hosting for 12 machines** followed by regular monthly hosting payments when the machines are hashing. The full **hosting deposit is returned** at the end of the 12-month hosting contract.

# EXHIBIT B

# BitRiver Bolsters North American Presence: Appoints HASHR8's Compass as Exclusive Representative

*Investors in North America can now get domestic access to BitRiver's colocation services and turnkey solutions for low-carbon cryptocurrency mining in Russia*

**MOSCOW, DECEMBER 29, 2020 -** BitRiver, the largest provider of colocation services for cryptocurrency mining in Russia and CIS countries, is strengthening its foothold in North America by appointing Compass, the world's premier bitcoin mining marketplace, as its exclusive representative across North America. Compass is backed by the prominent bitcoin mining and media company HASHR8.

The Siberian region of Russia, where BitRiver's professionally managed datacenters are located, reportedly generates about 5 GW of surplus from renewable hydropower. This allows BitRiver to offer its hosting clients some of the lowest electricity rates in the world while guaranteeing them an uptime of 99.9%, among the highest in the industry. To further reduce downtime, the datacenters are equipped with on-site repair facilities operated by technicians who are certified by the world's leading miner manufacturers. This new partnership allows investors in North America to access BitRiver's enterprise-grade, low-cost and low-carbon cryptocurrency mining facilities in Russia by signing a contract with US-based Compass. Thereon, rest of the client onboarding process and the after-sale support will also be provided by Compass.

"BitRiver has long been a trusted name in the bitcoin mining industry, we are pleased to call them our exclusive hosting partner in Russia," said Whit Gibbs, CEO and Founder of HASHR8. "BitRiver's responsiveness, service, and support are among the best in the world. We are excited to help more Compass users host their ASICs in BitRiver's world-class facilities."

Russia's major crypto-related bill, called "On Digital Financial Assets," or DFA, was signed into law in July. Although the bill itself does not mention cryptocurrency mining in any form, a proposed amendment to the bill by Russia's Ministry of Finance seeks to lay out some regulations for cryptocurrency mining. Even if this proposed amendment takes effect, mining operations can continue providing colocation services to overseas clients.

"We at BitRiver strongly believe that cryptocurrency mining should be done sustainably. In line with this belief, we use only surplus and renewable energy for our operations. Investors in North America who would like to either host their mining machines with us or access one of our turnkey solutions can now do so directly through the Compass marketplace," said Mr. Igor Runets, CEO and Founder of BitRiver.

Low-carbon cryptocurrency mining is seeing increasing interest among institutional investors in North America. Recently, the North American payment giant Square announced support for greener Bitcoin mining as part of a zero-carbon pledge. Other North American companies are finding creative ways to reduce the environmental impact of Bitcoin mining. BitRiver's use of only surplus and renewable energy provides investors an alternative that is not only low-carbon and low-cost, but is also already operating at an industrial scale.

**About BitRiver:** Founded by Igor Runets in 2017 and headquartered in Moscow, BitRiver LLC provides hosting services and turnkey solutions for large-scale cryptocurrency mining operations to institutional investors around the world. BitRiver employs nearly 100 full-time staff in three offices across Russia and full-time sales' representatives in China, Japan, UAE and USA. With a vision of powering the most promising tech of today and tomorrow through low cost and sustainable energy, BitRiver currently utilizes only surplus hydroelectric power to operate the largest data center that offers co-location services for bitcoin mining in Russia and the CIS region.

**About Compass:** Compass is the world's premier bitcoin mining marketplace. Compass allows bitcoin miners to easily source their ASICs and find hosting space at the best facilities in the world. Compass was launched to give everyone the ability to mine bitcoin and is the smart choice for those looking to start or scale their mining operation.

**About HASHR8:** HASHR8 is a modern mining company focused on democratizing bitcoin mining while providing actionable insights through research and media. Founded in 2019, HASHR8 gained credibility through their trustworthy content and candid interviews with the leading professionals in the industry, leading Forbes to name them one of the Top 10 Cryptocurrency Podcasts of 2020.

**Media contact:**

Exhibit B to Compaint 2

November 2021
bitriver@blocksbridge.com
BlocksBridge Consulting Limited

BitRiver

Navigate

Privacy Policy          About
Sitemap                 Why Us
Contact

BITRIVER

Exhibit B to Compaint 3

# EXHIBIT C

Exhibit C to Compaint 1



# Equipment Ownership Confirmation Certificate

This ownership confirmation certificate identifies the ownership of specific cryptocurrency mining equipment (your "Equipment") that is owned by you in connection with your Hosting Services Agreement entered into with Compass Mining, Inc. ("Compass"). The Equipment is being identified and certified as it is located within the hosting facility in Russia, which was operated by BitRiver AG.

