Alan E. Engle (SBN 224779)
alan.engle@meenlegal.com
MEADOR & ENGLE
1115 Seal Way
Seal Beach, CA 90740
Telephone: (310) 428-6985
Facsimile: (714) 386-5368

Attorneys for Plaintiff VERIBI, LLC,

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIBI, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs<br><br>COMPASS MINING INC., a Delaware corporation,<br><br>Defendant. | Case No.: 2:22-cv-4537<br><br>**VERIBI, LLC, CERTIFICATION OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT** |

1    The undersigned, counsel of record for VERIBI, LLC certifies that the
2 following listed party (or parties) may have a pecuniary interest in the outcome
3 of this case. These representations are made to enable the Court to evaluate
4 possible disqualification or recusal.
5    • John Vanhara, Owner, VERIBI, LLC
6    No parent or public corporation owns more than 10% of VERIBI, LLC's
7 stock.

Dated: July 1, 2022                                   MEADOR & ENGLE

*/s/ Alan E. Engle*
Alan E. Engle
Attorneys for Plaintiff
VERIBI, LLC

CERTIFICATION OF INTERESTED PARTIES