AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-4537

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **COMPASS MINING, INC., a Delaware corporation** was received by me on *(date)* **July 12, 2022**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Lynanne Gares, Receptionist**, who is designated by law to accept service of process on behalf of *(name of organization)* **Compass Mining, Inc., c/o CSC at 251 Little Falls Drive, Wilmington, DE 19808** on *(date)* **July 14, 2022** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **July 14, 2022**

*Server's signature*

**KEVIN DUNN**
*Printed name and title*

**P.O. Box 1360, Wilmington, Delaware 19899**
*Server's address*

Additional information regarding attempted service, etc:
**Complaint; Notice of Counsel; Statement of Consent to Proceed Before a United States Magistrate Judge**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| VERIBI, LLC, a Nevada limited liability company,<br><br>*Plaintiff(s)*<br>v.<br>COMPASS MINING, INC., a Delaware corporation,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:22-cv-4537-PVC<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* COMPASS MINING, INC., a Delaware corporation,
111 Congress Ave. Suite 500, Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Alan E. Engle
alan.engle@meenlegal.com
MEADOR & ENGLE
1115 Seal Way
Seal Beach, CA 90740
Telephone: (310) 428-6985

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 07/05/2022

*Signature of Clerk or Deputy Clerk*