1  GUNDZIK GUNDZIK HEEGER LLP
   Aaron C. Gundzik (State Bar No. 132137)
2  Aaron.gundzik@gghllp.com
   14011 Ventura Blvd, Suite 206E
3  Sherman Oaks, CA 91423
   Telephone: 818.290.7461
4  Facsimile: 818.918.2316

5  ARMSTRONG TEASDALE LLP
   Alec P. Harris (*pro hac vice* forthcoming)
6  Kathleen Guilfoyle (*pro hac vice* forthcoming)
   aharris@atllp.com
7  kguilfoyle@atllp.com
   4643 South Ulster Street, Suite 800
8  Denver, Colorado 80237
   Telephone:  720.200.0676
9  Facsimile:   720.200.0679

10 Attorneys for Defendant
    COMPASS MINING, INC.

11

12          **UNITED STATES DISTRICT COURT**
            **CENTRAL DISTRICT OF CALIFORNIA**

13

14

15 | VERIBI, LLC, a Nevada limited | Case No.: 2:22-CV-04537
   | liability company,

16

17 |            Plaintiff, | **STIPULATION TO EXTEND TIME**
   |                        | **TO RESPOND TO INITIAL**
   |                        | **COMPLAINT BY NOT MORE**
18 |     v.                 | **THAN 30 DAYS (L.R. 8-3)**

19 | COMPASS MINING, INC., a Delaware | Complaint served: July 14, 2022
   | corporation, | Current response date: August 4, 2022
20 |            Defendants. | New response date: August 10, 2022

21

22          Plaintiff Veribi, LLC (Plaintiff") and Defendant Compass Mining, Inc.

23 ("Defendant"), jointly submit this Stipulation extending Defendant's deadline to

24 respond to Plaintiff's Complaint.

25          WHEREAS, on July 1, 2022, Plaintiff filed a Complaint against Defendant;

26          WHEREAS, Plaintiff served Defendant with the Complaint on July 14, 2022;

27          NOW,  THEREFORE,  Plaintiff  and  Defendant,  by  and  through  their

28
                                          -1-

respective counsel, hereby stipulate pursuant to L.R. 8-3 to the following:

      1. Defendant shall respond to the Complaint no later than August 10, 2022.

**IT IS SO STIPULATED.**

Dated:  August 9, 2022                MEADOR & ENGLE

                                 By:  */s/ Alan E. Engle*
                                        Alan E. Engle

                              Attorneys for Plaintiff VERIBI, LLC

Dated:  August 9, 2022                GUNDZIK GUNDZIK HEEGER LLP

                                 By:  */s/ Aaron C. Gundzik*
                                        Aaron C. Gundzik

                              Attorneys for Defendant
                              COMPASS MINING, INC.

-2-

1

**<u>Attestation</u>**

2      I, Aaron C. Gundzik, am the ECF user whose identification and password

3 are being used to file this Stipulation. I hereby attest that Alan E. Engle concurs in

4 this filing.

5                    */s/ Aaron C. Gundzik*

6                    Aaron C. Gundzik

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

JOINT STIP. EXTENDING DEADLINE TO
RESPOND TO COMPLAINT