Kathleen F. Guilfoyle
Armstrong Teasdale LLP
4643 S. Ulster Street, Suite 800
Denver, CO 80237
720-200-0676

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIBI, LLC, a Nevada limited liability company,<br><br>Plaintiff(s)<br>v.<br><br>COMPASS MINING, INC., a Delaware corporation,<br><br>Defendant(s). | CASE NUMBER<br><br>2:22-cv-04537<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Guilfoyle, Kathleen F
*Applicant's Name (Last Name, First Name & Middle Initial*

720-200-0676                    720-200-0679
*Telephone Number              Fax Number*

kguilfoyle@atllp.com
*E-Mail Address*

of   Armstrong Teasdale LLP
4643 S. Ulster Street, Suite 800
Denver, CO 80237

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Compass Mining, Inc.

*Name(s) of Party(ies) Represent*        ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Gundzik, Aaron C
*Designee's Name (Last Name, First Name & Middle Initial*

132137                    818-290-7461              818-918-2316
*Designee's Cal. Bar No.    Telephone Number    Fax Number*

*E-Mail Address*

of   Gundzik Gundzik Heeger LLP
14011 Ventura Blvd, Suite 206E
Sherman Oaks, CA 91423

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:        ☐   for failure to pay the required fee.

☐   for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐   for failure to complete Application: _____

☐   pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐   pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐   because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.

_____
**U.S. District Judge/U.S. Magistrate Judge**