

# Certificate of Good Standing

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

## Kathleen F. Guilfoyle

Admission date: 01/19/2022

was admitted to practice in this court
and is in good standing.

Dated: August 3, 2022   *Jeffrey P. Colwell*