

**STATE OF COLORADO, ss:**

I, __**Cheryl Stevens**__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Kathleen Fay Guilfoyle**

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __**29th**__ day of __**October**__ A.D. __**2020**__ and that at the date hereof the said __**Kathleen Fay Guilfoyle**__ is in good standing at this Bar.

**IN WITNESS WHEREOF**, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __**3rd**__ day of __**August**__ A.D. __**2022**__

*Cheryl Stevens*
Clerk

By ___Myra Sanchez___
Deputy Clerk