Alec P. Harris
Armstrong Teasdale LLP
4643 S. Ulster Street, Suite 800
Denver, CO 80237
720-200-0676

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIBI, LLC, a Nevada limited liability company,<br><br>Plaintiff(s)<br>v.<br><br>COMPASS MINING, INC., a Delaware corporation,<br><br>Defendant(s). | CASE NUMBER<br><br>2:-22-cv-04537<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Harris, Alec P                                   of    Armstrong Teasdale LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    4643 S. Ulster Street, Suite 800
720-200-0676              720-200-0679                              Denver, CO 80237
*Telephone Number*      *Fax Number*
aharris@atllp.com
*E-Mail Address*                                                    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Compass Mining, Inc.

*Name(s) of Party(ies) Represent*     ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Gundzik, Aaron C                                 of    Gundzik Gundzik Heeger LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    14011 Ventura Blvd, Suite 206E
132137          818-290-7461       818-918-2316                       Sherman Oaks, CA 91423
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

*E-Mail Address*                                                    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED
☐ DENIED:  ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application: _____
           ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
           ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated: Click here to enter a date.

                                                                    **U.S. District Judge/U.S. Magistrate Judge**