GUNDZIK GUNDZIK HEEGER LLP
Aaron C. Gundzik (State Bar No. 132137)
Aaron.gundzik@gghllp.com
14011 Ventura Blvd, Suite 206E
Sherman Oaks, CA 91423
Telephone: 818.290.7461
Facsimile: 818.918.2316

ARMSTRONG TEASDALE LLP
Alec P. Harris (*pro hac vice* forthcoming)
Kathleen Guilfoyle (*pro hac vice* forthcoming)
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone:   720.200.0676
Facsimile:    720.200.0679
aharris@atllp.com
kguilfoyle@atllp.com

Attorneys for Defendant Compass Mining, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIBI, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>COMPASS MINING, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 2:22-CV-04537<br><br>**DEFENDANT COMPASS MINING INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**Civil L.R. 7.1-1**<br><br>Action filed: July 1, 2022<br><br>Judge: Hon. Pedro V. Castillo<br><br>Trial date: none. |

Pursuant to Civil Local Rule 7.1-1, the undersigned, counsel of record for Compass Mining Inc., certifies that the following listed party (or parties) may have

-1-

a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Other than the named Parties, those persons listed in Compass's Fed. R. Civ. P. 7.1 Corporate Disclosure Statement contemporaneously filed with this certification, and the persons listed in Plaintiff's disclosures [ECF No. 3], there are no such interests to report.

Dated: August 10, 2022          GUNDZIK GUNDZIK HEEGER LLP


By:   /s/ *Aaron C. Gundzik*
    ―――――――――――――――――――
    Attorneys for Defendant Compass Mining, Inc.