1  GUNDZIK GUNDZIK HEEGER LLP
   Aaron C. Gundzik (State Bar No. 132137)
2  Aaron.gundzik@gghllp.com
   14011 Ventura Blvd, Suite 206E
3  Sherman Oaks, CA 91423
   Telephone: 818.290.7461
4  Facsimile: 818.918.2316

5  ARMSTRONG TEASDALE LLP
   Alec P. Harris (*pro hac vice* forthcoming)
6  Kathleen Guilfoyle (*pro hac vice* forthcoming)
   4643 South Ulster Street, Suite 800
7  Denver, Colorado 80237
   Telephone:  720.200.0676
8  Facsimile:   720.200.0679
   aharris@atllp.com
9  kguilfoyle@atllp.com

10 Attorneys for Defendant Compass Mining, Inc.

11

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIBI, LLC, a Nevada limited liability company, | Case No.: 2:22-CV-04537 |
| Plaintiff, | **DEFENDANT COMPASS MINING INC.'S CORPORATE DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |
| v. | |
| COMPASS MINING, INC., a Delaware corporation, | |
| Defendant. | Action filed: July 1, 2022 |
| | Judge: Hon. Pedro V. Castillo |
| | Trial date: none. |

Defendant Compass Mining Inc. ("Compass") submits the following statement of its corporate interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Procedure: Plaintiff does not have a parent company. Galaxy Digital

-1-

Ventures LLC currently owns more than 10% of Compass. Although Galaxy Digital Ventures LLC is not publicly held, its affiliate, Galaxy Digital Partners LLC, is traded on Over-The-Counter stock markets. No other public held entity owns 10% or more of Compass's stock.

Dated: August 10, 2022

GUNDZIK GUNDZIK HEEGER LLP

By: /s/ *Aaron C. Gundzik*

Attorneys for Defendant Compass Mining, Inc.