GUNDZIK GUNDZIK HEEGER LLP
Aaron C. Gundzik (State Bar No. 132137)
Aaron.gundzik@gghllp.com
14011 Ventura Blvd, Suite 206E
Sherman Oaks, CA 91423
Telephone: 818.290.7461
Facsimile: 818.918.2316

ARMSTRONG TEASDALE LLP
Alec P. Harris (*pro hac vice* forthcoming)
Kathleen Guilfoyle (*pro hac vice* forthcoming)
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone:  720.200.0676
Facsimile:   720.200.0679
aharris@atllp.com
kguilfoyle@atllp.com

Attorneys for Defendant Compass Mining, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIBI, LLC, a Nevada limited liability company, | Case No.: 2:22-CV-04537 |
| Plaintiff, | **DECLARATION OF THOMAS HELLER IN SUPPORT OF DEFENDANT COMPASS MINING INC.'S MOTION TO DISMISS** |
| v. | |
| COMPASS MINING, INC., a Delaware corporation, | |
| Defendant. | |

I, Thomas Heller, declare and state as follows:

1. I am over eighteen years of age and currently reside in Hanoi, Vietnam.

2. I have personal knowledge of the facts stated herein, and, if called as a witness could competently testify concerning the facts set forth herein.

3. I am a cofounder and the Chief Mining Officer of Compass Mining, Inc. ("Compass").

4. In my capacity as cofounder and Chief Mining Operator, I oversee all aspects of Compass's business, including its dealings with its customers and customer contracts.

5. A true and correct copy of the Compass Hosting Service Agreement effective before June 30, 2021 is attached hereto as **Exhibit A**.

6. A true and correct copy of the Compass Hosting Service Agreement as implemented on or about June 30, 2021 is attached hereto as **Exhibit B.**

7. A true and correct copy of the Compass Hosting Service Agreement as implemented on or about July 6, 2021 is attached hereto as **Exhibit C.**

8. A true and correct copy of the Compass Hosting Service Agreement as implemented on or about July 9, 2021 is attached hereto as **Exhibit D.**

9. A true and correct copy of the Compass Hosting Service Agreement as implemented on or about August 2, 2021 is attached hereto as **Exhibit E.**

10. A true and correct copy of the Compass Hosting Service Agreement as implemented on or about January 12, 2022 is attached hereto as **Exhibit F.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 10th day of August 2022.

By:  _____

Thomas Heller