GUNDZIK GUNDZIK HEEGER LLP
Aaron C. Gundzik (State Bar No. 132137)
Aaron.gundzik@gghllp.com
14011 Ventura Blvd, Suite 206E
Sherman Oaks, CA 91423
Telephone: 818.290.7461
Facsimile: 818.918.2316

ARMSTRONG TEASDALE LLP
Alec P. Harris (*pro hac vice* forthcoming)
Kathleen Guilfoyle (*pro hac vice* forthcoming)
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone:   720.200.0676
Facsimile:   720.200.0679
aharris@atllp.com
kguilfoyle@atllp.com

Honorable Pedro V. Castillo

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIBI, LLC, a Nevada limited liability company,<br><br>          Plaintiff,<br><br>     v.<br><br>COMPASS MINING, INC., a Delaware corporation,<br><br>          Defendant. | Case No.: 2:22-CV-04537<br><br>**[PROPOSED] ORDER ON DEFENDANT COMPASS MINING INC.'S MOTION TO DISMISS**<br><br>Date: September 13, 2022<br>Time: 10:00 a.m.<br>Place: Courtroom 590, Roybal Federal Building and United States Courthouse, 255 E. Temple St., Los Angeles CA, 90012 |

1       Having considered Compass's Motion to Dismiss, and for good cause shown, the Court GRANTS Compass's Motion and hereby ORDERS that the action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:

                                            Honorable Pedro V. Castillo
                                            UNITED STATES MAGISTRATE JUDGE