GUNDZIK HEEGER LLP
Aaron C. Gundzik (State Bar No. 132137)
Aaron.gundzik@gghllp.com
14011 Ventura Blvd, Suite 206E
Sherman Oaks, CA 91423
Telephone: 818.290.7461
Facsimile: 818.918.2316

ARMSTRONG TEASDALE LLP
Alec P. Harris (*pro hac vice* forthcoming)
Kathleen Guilfoyle (*pro hac vice* forthcoming)
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone:  720.200.0676
Facsimile:   720.200.0679
aharris@atllp.com
kguilfoyle@atllp.com

Attorneys for Defendant Compass Mining, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIBI, LLC, a Nevada limited liability company,<br><br>            Plaintiff,<br><br>     v.<br><br>COMPASS MINING, INC., a Delaware corporation,<br><br>            Defendant. | Case No.: 2:22-CV-04537<br><br>**DECLARATION OF THOMAS HELLER IN SUPPORT OF DEFENDANT COMPASS MINING INC.'S MOTION TO COMPEL ARBITRATION** |

I, Thomas Heller, declare and state as follows:

1. I am over eighteen years of age and currently reside in Hanoi, Vietnam.

2. I have personal knowledge of the facts stated herein, and, if called as a witness could competently testify concerning the facts set forth herein.

3. I am a cofounder and the Chief Mining Officer of Compass Mining, Inc. ("Compass").

4. In my capacity as cofounder and Chief Mining Operator, I oversee all aspects of Compass's business, including its dealings with its customers and customer contracts.

5. Compass provides its customers with the necessary means to mine cryptocurrency. This includes selling hardware that mines cryptocurrency ("miners") and providing hosting services for those miners, where Compass hosts customers' miners at facilities and provides power and other support for the miners. While Compass provides equipment and hosting services, its customers manage their own mining activities and collect all proceeds from such activities.

6. Many customers purchase Compass's goods and services directly through its website, https://compassmining.io/. Some customers, particularly those placing a larger volume of orders, are invoiced directly. In all cases, customers agree to Compass's terms and conditions set forth in its Master Hosting Service Agreement.

**Veribi's Purchases of the BitRiver Miners**

7. Veribi LLC ("Veribi") is a relatively large customer of Compass and has purchased many miners from Compass in the last several years.

8. Veribi made these purchases through its agent, John Vanhara.

9. At the time many of these purchases were made, Veribi was called Ofiplex NV, LLC.

10. Veribi has chosen to host its miners at Compass hosting facilities throughout the world.

11. Veribi chose to host some of its miners at a Compass hosting facility in Russia operated by BitRiver (the "BitRiver Miners"). It is my understanding that the BitRiver Miners are the subject of this litigation.

12. Veribi purchased approximately 140 BitRiver Miners between May 2021 and January 2022. The invoice numbers and dates of these purchases are summarized below:

| Invoice Number | Invoice Date |
|---|---|
| INV-165 | May 18, 2021 |
| INV-231 | June 9, 2021 |
| INV-424 | Aug. 5, 2021 |
| INV-1994 | Jan. 14, 2022 |
| INV-2204 | Jan. 26, 2022 |

13. True and correct copies of the above invoices for the BitRiver Miners are attached hereto as **Exhibit A.**

14. Veribi paid each of the five invoices listed above.

15. Veribi has also purchased miners from Compass not hosted with BitRiver, been invoiced for those purchases, and paid those invoices.

**Veribi's Purchase of Hosting Services for the BitRiver Miners**

16. Veribi paid Compass for hosting services for the BitRiver Miners from approximately May 2021 through April 2022.

17. Compass charges its customers for hosting services on a monthly basis.

18. For all of Veribi's purchases of BitRiver Miners, initial hosting services were invoiced with the purchase of the BitRiver Miners themselves. As a result, by paying the invoices listed above, Veribi also paid initial hosting fees for the miners.

19. Subsequently, Compass billed Veribi for hosting services for the BitRiver Miners after Veribi's initial hosting fee payments were used up. Compass billed these fees on a monthly basis from approximately August 2021 through April 2022. Veribi paid all of these amounts.

20. Veribi has also paid Compass for monthly hosting fees for miners not hosted with BitRiver.

**Veribi's Agreement to Compass's Hosting Agreement Through Invoicing**

21. Veribi agreed to the Compass Hosting Agreement when paying Compass invoices.

22. The terms and conditions set forth in the Compass Mining Hosting Service Agreement apply to all hosting services provided by Compass, including those ordered through direct invoicing.

