# EXHIBIT A

Case 2:22-cv-04537-MEMF-JPR Document 15-2 Filed 08/10/22 Page 1 of 10 Page ID #:245

# Invoice


COMPASS MINING

B&H - 20 S19 Pros - John Vanhara

**From**

Compass Mining, Inc.
251 Little Falls Dr.
Wilmington, DE, 19808
United States

**To**

OFIPLEX NV LLC
5348 Vegas Dr
Las Vegas, NV, 89108
United States

**Invoice No.**
INV-165

**Date**
May 18 2021

**Invoice Due**
May 18 2021

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Antminer S19 Pro 110 TH - Buy and Host - Irkutsk Region, Russia | 20 | 13500.00 | USD 270000.00 |
| Hosting Deposit (1 Month) 3.25kw x 24 hours x 31 days x $0.045/kwh | 20 | 108.81 | USD 2176.20 |
| Hosting Prepayment (1 Month) 3.25kw x 24 hours x 31 days x $0.045/kwh | 20 | 108.81 | USD 2176.20 |

| | |
|---|---|
| Sub Total | 274,352.40 |
| **Total** | **USD 274,352.40** |
| **Paid to Date** | **USD 274,352.40** |

| Balance |
|---|
| **USD 0.00** |

**Invoice Note**

US Wires:


International Wires:


---

**Email**: support@compassmining.io

# Invoice


COMPASS MINING

B&H - 10 S19 Pro - John Vanhara

**From**

Compass Mining, Inc.
251 Little Falls Dr.
Wilmington, DE, 19808
United States

**To**

OFIPLEX NV LLC
5348 Vegas Dr
Las Vegas, NV, 89108
United States

**Invoice No.**
INV-231

**Date**
Jun 09 2021

**Invoice Due**
Jun 09 2021

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Antminer S19 Pro 110 TH - Buy and Host - Russia | 10 | 9900.00 | USD 99000.00 |
| Hosting Deposit (1 Month)<br>3.25kw x 24 hours x 31 days x $0.045/kwh | 10 | 108.81 | USD 1088.10 |
| Hosting Prepayment (1 Month)<br>3.25kw x 24 hours x 31 days x $0.045/kwh | 10 | 108.81 | USD 1088.10 |

Sub Total: 101,176.20

**Total**: **USD 101,176.20**

**Paid to Date**: **USD 101,176.20**

Balance

**USD 0.00**

**Invoice Note**

US Wires:


International Wires:

Please address wire to:


Warranty: An official manufacturer warranty is provided. Please check the warranty rules from the manufacturer's official website.

Note 1: The unit hashrate is estimated, the final unit hashrate may be changed according to production. The total hashrate will be no less than the amount stated on the invoice.

Note 2: The price of cryptocurrency mining machines has to be adjusted frequently in accordance with variables like the exchange rate of the cryptocurrency with fiat, the cryptocurrency's network difficulty, or the expected difficulty increase. Refund requests based on price changes WILL NOT be honored.

Note 3: Refund requests based on shipment delay WILL NOT be accepted if delay is caused by the manufacturer.

Note 4: By paying for this invoice and paying the security deposit, you are agreeing to the Compass Mining Hosting Terms and Conditions. The Terms and Conditions are available on request.

**Email**: support@compassmining.io

# Invoice


COMPASS MINING

B&H - 10 Russia VIP Bundles - Dec 30, 2021 Estimated Online Date - OFIPLEX NV LLC

**From**

Compass Mining, Inc.
251 Little Falls Dr.
Wilmington, DE, 19808
United States

**To**

OFIPLEX NV LLC
5348 Vegas Dr
Las Vegas, NV, 89108
United States

**Invoice No.**
INV-424

**Date**
Aug 05 2021

**Invoice Due**
Aug 05 2021

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Antminer S19j 90 TH VIP Bundle (Russia) - Krasnoyarsk Krai, Russia<br>Estimated Online Date - Dec 30, 2021 | 10 | 19440.00 | USD 194400.00 |
| Bundle Cost Monthly Fee<br>($3780/month for 12 months, pay first month now) | 10 | 3780.00 | USD 37800.00 |
| Hosting Deposit - ($.053 x 31 days x 24 hrs x 3.10 kw x 12 units) | 10 | 1466.87 | USD 14668.70 |
| Hosting Prepayment - ($.053 x 31 days x 24 hrs x 3.10 kw x 12 units) | 10 | 1466.87 | USD 14668.70 |

Sub Total    261,537.40

**Total**    USD 261,537.40

**Paid to Date**    USD 261,537.40

Balance

**USD 0.00**

**Invoice Note**

We appreciate your business.

Note - Please send only Wire Transfers to the instructions below. Do not send an ACH to these instructions below as it will be rejected.

US Wires:



International Wires:

▮▮▮▮▮▮▮▮▮▮▮▮▮

Please address wire to:

▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮

---

Warranty: An official manufacturer warranty is provided. Please check the warranty rules from the manufacturer's official website.

Note 1: The unit hashrate is estimated, the final unit hashrate may be changed according to production. The total hashrate will be no less than the amount stated on the invoice.

Note 2: The price of cryptocurrency mining machines has to be adjusted frequently in accordance with variables like the exchange rate of the cryptocurrency with fiat, the cryptocurrency's network difficulty, or the expected difficulty increase. Refund requests based on price changes WILL NOT be honored.

Note 3: Refund requests based on shipment delay WILL NOT be accepted if delay is caused by the manufacturer.

