GUNDZIK GUNDZIK HEEGER LLP
Aaron C. Gundzik (State Bar No. 132137)
Aaron.gundzik@gghllp.com
14011 Ventura Blvd, Suite 206E
Sherman Oaks, CA 91423
Telephone: 818.290.7461
Facsimile: 818.918.2316

ARMSTRONG TEASDALE LLP
Alec P. Harris (*pro hac vice* forthcoming)
Kathleen Guilfoyle (*pro hac vice* forthcoming)
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone:  720.200.0676
Facsimile:   720.200.0679
aharris@atllp.com
kguilfoyle@atllp.com

Honorable Pedro V. Castillo

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIBI, LLC, a Nevada limited liability company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMPASS MINING, INC., a Delaware corporation,<br><br>　　　　Defendant. | Case No.: 2:22-CV-04537<br><br>**[PROPOSED] ORDER ON DEFENDANT COMPASS MINING INC.'S MOTION TO COMPEL ARBITRATION**<br><br>Date: September 13, 2022<br>Time: 10:00 a.m.<br>Place: Courtroom 590, Roybal Federal Building and United States Courthouse, 255 E. Temple St., Los Angeles CA, 90012 |

-1-

UNITED STATES DISTRICT COURT -
CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:22-CV-04537

[PROPOSED] ORDER ON DEFENDANT
COMPASS MINING INC.'S MOTION TO COMPEL
ARBITRATION

1  Having considered Compass's Motion to Compel Arbitration, and for good
2  cause shown, the Court GRANTS Compass's Motion to Compel Arbitration and
3  hereby ORDERS the parties submit to arbitration and dismisses this action.
4  **IT IS SO ORDERED.**
5
6  Dated:
7
  Honorable Pedro V. Castillo
  UNITED STATES MAGISTRATE
8  JUDGE

-2-

Case No. 2:22-CV-04537  [PROPOSED] ORDER ON MOTION TO COMPEL ARBITRATION