GUNDZIK GUNDZIK HEEGER LLP
Aaron C. Gundzik (State Bar No. 132137)
Aaron.gundzik@gghllp.com
14011 Ventura Blvd, Suite 206E
Sherman Oaks, CA 91423
Telephone: 818.290.7461
Facsimile: 818.918.2316

ARMSTRONG TEASDALE LLP
Alec P. Harris (*pro hac vice* forthcoming)
Kathleen Guilfoyle (*pro hac vice* forthcoming)
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone:  720.200.0676
Facsimile:   720.200.0679
aharris@atllp.com
kguilfoyle@atllp.com

Attorneys for Defendant Compass Mining, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIBI, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>COMPASS MINING, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 2:22-CV-04537<br><br>**DEFENDANT COMPASS MINING INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION**<br><br>Date: September 13, 2022<br>Time: 10:00 a.m.<br>Place: Courtroom 590, Roybal Federal Building and United States Courthouse, 255 E. Temple St., Los Angeles CA, 90012 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on September 13, 2022, at 10:00 a.m. at Courtroom 590, Roybal Federal Building and United States Courthouse, 255 E. Temple St., Los Angeles CA, 90012, before the Honorable Pedro V. Castillo, Compass Mining Inc. ("Defendant" or "Compass"), through its attorneys,

-1-

Armstrong Teasdale LLP, will and does move this Court for an order compelling arbitration.

Compass brings this Motion under the Federal Arbitration Act (9 U.S.C. §§ 3, 4, 5) on the grounds that, there being a valid and enforceable agreement to arbitrate encompassing the dispute at issue, the Court must compel arbitration and dismiss the action or stay the action pending arbitration.[1] This Motion is based on the accompanying Memorandum of Points and Authorities and attached Declaration of Thomas Heller and exhibits, on all pleadings and papers on file or to be filed in the above-entitled action, on the arguments of counsel, and on any other matters that may properly come before the Court for its consideration.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which occurred via telephone between Alec P. Harris and Kathleen Guilfoyle for Compass and Alan Engle for Veribi LLC on August 2, 2022.

Dated:  August 10, 2022              GUNDZIK GUNDZIK HEEGER LLP

                                     By:  /s/ *Aaron C. Gundzik*
                                     _____
                                     Attorneys for Defendant Compass Mining, Inc.

---

[1] In the alternative and in the event the Court denies this Motion to Compel Arbitration, Compass has filed a motion to dismiss for failure to state a claim concurrently with this motion.