Kathleen F. Guilfoyle
Armstrong Teasdale LLP
4643 S. Ulster Street, Suite 800
Denver, CO 80237
720-200-0676

FILED
CLERK, U.S. DISTRICT COURT

08/10/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___jm___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIBI, LLC, a Nevada limited liability company,<br><br>Plaintiff(s)<br>v.<br><br>COMPASS MINING, INC., a Delaware corporation,<br><br>Defendant(s). | CASE NUMBER<br><br>2:22-cv-04537<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Guilfoyle, Kathleen F
*Applicant's Name (Last Name, First Name & Middle Initial)*

720-200-0676                720-200-0679
*Telephone Number*          *Fax Number*

kguilfoyle@atllp.com
*E-Mail Address*

of

Armstrong Teasdale LLP
4643 S. Ulster Street, Suite 800
Denver, CO 80237

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Compass Mining, Inc.

*Name(s) of Party(ies) Represent*         ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

Gundzik, Aaron C
*Designee's Name (Last Name, First Name & Middle Initial)*

132137          818-290-7461      818-918-2316
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

*E-Mail Address*

of

Gundzik Gundzik Heeger LLP
14011 Ventura Blvd, Suite 206E
Sherman Oaks, CA 91423

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated: August 10, 2022

*[signature]*

**U.S. Magistrate Judge**