Alan E. Engle (SBN 224779)
alan.engle@meenlegal.com
MEADOR & ENGLE
1115 Seal Way
Seal Beach, CA 90740
Telephone: (310) 428-6985
Facsimile: (714) 386-5368

Attorneys for Plaintiff VERIBI, LLC,

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIBI, LLC, a Nevada limited liability company, | Case No.: 2:22-cv-4537-PVC |
| Plaintiff, | **JOINT STIPULATION TO EXTEND DEADLINE FOR OPPOSITION TO MOTION TO DISMISS BY TWO DAYS** |
| vs | |
| COMPASS MINING INC., a Delaware corporation, | |
| Defendant. | |

1  Plaintiff Veribi, LLC (Plaintiff") and Defendant Compass Mining, Inc.
2  ("Defendant"), jointly submit this Stipulation extending Plaintiff's deadline to
3  oppose Defendant's Motion to Dismiss and any Reply filed thereto by two days.
4  WHEREAS, on August 10, 2022 Defendant filed a Motion to Dismiss and
5  a Motion to Compel Arbitration, both set for hearing on September 13, 2022.
6  WHEREAS, Plaintiff's counsel would have to file two opposition briefs and
7  complete other matters, including a patent application, by August 23, 2022,
8  WHEREAS, Plaintiff's counsel requested and Defendant agreed to extend
9  the deadline to oppose Defendant's Motion to Dismiss by two days to August 25,
10 2022, and Plaintiff agreed to extend the deadline for any reply by two days,
11 WHEREAS, the deadline extension applies only to the pending Motion to
12 Dismiss and does not apply to the pending Motion to Compel Arbitration,
13 NOW, THEREFORE, Plaintiff and Defendant, by and through their
14 respective counsel, hereby stipulate that:

- The time for Plaintiff to oppose Defendant's pending Motion to Dismiss is extended by two days, and the time for any reply is also extended by two days.

[CONTINUED ON NEXT PAGE]

**IT IS SO STIPULATED.**

Dated:  August 18, 2022    MEADOR & ENGLE

*/s/ Alan E. Engle*
ALAN E. ENGLE

Attorneys for Plaintiff
VERIBI, LLC

Dated:  August 19, 2022    GUNDZIK GUNDZIK HEEGER LLP

*/s/ Aaron C. Gundzik*
Aaron C. Gundzik

Attorneys for Defendant
COMPASS MINING, INC.

2:22-cv-4537-PVC                    3
JOINT STIPULATION TO EXTEND OPPOSITION DEADLINE