1  Alan E. Engle (SBN 224779)
2  alan.engle@meenlegal.com
   MEADOR & ENGLE
3  1115 Seal Way
   Seal Beach, CA 90740
4  Telephone: (310) 428-6985
5  Facsimile: (714) 386-5368

6  Attorneys for Plaintiff VERIBI, LLC,
7

8  **UNITED STATES DISTRICT COURT FOR THE**
9  **CENTRAL DISTRICT OF CALIFORNIA**
10

11 | VERIBI, LLC, a Nevada limited | Case No.: 2:22-cv-4537-PVC
12 | liability company, |
                                    | **[PROPOSED] ORDER EXTENDING**
13 |             Plaintiff,           | **DEADLINE FOR OPPOSITION TO**
                                    | **MOTION TO DISMISS BY TWO**
14 |             vs                   | **DAYS**
15 |
16 | COMPASS MINING INC., a           |
   | Delaware corporation,            |
17 |
18 |             Defendant.           |

1 | Pursuant to the Parties' Joint Stipulation and good cause appearing,

2

3 | IT IS HEREBY ORDERED that the time for Plaintiff to oppose
4 | Defendant's pending Motion to Dismiss is extended by two days, and the time
5 | for any reply is also extended by two days.

6 | Dated: August __, 2022

7

8

9

10

                                                Hon. Pedro V. Castillo
                                        United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 | 2:22-cv-4537-PVC                               2

[PROPOSED] ORDER EXTENDING DEADLINE