Alan E. Engle (SBN 224779)
alan.engle@meenlegal.com
MEADOR & ENGLE
1115 Seal Way
Seal Beach, CA 90740
Telephone: (310) 428-6985
Facsimile: (714) 386-5368

Attorneys for Plaintiff VERIBI, LLC,

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIBI, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs<br><br>COMPASS MINING INC., a Delaware corporation,<br><br>Defendant. | Case No.: 2:22-cv-4537-PVC<br><br>**ORDER EXTENDING DEADLINE FOR OPPOSITION TO MOTION TO DISMISS BY TWO DAYS** |

Pursuant to the Parties' Joint Stipulation and good cause appearing,

IT IS HEREBY ORDERED that the time for Plaintiff to oppose Defendant's pending Motion to Dismiss is extended by two days, and the time for any reply is also extended by two days.

Dated: August 19, 2022

_____
Hon. Pedro V. Castillo
United States Magistrate Judge