Alan E. Engle (SBN 224779)
alan.engle@meenlegal.com
MEADOR & ENGLE
1115 Seal Way
Seal Beach, CA 90740
Telephone: (310) 428-6985
Facsimile: (714) 386-5368

Attorneys for Plaintiff VERIBI, LLC,

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIBI, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs<br><br>COMPASS MINING INC., a Delaware corporation,<br><br>Defendant. | Case No.: 2:22-cv-4537-PVC<br><br>Hon. Pedro V. Castillo<br><br>**DECLARATION OF JOHN VANHARA IN OPPOSITION TO COMPASS MINING'S MOTION TO COMPEL ARBITRATION**<br><br>Hearing: September 13, 2022<br>Time: 10:00 a.m.<br>Courtroom 590 |

I, John Vanhara, hereby declare as follows:

1. I am over the age of eighteen and have personal knowledge of the facts set forth in this declaration. I make this declaration based upon my personal knowledge of the facts asserted herein and, if called as a witness at trial or hearing, would be competent to testify thereto.

2. I am the owner of the Veribi, LLC, Plaintiff in this matter, and personally purchased a variety of bitcoin miners and associated mining plans from Compass Mining on behalf of Veribi and its predecessor Ofiplex NV, LLC.

3. In total I have purchased nearly $4 million in bitcoin miners and bundled hosting plans from Compass Mining, Inc. beginning in March 2021. Most of these purchases were made directly through Telegram chats with Compass Sales Mangers or Mining Concierges, such as Paul McDermott. Since March 2021, I have made over 40 significant orders for hardware and hosting plans from Compass. My orders have involved a range of different bitcoin mining hardware (e.g., Bitmain's Antminer S19 Pro or MictoBT's Whatsminer M30S+), and all but one hardware purchase was bundled with hosting services at a specific location, such as Nebraska, North Carolina, or Texas in the US, Manitoba in Canada, or Irkutsk in Russia at a stated cost per kilowatt hour (kWh) for electricity. While the bitcoin miners sold by Compass were often above market price, I made the purchases with Compass because it offered low fees for the hosting and electricity associated with bitcoin mining.

4. This lawsuit concerns only purchases for bitcoin miners and hosting services located in Russia. While I believe I may have used Compass' website a couple of times to purchase hardware and hosting plans, such as on March 31, 2021 and July 29, 2021, none of the purchases I made via Compass' website were for miners hosted in Russia.

5.       The communications for a typical hardware and hosting purchase I made with Compass are reflected in the Telegram chats I had with Paul McDermott, a "Mining Concierge" at Compass, from approximately May 17, 2021 to May 22, 2021, a true and correct copy of which is attached hereto as Exhibit A. In this conversation, I asked Mr. McDermott, "I have a question about the S19 Pro [mining computer] in Irkutsk [Siberia]..[sic] is the electricity $0.045 per kWh [kilowatt hour]? And no other fees?" Mr. McDermott replied, "That is correct. It works out to approximately $108 per month per unit in total hosting cost." After some limited negotiations over price, Mr. McDermott wrote to me, "Hey John, we just listed those s19pro in Russia. How does $13,500 per unit sound?" and attached a link to Compass' website, ("https://compassmining.io/hardware/bitmain/antminer-s19-pro-110-th") where the details of the offer were presented.

6.       While there is no current webpage at the URL linked by Mr. McDermott, I was able to locate cached copy of the page at the URL he linked from October 11, 2021 via the Wayback Machine provided by the Internet Archive. A true and correct copy of the cached webpage is attached hereto as Exhibit B. The linked page provides the details of the transaction Compass was proposing, including the type of miner, its hashrate or mining power, its power consumption, the mining algorithm it uses, its shipping date, condition, the location where it would be hosted ("Hosting in Russia"), and the price ("$14,500"). While this specific page may have been updated and thus differ from the page linked by Mr. McDermott on or around May 17, 2021, in my experience it is representative of offers made by Compass.

7.       In response to the price and details of the hardware and hosting offer made by Compass and communicated by Mr. McDermott, I wrote, "Wow Great". He responded, "If you want to pay with wire, I'll have to get the finance

2:22-cv-4537-PVC                                        3

1  team to manually invoice you, or you can pay with Crypto on the website
2  [thumb's up emoji]." I indicated that I would like to order 20 units and wanted to
3  pay by wire. Compass sent me an invoice for $274,352.40 on May 18, 2021,
4  which I paid it the following day. Mr. McDermott indicated the miners would be
5  online by May 26.

6      8.    To my understanding, Compass had proposed, and I had agreed to, a
7  contract to purchase 20 Antminer S19 pro bitcoin miners to be hosted in Russia
8  in exchange for payment of $274,352.40, where I would be required to pay
9  $0.045 per kWh for electricity used by the miners as well as a monthly hosting
10 fee. As part of the deal, Compass had agreed supervise and attend to the regular
11 operation of the miners at the Russian facility on my behalf. The invoice for this
12 order, which is attached as Exhibit D to the Complaint and Exhibit C to this
13 Declaration, makes no reference to additional terms and conditions beyond what
14 we had agreed to via Telegram, much less an agreement to arbitrate disputes.

