# EXHIBIT A

**Paul McDermott** 

last seen recently

**John V**

I have a question about the S19 Pro in Irkutsk.. is the electricity $0.04...

That is correct. It works out at approximately $108 per month per unit in total hosting cost

06:18 AM

**John V**

And what if there is some large order 20,30 or 50 miners.. still not po....

We could discount the final price by $100 per unit for 30-50 units

06:57 AM

I have a question about the S19 Pro in Irkutsk.. is the electricity $0.045 per kWh? And no other fees?

06:15 AM ✓✓

And what if there is some large order 20,30 or 50 miners.. still not possibility of discount on them? I shouldn't even ask.. as I am waiting at the airport to Galapagos (where I will have no internet for a week):-)) But I am curious.

06:23 AM ✓✓

Now it shows online and mining

06:02 AM ✓✓

I just checked

06:02 AM ✓✓

Thanks!

06:00 AM ✓✓





**Paul McDermott** 🧭

last seen recently

**John V**
Any miners available in Russia with that lower cost hosting? The S19...

We will actually be listing them again tomorrow, we are negotiating a lower price because of the price drop

Great, I'll give you an update once I have one     12:56 PM

May 17, 2021

Any miners available in Russia with that lower cost hosting? The S19Pro are sold? Anything else will be arriving over there?    12:46 PM

Any miners available in Russia with that lower cost hosting? The S19Pro are sold? Anything else will be arriving over there?    12:45 PM ✓✓

OK. I am interested    12:51 PM ✓✓

**Paul McDermott**
last seen recently

Hey John, we just listed those S19pro in Russia. How does $13,500 per unit sound

10:41 AM

https://compassmining.io/hardware/bitmain/antminer-s19-pro-110-th



▲ COMPASS

# Start mining Bitcoin today

Compass makes it easy for you to find your new hosting location.

**Compass Mining Inc.**

**Compass — Bitcoin Mining and Hosting**

Welcome to the world's premier bitcoin mining marketplace! Thanks to Compass, now everyone can mine bitcoin.

10:42 AM

If you want to pay with wire, I'll have to get the finance team to

Wow great    10:43 AM ✓✓

**Paul McDermott**

last seen recently

If you want to pay with wire, I'll have to get my team to manually invoice you, or you can pay with Crypto on the website 👉

10:44 AM

Yes, I want to pay by wire

10:45 AM ✓✓

Great, how many units do you require?

10:45 AM

fantastic

10:46 AM ✓✓

20x

10:46 AM ✓✓

Turn on date is next weds

10:46 AM

Great, I'll get that sent along to you ASAP

10:47 AM

👉

10:47 AM ✓✓

Hey John, you should have that invoice now

12:10 PM



**Paul McDermott**

last seen recently

Hey John, you should have that invoice now    12:10 PM

Yes, got it    12:13 PM //

John

Great stuff. As always, can you send me initiated payment confirmation when you send it and I'll secure the units. Thanks,

| John V
Yes, got it    01:30 PM

Yes, absolutely. I figure out that if I do the transaction in the morning it goes through immediately. And if in the afteroon, then it gets blocked and I need to call. So I have it scheduled for the first thing in the morning    01:31 PM //

| John V
Yes, absolutely. I figure out that if I do the transaction in the morning ...    01:33 PM

That is perfectly fine. I'll hold the units for you in the meantime

May 19, 2021





**Paul McDermott**

last seen recently

Hey John, I hope you survived the dip or at least bought it? I purchased a large chunk of corn at $32k, which will hopefully turn out to be a good call.

Just inquiring if you sent that Wire off successfully? No pressure, just need a timeline, thanks man. 👇

10:19 AM

Nice!!! I sent the wire. 10:51 AM ✓✓

$274,352.40

**Transfer Details**

| | |
|---|---|
| Transfer Amount | $274,352.40 |
| Wire Transfer Fee | $0.00 |
| **Your Total Amount** | **$274,352.40** |

**Your Information**

| | |
|---|---|
| Transfer Request Date | May 19, 2021 |
| Pay from | Interest Checking- |

**Payee Information**

| | |
|---|---|
| Send to | HASHR8 INC |
| Payee's Account | |

Your Domestic Wire Transfer request to HASHR8 INC (WELLS FARGO BANK, N.A ***********4569) is completed and will be reviewed for processing.