As part of complying with our contractual obligations, Compass Mining, Inc. is providing you with confirmation of your Equipment ownership as follows:

Email: jo

| Reservation | Serial Number | Mac Address | Model |
|---|---|---|---|
| cd8abc91-3168-4b7a- ███ | HQDZ67AE███ | 32███ | Antminer S19 Pro |
| ███ b4e5-6bfb1452ee69 | ███AABE01E2 | ███17:37:A0 | Antminer S19 Pro |
| ███ | | | Antminer S19 Pro |
| ███ | | | Antminer S19 Pro |
| ███ | | | Antminer S19 Pro |
| ███ | | | Antminer S19 Pro |
| ███ | | | Antminer S19 Pro |
| ███ | | | Antminer S19 Pro |
| ███ | | | Antminer S19 Pro |
| ███ | | | Antminer S19 Pro |
| ███ | | | Antminer S19 Pro |
| ███ | | | Antminer S19 Pro |
| ███ | | | Antminer S19 Pro |
| ███ | | | Antminer S19 Pro |
| ███ | | | Antminer S19 Pro |
| ███ | | | Antminer S19 Pro |

Exhibit C to Compaint 2

| Reservation | Serial Number | Mac Address | Model |
|---|---|---|---|
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |

Exhibit C to Compaint 3

| Reservation | Serial Number | Mac Address | Model |
|---|---|---|---|
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |

Exhibit C to Compaint 4

| Reservation | Serial Number | Mac Address | Model |
|---|---|---|---|
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |

Exhibit C to Compaint 5

| Reservation | Serial Number | Mac Address | Model |
|---|---|---|---|
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19 Pro |
| | | | Antminer S19j |
| | | | Antminer S19j |
| | | | Antminer S19j |
| | | | Antminer S19j |
| | | | Antminer S19j |
| | | | Antminer S19j |
| | | | Antminer S19j |
| | | | Antminer S19j |
| | | | Antminer S19j |
| | | | Antminer S19j |
| | | | Antminer S19j |
| | | | Antminer S19j |

Exhibit C to Compaint 6

| Reservation | Serial Number | Mac Address | Model |
|---|---|---|---|
| | | | Antminer S19j |
| | | | Antminer S19j |
| | | | Antminer S19j |
| | | | Antminer S19j |
| | | | Antminer S19j |
| | | | Antminer S19j |
| | | | Antminer S19j |
| | | | Antminer S19j |
| | | | Antminer S19j |
| | | | Antminer S19j |
| | | | Antminer S19j |
| | | | Antminer S19j |
| | | | Antminer S19j |
| | | | Antminer S19j |
| | | | Antminer S19j |
| | | | Antminer S19j |
| | | | Antminer S19j |
| | | | Antminer S19j |



Should you have any questions with respect to the foregoing or your Equipment, please let us know.

The foregoing information is true and correct, to the best of Compass' knowledge and based on information provided by the facility, as of the date set forth below.

**Signed and Dated:**

**Compass Mining, Inc.**

Name: Whitney Gibbs
Title: CEO

Dated: 5/5/2022

Exhibit C to Compaint 7

# EXHIBIT D

# Invoice

 **COMPASS**

B&H - 20 S19 Pros - John Vanhara

**From**

Compass Mining, Inc.
251 Little Falls Dr.
Wilmington, DE, 19808
United States

**To**

John Vanhara
United States

**Invoice No.**
INV-165

**Date**
May 18 2021

**Invoice Due**
May 18 2021

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Antminer S19 Pro 110 TH - Buy and Host - Irkutsk Region, Russia | 20 | 13500.00 | USD 270000.00 |
| Hosting Deposit (1 Month) 3.25kw x 24 hours x 31 days x $0.045/kwh | 20 | 108.81 | USD 2176.20 |
| Hosting Prepayment (1 Month) 3.25kw x 24 hours x 31 days x $0.045/kwh | 20 | 108.81 | USD 2176.20 |

| | |
|---|---|
| Sub Total | 274,352.40 |
| **Total** | **USD 274,352.40** |
| **Paid to Date** | **USD 0.00** |
| Balance | |
| | **USD 274,352.40** |

**Invoice Note**

US Wires:
█████ Bank
████████████

International Wires:
█████ Bank
████████████

**Email:** payments@compassmining.io

Exhibit D to Compaint 2

# EXHIBIT E

 John Vanhara

## Compass Mining - Update on Russian Facilities

1 message

**support@compassmining.io** <support@compassmining.io>          Thu, Feb 24, 2022 at 7:30 PM
To: jo



Dear Compass Miners,

We are deeply saddened for those impacted by the developing situation in Ukraine. We do have two operational facilities in Russia and wanted to provide an update given the recent events.