23. Compass's invoices reaffirm this fact.

24. For example, the invoices for the BitRiver Miners issued to Veribi on June 9, 2021, August 5, 2021, January 14, 2022, and January 26, 2022 each state: "By paying for this invoice and paying the security deposit, you are agreeing to the Compass Mining Hosting Terms and Conditions. The Terms and Conditions are available on request."

25. The Compass Mining Hosting Terms and Conditions were set forth in the Compass Mining Hosting Service Agreement.

26. Thus, by paying these invoices, Veribi agreed to the Compass Mining Hosting Service Agreement.

**Veribi's Agreement to Compass's Hosting Agreement Online**

27. Veribi also agreed to Compass's hosting agreement through online purchases.

28. Veribi made at least two purchases of miners online through the Compass website.

29. First, on or about March 31, 2021, Veribi purchased 10 miners through the Compass website. The transaction ID for this purchase was -MX5A_-95pI7adXXgcS5.

30. Second, on or about July 30, 2021, Veribi purchased 5 miners through the Compass website. The transaction ID for this purchase was - MfoxmiOXNhX0JoQsrCt.

31. Through its online purchases from the Compass website, Veribi (acting through Mr. Vanhara) expressly agreed to the terms set forth in Compass's Master Hosting Service Agreement.

32. Specifically, in order to complete its online purchases from Compass, Veribi (acting through Mr. Vanhara) was required to scroll through the Master Hosting Service Agreement, click: "ok, I agree," and then check a box affirming: "I have read and agree to the Compass Hosting Service Agreement."

33. For illustrative purposes, the following images have been rendered through Compass's archived website code to recreate Compass's website from July 2021 from a user's point of view, as Mr. Vanhara would have seen it. In addition to being reproduced below, true and correct copies of these images are attached hereto as **Exhibit B**.

34. In July 2021, the process for purchasing goods and/or services on Compass's website was as follows:

   a. Interested customers first select products and add them to their "cart."

b. When a customer attempts to check out, in the cart page, they see the product on the left and the pricing on the right, as shown below:



  c. The "pay with" options (credit card and crypto) are disabled until the customer checks the box next to the statement "I have read and agree to the Compass Hosting Service Agreement." If a customer tries to click one of the payment options, they are blocked by an error, and a message in red appears stating "You need to accept the Compass Hosting Service Agreement," as shown below:



    d. When a customer clicks the box next to "I have read and agree to the Compass Hosting Service Agreement," the Agreement automatically pops up on the customer's screen, as shown below:



    e. After the Agreement pops up, a customer cannot accept or agree to the Agreement until they scroll to the bottom of the document.

  f. Only after scrolling to the bottom of the Agreement can a user choose to click the box stating "Ok, I agree" which will close the pop-up screen, as shown below:



  g. At that stage, the box next to the statement "I have read and agree to the Compass Hosting Service Agreement" is checked, and the customer can continue their purchase.

**Compass Hosting Service Agreement**

  35. A true and correct copy of the Compass Hosting Service Agreement effective before June 30, 2021 is attached hereto as **Exhibit C**.

  36. A true and correct copy of the Compass Hosting Service Agreement as implemented on or about June 30, 2021 is attached hereto as **Exhibit D.**

  37. A true and correct copy of the Compass Hosting Service Agreement as implemented on or about July 6, 2021 is attached hereto as **Exhibit E.**

  38. A true and correct copy of the Compass Hosting Service Agreement

-9-

1 | as implemented on or about July 9, 2021 is attached hereto as **Exhibit F.**

2 |     39.    A true and correct copy of the Compass Hosting Service Agreement

3 | as implemented on or about August 2, 2021 is attached hereto as **Exhibit G.**

4 |     40.    A true and correct copy of the Compass Hosting Service Agreement

5 | as implemented on or about January 12, 2022 is attached hereto as **Exhibit H.** This

6 | version of the Agreement is the current version.

7 |     41.    Veribi has not attempted to mediate the disputes at issue in this

8 | litigation with Compass.

9 |     I declare under penalty of perjury under the laws of the United States of

10 | America that the foregoing is true and correct to the best of my knowledge,

11 | information, and belief.

13 | Executed this 10th day of August 2022.

14 | By: _Thomas Heller_ (DocuSigned, 7A5CF253E4AA4C9...)

15 | Thomas Heller