Note 4: By paying for this invoice and paying the security deposit, you are agreeing to the Compass Mining Hosting Terms and Conditions. The Terms and Conditions are available on request.

Note 5: All invoices expire after 24 hours of the Invoice Due Date. Compass reserves the right to reject or refund payment for orders paid after this period. Proof of payment with a date within 24 hours of invoice will also be accepted.

---

**Email**: support@compassmining.io

# Invoice



B&H - 50 Antminer S19j Pro 110TH in Irkutsk Region, Russia - OFIPLEX NV LLC Estimated Online Date January 20th, 2022

**From**

Compass Mining, Inc.
251 Little Falls Dr.
Wilmington, DE, 19808
United States

**To**

OFIPLEX NV LLC
5348 Vegas Dr
Las Vegas, NV, 89108
United States

**Invoice No.**
INV-1994

**Date**
Jan 14 2022

**Invoice Due**
Jan 14 2022

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Antminer S19j Pro 110TH in Irkutsk Region, Russia Estimated Online Date January 20th, 2022 | 50 | 13250.00 | USD 662500.00 |
| Hosting Prepayment - ($.057 x 31 days x 24 hrs x 3.25 kw) | 50 | 137.83 | USD 6891.50 |
| Hosting Deposit - ($.057 x 31 days x 24 hrs x 3.25 kw) | 50 | 137.83 | USD 6891.50 |

Sub Total: 676,283.00

**Total** USD 676,283.00

**Paid to Date** USD 676,283.00

Balance
**USD 0.00**

**Invoice Note**

We appreciate your business.

Beneficiary Account
████████████████████████
████████████████████████
████████████

Beneficiary Account #: ██████████
For Domestic Wires: Routing Number (ABA)
█████████

For International Wires: Swift/BIC Code
█████████

Beneficiary Bank: ██████████
█████████
█████████████

Warranty: An official manufacturer warranty is provided. Please check the warranty rules from the manufacturer's official website.

Note 1: The unit hashrate is estimated, the final unit hashrate may be changed according to production. The total hashrate will be no less than the amount stated on the invoice.

Note 2: The price of cryptocurrency mining machines has to be adjusted frequently in accordance with variables like the exchange rate of the cryptocurrency with fiat, the cryptocurrency's network difficulty, or the expected difficulty increase. Refund requests based on price changes WILL NOT be honored.

Note 3: Refund requests based on shipment delay WILL NOT be accepted if delay is caused by the manufacturer.

Note 4: By paying for this invoice and paying the security deposit, you are agreeing to the Compass Mining Hosting Terms and Conditions. The Terms and Conditions are available on request.

Note 5: All invoices expire after 24 hours of the Invoice Due Date. Compass reserves the right to reject or refund payment for orders paid after this period. Proof of payment with a date within 24 hours of invoice will also be accepted.

**Email**: support@compassmining.io

# Invoice



COMPASS MINING

B&H - 30 Antminer S19 Pro 110TH in Irkutsk Region, Russia - OFIPLEX NV LLC
Estimated Online Date February 2nd, 2022

**From**

Compass Mining, Inc.
251 Little Falls Dr.
Wilmington, DE, 19808
United States

**To**

OFIPLEX NV LLC
5348 Vegas Dr
Las Vegas, NV, 89108
United States

**Invoice No.**
INV-2204

**Date**
Jan 26 2022

**Invoice Due**
Jan 26 2022

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Antminer S19 Pro 110TH in Irkutsk Region, Russia Estimated Online Date Feb 2, 2022 | 30 | 11000.00 | USD 330000.00 |
| Hosting Prepayment - ($.057 x 31 days x 24 hrs x 3.25 kw) | 30 | 137.83 | USD 4134.90 |
| Hosting Deposit - ($.057 x 31 days x 24 hrs x 3.25 kw) | 30 | 137.83 | USD 4134.90 |

|  |  |
|---|---|
| Sub Total | 338,269.80 |
| **Total** | **USD 338,269.80** |
| **Paid to Date** | **USD 338,269.80** |
| Balance | **USD 0.00** |

**Invoice Note**

We appreciate your business.

"Beneficiary Account
Name & Address: ███████████████
Name & Address: ███████████████
███████████

Beneficiary Account #: ███████████
For Domestic Wires: Routing Number (ABA)
███████████

For International Wires: Swift/BIC Code
███████████

Beneficiary Bank: ███████████
███████████
███████████

Warranty: An official manufacturer warranty is provided. Please check the warranty rules from the manufacturer's official website.

Note 1: The unit hashrate is estimated, the final unit hashrate may be changed according to production. The total hashrate will be no less than the amount stated on the invoice.

Note 2: The price of cryptocurrency mining machines has to be adjusted frequently in accordance with variables like the exchange rate of the cryptocurrency with fiat, the cryptocurrency's network difficulty, or the expected difficulty increase. Refund requests based on price changes WILL NOT be honored.

Note 3: Refund requests based on shipment delay WILL NOT be accepted if delay is caused by the manufacturer.

Note 4: By paying for this invoice and paying the security deposit, you are agreeing to the Compass Mining Hosting Terms and Conditions. The Terms and Conditions are available on request.

Note 5: All invoices expire after 24 hours of the Invoice Due Date. Compass reserves the right to reject or refund payment for orders paid after this period. Proof of payment with a date within 24 hours of invoice will also be accepted.

**Email**: support@compassmining.io