15     9.    On June 10, 2021, I made another similar purchase for bitcoin
16 miners hosted in Russia and supervised by Compass for $101,176.20 via
17 Telegram chat with payment to be made by wire. Compass sent me an invoice, a
18 copy of which is attached hereto as Exhibit D, which I promptly paid. I did not
19 notice "Note 4" at the bottom of the invoice that states, "By paying for this
20 invoice and paying the security deposit, you are agreeing to the Compass Mining
21 Hosting Terms and Conditions. The Terms and Conditions are available on
22 request."

23     10.    I was not aware of and do not believe was ever presented with a
24 version of the Compass Mining Customer Agreement, Compass Mining Hosting
25 Terms and Conditions, or Compass Hosting Service Agreement. (Compass
26 apparently used different names at different times). Compass was a relatively
27 new company that was having some success, and I believed they avoided things
28 2:22-cv-4537-PVC     4

like long unilateral contracts that could be used to disadvantage customers. I have seen the Terms of Service on Compass' website, but these Terms of Service are different from the alleged Compass Mining Hosting Terms and Conditions and do not include an arbitration clause. I recently reviewed the "Terms of Service" on Compass' website, which are dated November 1, 2021, in connection with this suit, and they state that, "These Terms of Service supersede any prior or contemporaneous agreements, communications and proposals, whether oral or written, between you and us (including, but not limited to, any prior versions of the Terms of Service)." Terms of Service dated November 1, 2021, attached hereto as Exhibit E.

11. On or around August 6, 2021, I made a purchase of a "VIP Bundle" for bitcoin miners hosted in Russia via Telegram chat, with payment by wire. The details of this VIP bundle were presented on Compass' website on or around August 2, 2021 and are attached as Exhibit A to the Complaint in this action and as Exhibit F to this Declaration. On its website, Compass offered the following terms:

> Starting in December, Compass miners who select a VIP Bundle will receive the following:
>
> - Twelve (12) new Antminer S19j (90 TH). One (1) unit will come online each month from December 2021 to November 2022.
> - An all-in hosting fee of $0.053/kwh.
> - Rack space at a facility in Russia's Krasnoyarsk Krai region powered by renewable energy sources.
>
> VIP bundles are available as long as supplies last. Average price per unit is $5,400 or $60/TH. To claim a bundle, visit: compassmining.io/vipbundle.
>
> Here's how it works.
>
> - Machines are owned by the purchasing customer and are shipped directly from Bitmain [manufacturer of the Antminer].
> - Shipments start in November 2021, but time between shipment

2:22-cv-4537-PVC 5

DECLARATION OF JOHN VANHARA IN OPPOSITION TO
MOTION TO COMPEL ARBITRATION

  and deployment lasts about four (4) weeks. The first installment of machines will start hashing in December 2021.
- Claiming a bundle requires an upfront deposit and an additional monthly payment of $3,780 for the duration of the 12-month purchase plan.
- Bundles also include hosting, which require a deposit equivalent to one month of hosting for 12 machines followed by regular monthly hosting payments when the machines are hashing. The full hosting deposit is returned at the end of the 12-month hosting contract.

The webpage for this offer makes no reference to other applicable terms and conditions. In response to this offer, I agreed via Telegram to purchase 10 VIP bundles for hosting in Russia. A copy of the August 5, 2021 invoice for $261,537.40 is attached hereto as Exhibit G.

  12. My understanding is that the contract for the VIP bundles I purchased is reflected in the terms quoted above. I consented to these terms, issued an order via Telegram, and paid Compass $261,537.40 pursuant to their invoice. That was our deal. I did not notice "Note 4" at the bottom of the invoice referencing Terms and Conditions that were "available upon request." Of course, I had no awareness that the alleged Compass Mining Hosting Terms and Conditions had an arbitration clause.

  13. I am used to working directly with sales representatives in B2B settings and would typically expect to be presented with a contract to be signed for significant deals. As I had purchased over a $1.5 million dollars' worth of miners and hosting services from Compass from May to August 2021, if they wanted to enter into a detailed contract I believe they would have provided me with a copy.

  14. In fact, to my knowledge the Hosting Terms & Conditions presented in Compass' response to this lawsuit and attached as Exhibits B through H to Mr. Hellers' Declaration were not available anywhere on Compass' website during the time I was placing my orders.