Reference Number:

citi

**Paul McDermott**
last seen recently

Hi John, let me see if it is a possibility and get back to you 👆
10:36 AM

Hi Paul, I see that Antminer S19j 90 August is selling cheaper than what I paid. Is there any way to get the difference credited?
10:20 AM ✓✓

May 22, 2021

These will be online by May 26th and Support will get your pool details around the 24th-25th May.
02:01 PM

Great!
02:04 PM ✓✓

Hey John, your funds were received in full. Thanks again for paying so swiftly 😄

May 20, 2021

Awesome, thank you John. I'll let you know when we receive it. I have told CJ in finance to keep an eye out
10:56 AM

They confirmed it went through already
10:52 AM ✓✓

# EXHIBIT B



# EXHIBIT C

# Invoice

 **COMPASS**

B&H - 20 S19 Pros - John Vanhara

**From**

Compass Mining, Inc.
251 Little Falls Dr.
Wilmington, DE, 19808
United States

**To**

John Vanhara
United States

**Invoice No.**
INV-165

**Date**
May 18 2021

**Invoice Due**
May 18 2021

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Antminer S19 Pro 110 TH - Buy and Host - Irkutsk Region, Russia | 20 | 13500.00 | USD 270000.00 |
| Hosting Deposit (1 Month) 3.25kw x 24 hours x 31 days x $0.045/kwh | 20 | 108.81 | USD 2176.20 |
| Hosting Prepayment (1 Month) 3.25kw x 24 hours x 31 days x $0.045/kwh | 20 | 108.81 | USD 2176.20 |

| | |
|---|---|
| Sub Total | 274,352.40 |
| **Total** | **USD 274,352.40** |
| **Paid to Date** | **USD 0.00** |
| Balance | |
| | **USD 274,352.40** |

**Invoice Note**

US Wires:
Chase Bank
Account No.: ███
Routing No.: ███

International Wires:
Chase Bank
Account No.: ███
███

**Email:** payments@compassmining.io

# EXHIBIT D

# Invoice

 **COMPASS**

B&H - 10 S19 Pro - John Vanhara

**From**

Compass Mining, Inc.
251 Little Falls Dr.
Wilmington, DE, 19808
United States

**To**

John Vanhara
United States

**Invoice No.**
INV-231

**Date**
Jun 09 2021

**Invoice Due**
Jun 09 2021

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Antminer S19 Pro 110 TH - Buy and Host - Russia | 10 | 9900.00 | USD 99000.00 |
| Hosting Deposit (1 Month)<br>3.25kw x 24 hours x 31 days x $0.045/kwh | 10 | 108.81 | USD 1088.10 |
| Hosting Prepayment (1 Month)<br>3.25kw x 24 hours x 31 days x $0.045/kwh | 10 | 108.81 | USD 1088.10 |

| | |
|---|---|
| Sub Total | 101,176.20 |
| **Total** | **USD 101,176.20** |
| **Paid to Date** | **USD 0.00** |
| Balance | |
| | **USD 101,176.20** |

**Invoice Note**

US Wires:
Chase Bank
Account No.: ███████
Routing No.: ███████

International Wires:
Chase Bank
Account No.: ███████
SWIFT Code: ███████

Please address wire to:
HASHR8 INC
251 Little Falls Dr.
Wilmington, DE, 19808

Warranty: An official manufacturer warranty is provided. Please check the warranty rules from the manufacturer's official website.

Note 1: The unit hashrate is estimated, the final unit hashrate may be changed according to production. The total hashrate will be no less than the amount stated on the invoice.

Note 2: The price of cryptocurrency mining machines has to be adjusted frequently in accordance with variables like the exchange rate of the cryptocurrency with fiat, the cryptocurrency's network difficulty, or the expected difficulty increase. Refund requests based on price changes WILL NOT be honored.

Note 3: Refund requests based on shipment delay WILL NOT be accepted if delay is caused by the manufacturer.

Note 4: By paying for this invoice and paying the security deposit, you are agreeing to the Compass Mining Hosting Terms and Conditions. The Terms and Conditions are available on request.

---

**Email**: payments@compassmining.io

# EXHIBIT E

# Terms of Service

Last Updated: November 1, 2021

**Overview**

These Compass Mining Terms of Service govern your use of this website and any mobile app under the Compass Mining name. Throughout the site and apps, the terms "we", "us" and "our" refer to Compass Mining. Compass Mining offers this website, including all information, tools and services available from this site to you, the user, conditioned upon your acceptance of all terms, conditions, policies and notices stated here.