We have been in communication with our partner in Russia and have been reassured that the geopolitical situation does not affect the internal and external processes of the company in any way. The single hosting provider we contract with will continue to provide services, maintain all agreements, and adhere to a positive long-term relationship for the development of our business in Russia.

Our thoughts and prayers are with the individuals and families who are on the ground in Ukraine.

The Compass Team



Help Center

© 2021 Compass Mining, Inc. All Rights Reserved.

Exhibit E to Compaint 2

1/1

# EXHIBIT F



**Whit Gibbs | Compass Mining** 03/04/2022
@everyone a quick update on Russia -

At this time it is "business as usual", and there is no reason to be worried.  I am monitoring closely how sanctions could impact mining but they don't seem to impact us whatsoever.
If you would like to cancel your hosting contract and have your machines redirected, Compass can send the machines to a location of your choosing but we won't be able to accommodate them at another Compass location at this time.  Please be aware that additional shipping charges may apply.

Again, at this time there is no cause for concern.  I am in constant communication with our Russian hosting partner, who also sits on the Russian Government's Crypto Working Committee.
If the situation changes, Compass will take swift action to move all machines out of Russia immediately but at this time drastic action is not needed.



# EXHIBIT G

Federal Register

Vol. 86, No. 73

Monday, April 19, 2021

# Presidential Documents

---

Title 3—

The President

Executive Order 14024 of April 15, 2021

## Blocking Property With Respect To Specified Harmful Foreign Activities of the Government of the Russian Federation

By the authority vested in me as President by the Constitution and the laws of the United States of America, including the International Emergency Economic Powers Act (50 U.S.C. 1701 *et seq.*) (IEEPA), the National Emergencies Act (50 U.S.C. 1601 *et seq.*) (NEA), section 212(f) of the Immigration and Nationality Act of 1952 (8 U.S.C. 1182(f)), and section 301 of title 3, United States Code,

I, JOSEPH R. BIDEN JR., President of the United States of America, find that specified harmful foreign activities of the Government of the Russian Federation—in particular, efforts to undermine the conduct of free and fair democratic elections and democratic institutions in the United States and its allies and partners; to engage in and facilitate malicious cyber-enabled activities against the United States and its allies and partners; to foster and use transnational corruption to influence foreign governments; to pursue extraterritorial activities targeting dissidents or journalists; to undermine security in countries and regions important to United States national security; and to violate well-established principles of international law, including respect for the territorial integrity of states—constitute an unusual and extraordinary threat to the national security, foreign policy, and economy of the United States. I hereby declare a national emergency to deal with that threat.

Accordingly, I hereby order:

**Section 1**. All property and interests in property that are in the United States, that hereafter come within the United States, or that are or hereafter come within the possession or control of any United States person of the following persons are blocked and may not be transferred, paid, exported, withdrawn, or otherwise dealt in:

(a) any person determined by the Secretary of the Treasury, in consultation with the Secretary of State, and, with respect to subsection (a)(ii) of this section, in consultation with the Attorney General, or by the Secretary of State, in consultation with the Secretary of the Treasury, and, with respect to subsection (a)(ii) of this section, in consultation with the Attorney General:

(i) to operate or have operated in the technology sector or the defense and related materiel sector of the Russian Federation economy, or any other sector of the Russian Federation economy as may be determined by the Secretary of the Treasury, in consultation with the Secretary of State;

(ii) to be responsible for or complicit in, or to have directly or indirectly engaged or attempted to engage in, any of the following for or on behalf of, or for the benefit of, directly or indirectly, the Government of the Russian Federation:

(A) malicious cyber-enabled activities;

(B) interference in a United States or other foreign government election;

(C) actions or policies that undermine democratic processes or institutions in the United States or abroad;

(D) transnational corruption;