2:22-cv-4537-PVC       6

15. The first version of the detailed Compass Hosting Service Agreement and Compass Hardware Purchase Agreement available on the Wayback Machine at its current URL (https://compassmining.io/hosting-agreement) is dated "5.5.2022," around the time the events giving rise to this case were unfolding. A copy of the first page of this agreement is attached hereto as Exhibit H. I believe Compass likely created and posted this new "contract" because it was facing significant legal exposure due to how it was handling its customers' miners in light of the BitRiver sanctions. The preamble of this contract states that, "This Compass Hosting Service Agreement (this "Agreement") contains the terms and conditions that govern your access to and use of the Hosting Service (as defined below) and is an agreement between Compass Mining Inc. ("Compass," "we," "us," or "our") and the customer **identified on the signature page** ("Customer," "you," or "your"). This Agreement takes effect **when you sign this Agreement** (the "Effective Date")." (Emphasis added.) I have never signed this agreement or any other Compass Hosting Service Agreement.

16. While it is possible the "contracts" attached to Mr. Heller's Declaration were presented to customers making orders on Compass' website, I find even that doubtful. In any event, I made only a couple of orders through Compass' website and those orders were for miners unrelated to the present case that are not hosted in Russia. Also, at least one of these orders was made prior to Compass allegedly adding an arbitration clause in July 2021.

17. I do not recall any "presentation" of a contract in the manner described by Mr. Heller's "reconstruction" of Compass' order process in his Declaration. Perhaps Compass has changed how its website operates in response to this or similar cases. While I occasionally pay monthly hosting fees though Compass' website, no contract is presented or referenced during this payment process. Mr. Heller's statement that, "Through its online purchases from the

Compass website, Veribi (acting through Mr. Vanhara) expressly agreed to the terms set forth in Compass's Master Hosting Service Agreement" (Heller Decl. ¶ 31) is simply false.

18. Mr. Heller's statement in paragraph 6 of his Declaration that, "In all cases, customers agree to Compass's terms and conditions set forth in its Master Hosting Service Agreement," is, in my experience, also false. The "contracts" attached to Mr. Heller's declaration have three different names, depending on their date. Exhibit C is labeled "COMPASS CLICK-WRAP MASTER SERVICES AGREEMENT" and is undated; Exhibit D is labeled "Compass Customer Agreement," and is dated June 30, 2021; Exhibit E is labeled "Compass Customer Agreement," and is dated July 6, 2021; Exhibit F is labeled "Compass Customer Agreement," and is dated July 9, 2021; Exhibit G is labeled "Compass Hosting Service Agreement," and is dated August 2, 2021; Exhibit H is labeled "Compass Hosting Service Agreement," and is dated January 12, 2022. Again, the earliest version of this "contract" on the Wayback Machine is labeled "Compass Hosting Services Agreement" and is dated "5.5.22". The current version of the "contract" on Compass' website is named, "Compass Hosting Service Agreement" and is dated August 5, 2022.

19. I also find the contents of the contracts attached to Mr. Heller's Declaration to be suspicious. As indicated above, the preamble of the 5.2.22 version and the current version include language about "the customer identified on the signature page" and states that "[t]his Agreement takes effect when you sign this Agreement." However, there does not appear to be a signature page, and, to my knowledge, Compass has never asked me to sign an agreement other than in connection with its contemplated sale of its customers' Russian miners. In fact, I believe these contracts were likely prepared in connection with Compass' abandoned effort in May 2022 to seek permission of customers to sell their Russian

miners to third parties. (Compass apparently never identified suitable buyers or was unable to secure the machines from BitRiver, so the transactions never took place). The earlier-dated versions of the contracts attached as Exhibits D to H of Mr. Heller's declaration instead state that, "This Agreement takes effect when you click an "I Accept" button or checkbox presented or otherwise execute this Agreement (the "Effective Date")."

20. Also, the versions of the contracts attached as Exhibits D to H of Mr. Heller's Declaration all appear to have an arbitration clause in Section 13, but the formatting of this section is different, as though the clause was copied and pasted into the agreement after it was created. Perhaps there is an innocent explanation for this, but in my experience contract lawyers attend closely to the formatting of their documents.

21. I also find it curious that versions of the contract dated August 2, 2021 and January 6, 2022, Exhibits G and H of Mr. Heller's Declaration, mention the "Office of Foreign Assets Control (OFAC)" and "Presidential Executive Order 13224" (issued in September 23, 2001), the enforcement agency and Executive Order under which sanctions against BitRiver were issued on April 20, 2022, disrupting Compass' Russia operations. To my knowledge, OFAC was not on Compass' radar in 2021 or early 2022 and only became a concern after BitRiver was named as a sanctioned entity. While it is possible these contracts were created in August 2021 and January 2022 by far-seeing Compass lawyers in anticipation of sanctions being issued against BitRiver half a year before the invasion of Ukraine on February 24, 2022, that seems unlikely.

[CONTINUED ON NEXT PAGE]

2:22-cv-4537-PVC                                9

DECLARATION OF JOHN VANHARA IN OPPOSITION TO
MOTION TO COMPEL ARBITRATION

22. In any event, to my knowledge I have never seen, signed, been made aware of, or entered any contract with Compass Mining that included an arbitration clause.

Dated: August 23, 2022
Redondo Beach, CA

*/s/ John Vanhara*
John Vanhara