By visiting our site, using mobile apps under our name and/or purchasing something from us, you become a user of our "Services" and agree to be bound by the following terms and conditions ("Terms of Service", "Terms" or "Agreement"), including those additional terms and conditions and policies referenced herein and/or available by hyperlink. These Terms of Service apply to all users of the site, including without limitation users who are browsers, vendors, customers, merchants, and/or contributors of content.

Please read these Terms of Service carefully before accessing or using our website or mobile app. By accessing or using any part of the site or app, you agree to be bound by these Terms of Service. If you do not agree to all the terms and conditions of this agreement, then you may not access the Services. If these Terms of Service are considered an offer, acceptance is expressly limited to these Terms of Service.

the age of majority in your state or province of residence and you have given us your consent to allow any of your minor dependents to use this site. If you are not of the age of majority in your state or province of residence, you may not use our Services without the consent of your parent, guardian, caretaker or other individual able to provide consent to your use of the Services. If you are under the age of 16, you may not use our Services in any way.

Any new features or tools which are added to the current store shall also be subject to the Terms of Service. You can review the most current version of the Terms of Service at any time on this page. We reserve the right to update, change or replace any part of these Terms of Service by posting updates and/or changes to our website. It is your responsibility to check this page periodically for changes. We will notify you of any changes to these Terms by updating the "Last Updated" date at the top of these Terms of Service. Your continued use of or access to the website following the posting of any changes constitutes acceptance of those changes.

A breach or violation of any of the Terms will result in an immediate termination of your Services.

The headings used in this agreement are included for convenience only and will not limit or otherwise affect these Terms.

### Section 1 – Online Store Terms

You may not use our products, including any product purchased through the Online Store, for any illegal or unauthorized purpose nor may you, in the use of the Service, violate any laws in your jurisdiction (including but not limited to copyright laws). A detailed list of prohibited uses of our Services, including uses related to the Online Store, is below in Section 12.

We reserve the right to refuse service to anyone for any reason at any time.

You understand that your content (not including credit card information), may be transferred unencrypted and involve (a) transmissions over various networks; and (b) changes to conform and adapt to technical requirements of connecting networks or devices. Credit card information is always encrypted during transfer over networks.

You agree not to reproduce, duplicate, copy, sell, resell or exploit any portion of the Service, use of the Service, or access to the Service or any contact on the website through which the Services are provided, without our express written permission.

**Section 3 – Accuracy, Completeness and Timeliness of Information**

We are not responsible if information made available on this site is not accurate, complete or current. Except where otherwise provided within the materials presented on the Services, the material on this site is provided for general information only and should not be relied upon or used as the sole basis for making decisions without consulting primary, more accurate, more complete or more timely sources of information. Any reliance on the material on this site is at your own risk.

This site may contain certain historical information. Historical information, by definition, is not current and is provided for your reference only.  In particular, we may provide historical information regarding miner profitability that is based on information available to us. This information is not provided as financial advice and is not intended to provide any indication of future profitability. All use of such information is at your sole risk.

that it is your responsibility to monitor changes to our site.

## Section 4 – Modifications to the Service and Pricing

Prices for our products are subject to change without notice.

We reserve the right at any time to modify or discontinue the Service (or any part or content thereof) without notice at any time.

We shall not be liable to you or to any third-party for any modification, price change, suspension, disruption or discontinuance of the Service.

## Section 5 – Products or Services

Certain products or services may be available exclusively online through the website. These products or services may have limited quantities and are subject to return or exchange only according to our Purchase Policy and Resale Policy.

We have made every effort to display as accurately as possible the colors and images of our products that appear at the store. We cannot guarantee that your computer monitor's display of any color will be the same as it appears on our website.

We reserve the right, but are not obligated, to limit the sales of our products or Services to any person, geographic region or jurisdiction. We may exercise this right on a case-by-case basis. We reserve the right to limit the quantities of any products or services that we offer. All descriptions of products or product pricing are subject to change at any time without notice, at the sole discretion of us. We reserve the right to discontinue any product at any time. Any offer for any product or service made on this site is void where prohibited.

household or per order. These restrictions may include orders placed by or under the same customer account, the same credit card, and/or orders that use the same billing and/or shipping address. In the event that we make a change to or cancel an order, we will attempt to notify you by contacting the e-mail and/or billing address/phone number provided at the time the order was made. We reserve the right to limit or prohibit orders that, in our sole judgment, appear to be placed by dealers, resellers or distributors.