**20250**    **Federal Register** / Vol. 86, No. 73 / Monday, April 19, 2021 / Presidential Documents

(E) assassination, murder, or other unlawful killing of, or infliction of other bodily harm against, a United States person or a citizen or national of a United States ally or partner;

(F) activities that undermine the peace, security, political stability, or territorial integrity of the United States, its allies, or its partners; or

(G) deceptive or structured transactions or dealings to circumvent any United States sanctions, including through the use of digital currencies or assets or the use of physical assets;

(iii) to be or have been a leader, official, senior executive officer, or member of the board of directors of:

(A) the Government of the Russian Federation;

(B) an entity that has, or whose members have, engaged in any activity described in subsection (a)(ii) of this section; or

(C) an entity whose property and interests in property are blocked pursuant to this order;

(iv) to be a political subdivision, agency, or instrumentality of the Government of the Russian Federation;

(v) to be a spouse or adult child of any person whose property and interests in property are blocked pursuant to subsection (a)(ii) or (iii) of this section;

(vi) to have materially assisted, sponsored, or provided financial, material, or technological support for, or goods or services to or in support of:

(A) any activity described in subsection (a)(ii) of this section; or

(B) any person whose property and interests in property are blocked pursuant to this order; or

(vii) to be owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, the Government of the Russian Federation or any person whose property and interests in property are blocked pursuant to this order.

(b) any person determined by the Secretary of the Treasury, in consultation with the Secretary of State, to have materially assisted, sponsored, or provided financial, material, or technological support for, or goods or services to or in support of, a government whose property and interests in property are blocked pursuant to chapter V of title 31 of the Code of Federal Regulations or another Executive Order, and to be:

(i) a citizen or national of the Russian Federation;

(ii) an entity organized under the laws of the Russian Federation or any jurisdiction within the Russian Federation (including foreign branches); or

(iii) a person ordinarily resident in the Russian Federation.

(c) any person determined by the Secretary of State, in consultation with the Secretary of the Treasury, to be responsible for or complicit in, or to have directly or indirectly engaged in or attempted to engage in, cutting or disrupting gas or energy supplies to Europe, the Caucasus, or Asia, and to be:

(i) an individual who is a citizen or national of the Russian Federation; or

(ii) an entity organized under the laws of the Russian Federation or any jurisdiction within the Russian Federation (including foreign branches).

(d) The prohibitions in subsections (a), (b), and (c) of this section apply except to the extent provided by statutes, or in regulations, orders, directives, or licenses that may be issued pursuant to this order, and notwithstanding any contract entered into or any license or permit granted before the date of this order.

**Sec. 2.** The prohibitions in section 1 of this order include:

(a) the making of any contribution or provision of funds, goods, or services by, to, or for the benefit of any person whose property and interests in property are blocked pursuant to this order; and

(b) the receipt of any contribution or provision of funds, goods, or services from any such person.

**Sec. 3**. (a) The unrestricted immigrant and nonimmigrant entry into the United States of noncitizens determined to meet one or more of the criteria in section 1 of this order would be detrimental to the interests of the United States, and the entry of such persons into the United States, as immigrants or nonimmigrants, is hereby suspended, except when the Secretary of State or the Secretary of Homeland Security, as appropriate, determines that the person's entry would not be contrary to the interests of the United States, including when the Secretary of State or the Secretary of Homeland Security, as appropriate, so determines, based on a recommendation of the Attorney General, that the person's entry would further important United States law enforcement objectives.

(b) The Secretary of State shall implement this authority as it applies to visas pursuant to such procedures as the Secretary of State, in consultation with the Secretary of Homeland Security, may establish.

(c) The Secretary of Homeland Security shall implement this order as it applies to the entry of noncitizens pursuant to such procedures as the Secretary of Homeland Security, in consultation with the Secretary of State, may establish.

(d) Such persons shall be treated by this section in the same manner as persons covered by section 1 of Proclamation 8693 of July 24, 2011 (Suspension of Entry of Aliens Subject to United Nations Security Council Travel Bans and International Emergency Economic Powers Act Sanctions).

**Sec. 4**. (a) Any transaction that evades or avoids, has the purpose of evading or avoiding, causes a violation of, or attempts to violate any of the prohibitions set forth in this order is prohibited.

(b) Any conspiracy formed to violate any of the prohibitions set forth in this order is prohibited.

**Sec. 5**. I hereby determine that the making of donations of the types of articles specified in section 203(b)(2) of IEEPA (50 U.S.C. 1702(b)(2)) by, to, or for the benefit of any person whose property and interests in property are blocked pursuant to this order would seriously impair my ability to deal with the national emergency declared in this order, and I hereby prohibit such donations as provided by section 1 of this order.