We may also, in the future, offer new Services and/or features through the website (including, the release of new tools and resources). Such new features and/or Services shall also be subject to these Terms of Service.

## Section 6 – Accuracy of Billing and Account Information

You agree to provide current, complete and accurate purchase and account information for all purchases made at our store. You agree to promptly update your account and other information, including your email address and credit card information, including the expiration date, so that we can complete your transactions and contact you as needed.

For more detail, please review our Purchase Policy available at https://compassmining.io/education/purchase-policy.

## Section 7 – Optional Tools

We may provide you with access to optional third-party tools over which we neither monitor nor have any control nor input.

You acknowledge and agree that we provide access to such tools "as is" and "as available" without any warranties, representations or conditions

tools.

Any use by you of optional tools offered through the site is entirely at your own risk and discretion and you should ensure that you are familiar with and approve of the terms on which tools are provided by the relevant third-party provider(s). We encourage you to become familiar with the policies of these third parties before using the optional third-party tools.

## Section 8 – Third-Party Links

Certain content, products and services available via our Service may include materials from third parties.

Third-party links on this site may direct you to third-party websites that are not affiliated with us. We are not responsible for examining or evaluating the content or accuracy of these sites, and you acknowledge that when you leave our site to visit these third-party sites, you do so at your own risk. We do not warrant and will not have any liability or responsibility for any third-party materials or websites, or for any other materials, products, or services of third parties.

We are not liable for any harm or damages related to the purchase or use of goods, services, resources, content, or any other transactions made in connection with any third-party websites. Please review carefully the third-party's policies and practices and make sure you understand them before you engage in any transaction. Complaints, claims, concerns, or questions regarding third-party products should be directed to the third-party.

## Section 9 – User Comments, Feedback and Other Submissions

If, at our request, you send certain specific submissions (for example

email, by postal mail, or otherwise (collectively, "comments"), you agree that we may, at any time, without restriction, edit, copy, publish, distribute, translate and otherwise use in any medium any comments that you forward to us. We are and shall be under no obligation (1) to maintain any comments in confidence; (2) to pay compensation for any comments; or (3) to respond to any comments.

We may, but have no obligation to, monitor, edit or remove user content that we determine in our sole discretion is unlawful, offensive, threatening, libelous, defamatory, pornographic, obscene or otherwise objectionable or that violates any party's intellectual property or these Terms of Service.

You agree that your comments and any content you post or submit to us or our website will not violate any right of any third-party, including copyright, trademark, privacy, personality or other personal or proprietary right. You further agree that your comments will not contain libelous or otherwise unlawful, abusive or obscene material, or contain any computer virus or other malware that could in any way affect the operation of the Service or any related website. You may not use a false e-mail address, pretend to be someone other than yourself, or otherwise mislead us or third-parties as to the origin of any comments. You are solely responsible for any comments you make or content you submit and its accuracy. We take no responsibility and assume no liability for any comments or content posted by you or any third-party.

**Section 10 – Personal Information**

Our collection, use, sharing, retention and security of your personal information, is governed by our Privacy Policy available at https://compassmining.io/education/privacy-policy/. You may also send

◀

Occasionally there may be information on our site or in the Service that contains typographical errors, inaccuracies or omissions that may relate to product descriptions, pricing, promotions, offers, product shipping charges, transit times and availability. We reserve the right to correct any errors, inaccuracies or omissions, and to change or update information or cancel orders without prior notice if any information in the Service or on any related website is inaccurate at any time (including after you have submitted your order).

We undertake no obligation to update, amend or clarify information in the Service or on any related website, including without limitation, pricing information, except as required by law. No specified update or refresh date applied in the Service or on any related website, should be taken to indicate that all information in the Service or on any related website has been modified or updated.

**Section 12 – Prohibited Uses**

In addition to other prohibitions as set forth in the Terms of Service, you are prohibited from using the site or its content: (a) for any unlawful purpose; (b) to solicit others to perform or participate in any unlawful acts; (c) to violate any international, federal, provincial or state regulations, rules, laws, or local ordinances; (d) to infringe upon or violate our intellectual property rights or the intellectual property rights of others; (e) to harass, abuse, insult, harm, defame, slander, disparage, intimidate, or discriminate based on gender, sexual orientation, religion, ethnicity, race, age, national origin, or disability; (f) to submit false or misleading information; (g) to upload or transmit viruses or any other type of malicious code that will or may be used in any way that will affect the functionality or operation of the Service or of any related website,

scrape, (j) for any obscene purpose, or (k) to interfere with or circumvent the security features of the Service or any related website, other websites, or the Internet. We reserve the right to immediately terminate your use of the Service or any related website for violating any of the prohibited uses.