**Sec. 6**. For the purposes of this order:

(a) the term "entity" means a partnership, association, trust, joint venture, corporation, group, subgroup, or other organization;

(b) the term "Government of the Russian Federation" means the Government of the Russian Federation, any political subdivision, agency, or instrumentality thereof, including the Central Bank of the Russian Federation, and any person owned, controlled, or directed by, or acting for or on behalf of, the Government of the Russian Federation;

(c) the term "noncitizen" means any person who is not a citizen or noncitizen national of the United States;

(d) the term "person" means an individual or entity; and

(e) the term "United States person" means any United States citizen, lawful permanent resident, entity organized under the laws of the United States or any jurisdiction within the United States (including foreign branches), or any person in the United States.

**Sec. 7**. For those persons whose property and interests in property are blocked pursuant to this order who might have a constitutional presence in the United States, I find that because of the ability to transfer funds or other assets instantaneously, prior notice to such persons of measures to be taken pursuant to this order would render those measures ineffectual.

I therefore determine that for these measures to be effective in addressing the national emergency declared in this order, there need be no prior notice of a listing or determination made pursuant to section 1 of this order.

**Sec. 8**. The Secretary of the Treasury, in consultation with the Secretary of State, is hereby authorized to take such actions, including the promulgation of rules and regulations, and to employ all powers granted to the President by IEEPA, as may be necessary to carry out the purposes of this order. The Secretary of the Treasury may, consistent with applicable law, redelegate any of these functions within the Department of the Treasury. All departments and agencies of the United States shall take all appropriate measures within their authority to carry out the provisions of this order.

**Sec. 9**. Nothing in this order shall prohibit transactions for the conduct of the official business of the Federal Government or the United Nations (including its specialized agencies, programs, funds, and related organizations) by employees, grantees, and contractors thereof.

**Sec. 10**. The Secretary of the Treasury, in consultation with the Secretary of State, is hereby authorized to submit recurring and final reports to the Congress on the national emergency declared in this order, consistent with section 401(c) of the NEA (50 U.S.C. 1641(c)) and section 204(c) of IEEPA (50 U.S.C. 1703(c)).

**Sec. 11**. (a) Nothing in this order shall be construed to impair or otherwise affect:

(i) the authority granted by law to an executive department or agency, or the head thereof; or

(ii) the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b) This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c) This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

THE WHITE HOUSE,
*April 15, 2021.*

[FR Doc. 2021–08098
Filed 4–16–21; 8:45 am]
Billing code 3295–F1–P

# EXHIBIT H

 Gmail

**John Vanhara**

---

## Notification of Termination of Hosting Agreement; SDN Designation

1 message

---

**support@compassmining.io** <support@compassmining.io>                     Thu, Apr 21, 2022 at 2:42 PM
To: jo



*RE: Notification of Termination of Hosting Agreement; SDN Designation*

Dear Compass Customer:

As part of its enforcement efforts, Office of Foreign Assets Control ("OFAC") publishes a list of sanctioned individuals and companies owned or controlled by, or acting for or on behalf of, targeted countries.   Such individuals and companies are called "Specially Designated Nationals" or "SDNs" Once listed on the SDN List, parties subject to U.S. jurisdiction are generally prohibited from engaging in business transactions with the targeted party anywhere in the world.  In addition, U.S. persons are required to block the assets of the targeted party that come within the U.S. person's possession and not deal in them.

Compass Mining, Inc.'s ("Compass") hosting facility partner in Russia, BitRiver AG and its Russian based subsidiaries ("BitRiver"), were added to the SDN list yesterday.  In response to the unforeseen SDN listing, effective immediately, Compass has terminated its contractual relationship and business dealings with BitRiver.

Pursuant to the terms of the Compass Hosting Service Agreement (the "Hosting Agreement") you entered into, Compass is hereby notifying you that your Hosting Agreement has been terminated as a result of the BitRiver SDN designation and resulting termination of Compass' contractual relationship with BitRiver.   The terms of the Hosting Agreement reflect that there will be no liability for any damage, loss, expense or costs as a result of such termination.