**Section 13 – Disclaimer of Warranties; Limitation of Liability**

We do not guarantee, represent or warrant that your use of our Services will be uninterrupted, timely, secure or error-free.

We do not warrant that the results that may be obtained from the use of the Services will be accurate or reliable.

You agree that from time to time we may deactivate the Services for indefinite periods of time without notice to you. We also reserve the right to cancel the Services at any time.

You expressly agree that your use of, or inability to use, the Services is at your sole risk. The Services and all products and services delivered to you through the Services are (except as expressly stated by us) provided "as is" and "as available" for your use, without any representation, warranties or conditions of any kind, either express or implied, including all implied warranties or conditions of merchantability, merchantable quality, fitness for a particular purpose, durability, title, and non-infringement.

In no case shall Compass Mining, our directors, officers, employees, affiliates, agents, contractors, interns, suppliers, service providers or licensors be liable for any injury, loss, claim, or any direct, indirect, incidental, punitive, special, or consequential damages of any kind, including, without limitation lost profits, lost revenue, lost savings, loss of data, replacement costs, or any similar damages, whether based in contract, tort (including negligence), strict liability or otherwise, arising

Services or any product, including, but not limited to, any errors or omissions in any content, or any loss or damage of any kind incurred as a result of the use of the Services, or any content (or product) posted, transmitted, or otherwise made available via the Services, even if advised of their possibility. Because some states or jurisdictions do not allow the exclusion or the limitation of liability for consequential or incidental damages, in such states or jurisdictions, our liability shall be limited to the minimum required by law.

## Section 14 – Indemnification

You agree to indemnify, defend and hold harmless Compass Mining and our parent, subsidiaries, affiliates, partners, officers, directors, agents, contractors, licensors, service providers, subcontractors, suppliers, interns and employees, harmless from any claim or demand, including reasonable attorneys' fees, made by any third party due to or arising out of your breach, whether or not this breach was intentional, of these Terms of Service or the documents they incorporate by reference, or your violation of any law or the rights of a third party.

## Section 15 – Severability

In the event that any provision of these Terms of Service is determined to be unlawful, void or unenforceable, such provision shall nonetheless be enforceable to the fullest extent permitted by applicable law, and the unenforceable portion shall be deemed to be severed from these Terms of Service, and shall not affect the validity and enforceability of any other remaining provisions.

## Section 16 – Termination

The obligations and liabilities of the parties incurred prior to the

These Terms of Service are effective unless and until terminated by either you or us. You may terminate these Terms of Service at any time by notifying us that you no longer wish to use our Services, or when you cease using our site. However, if you resume using our Services, the Terms of Service then in effect will apply to such usage.

If, in our sole judgment, you fail, or we suspect that you have failed, to comply with any term or provision of these Terms of Service, we may terminate this agreement at any time without prior notice and/or may deny you access to our Services (or any part thereof). You agree that you will remain liable for all obligations and amounts due up to and including the date of termination and/or denial of access to our Services.

## Section 17 – Entire Agreement

These Terms of Service and any policies or operating rules posted by us on this site or in respect to the service constitutes the entire agreement and understanding between you and Compass Mining, and governs your use of the Services. These Terms of Service supersede any prior or contemporaneous agreements, communications and proposals, whether oral or written, between you and us (including, but not limited to, any prior versions of the Terms of Service).

Any ambiguities in the interpretation of these Terms of Service shall not be construed against the drafting party.

## Section 18 – Governing Law & Waiver

Any dispute relating to the Services shall be adjudicated under the laws of the state of Delaware without regard to Delaware's choice of law provisions. Moreover, any legal dispute shall be brought in a Delaware court having subject matter jurisdiction. You agree to waive any objection

event or a dispute, you will not bring any claim in any representative or class-action capacity or permit your claim to be adjudicated by another as your representative; rather, you agree that you will seek adjudication of only your own personal claim.

Our failure to exercise or enforce any right or provision of these Terms of Service shall not constitute a waiver of such right or provision.