In an effort to assist its customers with a potential liquidation and resolution of this unprecedented and unforeseen situation, Compass is in the process of working to negotiate a refund and/or sale of all customer hardware that was located in the Russian hosting facility.  Please note, this refund and/or sale transaction is in no way connected to any continued business relationship or further business transactions with BitRiver whatsoever; it would be undertaken with an independent non-sanctioned third-party outside of Russia. Compass is seeking your approval to include your hardware in the negotiated transaction. Granting approval will appoint Compass as your limited attorney-in-fact to execute, sign, and deliver any instruments or

Exhibit H to Compaint 2

documents which may be required to effectuate and consummate the negotiated transaction consistent with this notification letter.

This transaction is still being negotiated and is not finalized. Compass will undertake to negotiate and consummate such transaction using commercially reasonable efforts and remaining in compliance with applicable sanctions and export laws, but there is no guarantee that such transaction will occur, and the price of such transaction is still uncertain. To receive any refund or proceeds, you will be required to complete any applicable know your customer documentation as required by Compass.

Please indicate your approval for Compass to proceed with the negotiated transaction on your behalf with respect to your hardware by completing this **form** on or before 5:00pm Eastern Standard Time on April 23, 2022.  Failure to grant the approval will result in you having to manage your hardware directly, without Compass' further involvement.

As indicated above, Compass is no longer participating in any business relationship with BitRiver due to U.S. sanctions.  If you choose not to participate in the negotiated sale of equipment that Compass is working to accomplish, your hardware will be left in Russia and you will have to undertake any further action on your own.  You may contact BitRiver directly by visiting their website at https://bitriver.farm/en/contact.  If you are a U.S. person you are likely prohibited from negotiating or transacting in any capacity directly or indirectly with BitRiver in light of the OFAC sanctions and designations.  Moreover, your equipment may be subject to the export control laws and regulations of all related countries, including but not limited to the Export Administration Regulations ("EAR") of the United States.  You should seek your own legal counsel if you choose not to participate and grant the requested approval to Compass to negotiate the proposed transaction.

Thank you for your continued trust in Compass.  We truly value your relationship and look forward to finding a positive resolution in light of the unfortunate circumstances.

**Liquidation approval form: HERE**

Very truly yours,
Whitney Gibbs, CEO
Compass Mining, Inc.



Help Center

© 2021 Compass Mining, Inc. All Rights Reserved.

Exhibit H to Compaint 3

# EXHIBIT I

Exhibit I to Compaint 1

Hi! JV!

We appreciate your desire to continue hosting directly with us.

We have made complex study of the issue. From legal and regulatory point of view all the equipment is owned by Compass. Your relationship with this company is regulated within different legal framework. In this respect, be advised that you remain the customer of Compass. Thus, you have to address all the queries with regards to hosting and any other directly to them.

With best regards

Salimur Rahman

International Market Development Manager

Tel- +79150473264 (wechat)

Telegram - @Salimur80

Exhibit I to Compaint 2

# EXHIBIT J

 John Vanhara ████████████████

---

## [Compass Mining] Re: Request to prepare miners for shipping at Bitriver
1 message

---

**Sasha Rodoli (Support)** <support@compassmining.io>                    Tue, May 10, 2022 at 1:28 PM
Reply-To: Support <support@compassmining.io>
To: John Vanhara <j███████████

---

Your request (82627) has been updated. To add additional comments, reply to this email.

---

  **Sasha Rodoli** (Compass Mining)
May 10, 2022, 16:28 EDT

Hello John,

Thank you for contacting Compass Mining.

With respect to your request in connection with the Russian hosting facility, we must respectfully request that you review only formal communications and guidance issued by Compass Mining. We are working diligently to address this situation and will endeavor to keep our customers informed of developments, as and when those may become available. Considering the U.S. government's prohibition on doing business with the Russian hosting facility, Compass Mining is unable to conduct, or even facilitate, any business dealings with the Russian hosting facility.

Please let me know if you have any further questions.


Kindest Regards,

Sasha Rodoli
Customer Success Manager
888.871.3071

---

  **John Vanhara**
May 9, 2022, 15:03 EDT

Please instruct the Bitriver to prepare all of my miners for shipping. I will have them picked up or have them shipped. Let me know what is faster. I have to move the miners out of OFAC restricted facility and do not want to allow them to self mine using my hardware. They will not accept my instructions as all contractual relationship is with Compass only.

Exhibit J to Compaint 2

I purchased the hardware from Compass and asking you to relay the instruction to have my hardware ready to be shipped.

This email is a service from Compass Mining. Delivered by **Zendesk**

Exhibit J to Compaint 3