### Section 19 – Changes to Terms of Service

You can review the most current version of the Terms of Service at any time at this page. The "Last Updated" date at the top of the Terms of Service reflects when the latest version of these Terms was posted to the website. Unless otherwise stated, changes to these Terms of Service are effective upon posting.

We reserve the right, at our sole discretion, to update, change or replace any part of these Terms of Service by posting updates and changes to our website. It is your responsibility to check our website periodically for changes. Your continued use of or access to our website or the Service following the posting of any changes to these Terms of Service constitutes acceptance of those changes.

### Section 20 – Contact Information

Questions about the Terms of Service should be sent to us at support@compassmining.io.

| Enter your email | Subscribe |



Compass is a Bitcoin-first company on a mission to support the decentralized growth of hashrate and strengthen network security by helping more people learn, explore and mine Bitcoin.

**COMPANY**

About Us

Facility Application

Procurement Service

Compass FAQs

Resale Policy

Purchase Policy

**MEDIA**

Learn

Podcast

Research

**SOCIAL**

💬 Contact Us

in Linkedin

🐦 Twitter

© 2022 Compass mining Inc. All Rights Reserved.

Privacy Policy    Terms of Service    Payment Plan    Marketplace    Hosting agreement    Hardware agreement

# EXHIBIT F



**COMPASS**

# Compass Mining launches a limited VIP hardware and hosting bundle.

With the VIP Bundle, Compass miners have access to an exclusive hardware and hosting offering at prices that were previously beyond the reach of retail miners.



**COMPASS**
2 AUG 2021  ·  2 MIN READ

Compass Mining, the world's first online marketplace for Bitcoin mining hardware and hosting, announces today a new VIP Bundle offering that provides exclusive access to mining hardware and hosting at similar rates paid by the largest public mining companies in the world.

Bundles are now available with no purchase limit per customer. Previously only available to the largest mining corporations, the new VIP Bundle is a commonplace hardware purchase plan designed for Compass' rapidly growing cohort of retail miners.

"Compass miners already have access to the best miners, facilities, and service in the industry. Now we're expanding our product offerings to include an exclusive opportunity to enjoy a bundled hardware and hosting offering that has historically been beyond the reach of retail miners," said Whit Gibbs, CEO of Compass Mining. "The VIP Bundle is designed to give Compass miners monthly access to top-of-the-line mining machines at a reasonable price point."

◀

Starting in December, Compass miners who select a VIP Bundle will receive the following:

- **Twelve (12) new Antminer S19j** (90 TH). One (1) unit will come online each month from December 2021 to November 2022.

- An all-in hosting fee of **$0.053/kwh**.

- Rack space at a facility in Russia's Krasnoyarsk Krai region powered by **renewable energy sources.**

VIP bundles are available as long as supplies last. Average price per unit is $5,400 or $60/TH. To claim a bundle, visit: compassmining.io/vipbundle.

## Here's how it works.

- Machines are owned by the purchasing customer and are **shipped directly from Bitmain**.

- Shipments **start in November 2021,** but time between shipment and deployment lasts about four (4) weeks. The first installment of machines will start hashing in December 2021.

- Claiming a bundle requires an **upfront deposit** and an additional **monthly payment of $3,780** for the duration of the 12-month purchase plan.

- Bundles also include hosting, which require a deposit equivalent to **one month of hosting for 12 machines** followed by regular monthly hosting payments when the machines are hashing. The full **hosting deposit is returned** at the end of the 12-month hosting contract.

# EXHIBIT G

# Invoice



B&H - 10 Russia VIP Bundles - Dec 30, 2021 Estimated Online Date - OFIPLEX NV LLC

**From**

Compass Mining, Inc.
251 Little Falls Dr.
Wilmington, DE, 19808
United States

**To**

OFIPLEX NV LLC
5348 Vegas Dr
Las Vegas, NV, 89108
United States

**Invoice No.**
INV-424

**Date**
Aug 05 2021

**Invoice Due**
Aug 05 2021

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Antminer S19j 90 TH VIP Bundle (Russia) - Krasnoyarsk Krai, Russia<br>Estimated Online Date - Dec 30, 2021 | 10 | 19440.00 | USD 194400.00 |
| Bundle Cost Monthly Fee<br>($3780/month for 12 months, pay first month now) | 10 | 3780.00 | USD 37800.00 |
| Hosting Deposit - ($.053 x 31 days x 24 hrs x 3.10 kw x 12 units) | 10 | 1466.87 | USD 14668.70 |
| Hosting Prepayment - ($.053 x 31 days x 24 hrs x 3.10 kw x 12 units) | 10 | 1466.87 | USD 14668.70 |

| | |
|---|---|
| Sub Total | 261,537.40 |
| **Total** | **USD 261,537.40** |
| **Paid to Date** | **USD 0.00** |
| Balance | |
| | **USD 261,537.40** |

**Invoice Note**

We appreciate your business.

Note - Please send only Wire Transfers to the instructions below. Do not send an ACH to these instructions below as it will be rejected.

US Wires:
Chase Bank
Account No.: 6█████
Wire Routing No.: ███████

International Wires:
Chase Bank
Account No.: ███████

SWIFT Code: █████

Please address wire to:
COMPASS MINING INC
251 Little Falls Dr.
Wilmington, DE, 19808

---

Warranty: An official manufacturer warranty is provided. Please check the warranty rules from the manufacturer's official website.

Note 1: The unit hashrate is estimated, the final unit hashrate may be changed according to production. The total hashrate will be no less than the amount stated on the invoice.

Note 2: The price of cryptocurrency mining machines has to be adjusted frequently in accordance with variables like the exchange rate of the cryptocurrency with fiat, the cryptocurrency's network difficulty, or the expected difficulty increase. Refund requests based on price changes WILL NOT be honored.

Note 3: Refund requests based on shipment delay WILL NOT be accepted if delay is caused by the manufacturer.

Note 4: By paying for this invoice and paying the security deposit, you are agreeing to the Compass Mining Hosting Terms and Conditions. The Terms and Conditions are available on request.

Note 5: All invoices expire after 24 hours of the Invoice Due Date. Compass reserves the right to reject or refund payment for orders paid after this period. Proof of payment with a date within 24 hours of invoice will also be accepted.

---

**Email**: support@compassmining.io

# EXHIBIT H


6 captures
10 May 2022 - 1 Jul 2022
   

COMPASS MINING | Now Everyone Can Mine Bitcoin

Hardware    Facilities    Compass Content    Resources ⌄

Dashboard    Sign In

## Compass Hosting Service Agreement

5.5.2022

This Compass Hosting Service Agreement (this "Agreement") contains the terms and conditions that govern your access to and use of the Hosting Service (as defined below) and is an agreement between Compass Mining Inc. ("Compass," "we," "us," or "our") and the customer identified on the signature page ("Customer," "you," or "your"). This Agreement takes effect when you sign this Agreement (the "Effective Date"). Customer represents to Compass that Customer is lawfully able to enter into contracts (e.g., Customer is not a minor). If Customer is entering into this Agreement for an entity, Customer represents to Compass that Customer has legal authority to bind that entity. Please see Section 14 for definitions of certain capitalized terms used in this Agreement.

### 1   HOSTING SERVICE

1.1    Hosting Arrangement. Compass shall provide for the hosting of Customer Hardware at the Hosting Facility selected by Customer **("Hosting Service")**. As part of the Hosting Service, Compass shall provide for or arrange shelf and/or rack space, sufficient electrical capacity at the required voltage and wattage, provision of electricity, monitoring and services (according to section 3.2) of Customer Hardware to achieve the Service Level (i.e., standard fixes, basic repairs or Customer Hardware resets), and support from Compass Mining Concierge Team and Compass Mining Operations Team, as applicable. The Hosting Service shall be initially provided at the Hosting Facility or Hosting Facilities referenced in the Service Order. In addition to the other rights herein, Compass reserves the right to switch any Hosting Facility to another facility at a cost that is equivalent to the Hosting Service Fee. Compass reserves the right to provide the Hosting Service directly or through agents, vendors and qualified third parties. Customer acknowledges and agrees that Compass may procure products, services and facilities from, and subcontract the provision of the Hosting Service to, third party providers and subcontractors, including, without limitation, any Hosting Provider.

1.2    Service Level. Compass shall use commercially reasonable efforts to make the Hosting Service available to Customer ninety five percent (95%) of the time in each yearly period**(the "Service Level")**, except in the event of maintenance of the Hosting Facility or its associated infrastructure, Customer Hardware failure, or Force Majeure Events. Compass does not guarantee that the Hosting Service will not be interrupted by outages or shortages of power which are planned or unplanned and outside of Compass's control, and Compass will not be liable for the foregoing. Compass does not guarantee the supply of electricity during the winter or peak hours of the day. There is a possibility of voluntary or involuntary downtime, curtailment by Compass, the Hosting Facility or the Hosting Facility's energy provider, or outages or shortages of power. Compass shall not be responsible for the consequences of such outages and such outages shall not be calculated in connection with the Service Level commitment, except as expressly stated herein. Notwithstanding the foregoing, Customer acknowledges that Compass and the Hosting Facility participate in various Demand Response / Load Resource Participation Programs**("LRP Programs")**, and that the LRP Programs are designed to maintain the integrity of the local grid system and allow for cost savings that can be passed on to Compass' customers. Accordingly, the LRP Programs provide the local grid operator with the capability to shut off the power load serving Compass' customers in response to load situations. Such occurrence shall be deemed a Force Majeure Event.

1.3    Service Order. The Customer acknowledges and agrees that certain terms of the Hosting Service, including the Hosting Facility, the monthly hosting fee, as well as the estimated online date (i.e., commencement of mining operations) are as specified in the order summary page if purchased on the Compass Site (https://compassmining.io/) , or contained in the Service Order hereto. The Order Summary Page shall be deemed to be agreed by the Customer through the checkout process or through the duly executed copy of this Agreement and an accompanying Order Summary Page by the authorized representative of each party.

### 2   CUSTOMER HARDWARE AND INSTALLATION AND DELIVERY

2.1    Delivery and Installation of Customer Hardware. Any costs for the installation, mounting, and unmounting of Customer Hardware and all tariffs, taxes, shipping costs, or other expenses associated with shipping, importing, exporting, and transporting Customer Hardware to the Hosting Facility shall be reflected in the Service Order(s) attached or incorporated by reference, if relevant. Compass or its Hosting Provider may inspect the Customer Hardware for suitability of hosting and has full discretion to accept or reject any Customer Hardware.

2.2    Operation and Start Date. Compass shall make commercially reasonable efforts to commence operation of Customer Hardware on the scheduled Hosting Service Commencement Date reflected in the Order Summary Page if purchased online, or contained in the Service Order(s) attached or incorporated by reference; provided however, that Compass shall not be responsible for any delay in operation of Customer Hardware for any reason, including delay in receipt of Customer Hardware, Force Majeure Events, lack of available rack space, Hosting Facility delays, Hosting Facility electrical or network connectivity problems, or loss of power due to the Transmission/Distribution network.

2.3    Serial Numbers. If requested by Customer, Compass shall provide Customer with the serial number for each machine included in the Customer Hardware.

### 3   HOSTING FACILITY MAINTENANCE AND CUSTOMER HARDWARE REPAIRS

3.1    Facility Maintenance. Compass, its Hosting Providers and any operators of the Hosting Facility shall be entitled to perform maintenance and any actions as deemed necessary or desirable by Compass or its agents with respect to the Hosting Facility and to maintain the network. Customer acknowledges and agrees that performance of such maintenance may cause the network to be temporarily inaccessible and the Customer Hardware may experience temporarily down-time or unavailability. Compass and its Hosting Providers shall use commercially reasonable efforts to conduct such Maintenance in a manner so as to avoid or minimize the unavailability of the Hosting Service. If a scheduled Maintenance is expected to interrupt the availability of Hosting Service, Compass may give Customer notice by email prior to conducting such Maintenance, identifying the time and anticipated duration.

3.2    Hardware Maintenance and Repair. Compass, its Hosting Providers and the operators of the Hosting Facility shall be entitled to perform maintenance and any actions as deemed necessary or desirable with respect to Customer Hardware. To the extent that simple repairs cannot be performed without passing costs for parts and labor onto the Customer, the Customer will be notified of an estimated cost and timeline for Customer Hardware repairs to be completed. Compass will make reasonable efforts to repair Customer Hardware on-site, but may require Customer Hardware to be shipped to the manufacturer or a third-party for critical repairs. Customer Hardware sent to the manufacturer for repair may be fully covered under a standard manufacturer warranty, but shipping costs will be paid at the Customer's expense. If the Customer does not agree with repair options or costs or the Customer Hardware is otherwise deemed unrepairable by the third-party service provider or manufacturer, the Customer has the right to cancel this Agreement and have its Customer Hardware shipped to it and at its expense. If Customer does not respond to options for repair provided by Compass within fifteen (15) days, Compass reserves the right to cancel