GUNDZIK GUNDZIK HEEGER LLP
Aaron C. Gundzik (State Bar No. 132137)
Aaron.gundzik@gghllp.com
14011 Ventura Blvd, Suite 206E
Sherman Oaks, CA 91423
Telephone: 818.290.7461
Facsimile: 818.918.2316

ARMSTRONG TEASDALE LLP
Alec P. Harris (*pro hac vice*)
Kathleen Guilfoyle (*pro hac vice*)
aharris@atllp.com
kguilfoyle@atllp.com
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone:  720.200.0676
Facsimile:   720.200.0679

Attorneys for Defendant Compass Mining, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIBI, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>COMPASS MINING, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 2:22-CV-04537-PVC<br><br>Hon. Maame Ewusi-Mensah Frimpong<br><br>**DECLARATION OF PAUL GOSKER IN SUPPORT OF DEFENDANT COMPASS MINING INC.'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL ARBITRATION**<br><br>Hearing:  TBD<br>Time:      TBD<br>Location: United States Courthouse, 350 West First St., Los Angeles, CA 90012, Courtroom 8B, 8th Floor |

I, Paul Gosker, declare and state as follows:

1. I am over eighteen years of age and currently reside in Dublin, Ireland.

2. I have personal knowledge of the facts stated herein, and, if called as a witness could competently testify concerning the facts set forth herein.

3. I am a cofounder and the Chief Technology Officer of Compass Mining, Inc. ("Compass").

4. In my capacity as cofounder and Chief Technology Officer, I oversee all aspects of Compass's technological processes, including its storage of code and the mechanisms Compass uses to complete and record online transactions with customers.

5. I am aware that Compass's Chief Mining Officer, Thomas Heller, submitted a declaration in support of Compass's Motion to Compel Arbitration in this matter, as well as a supplemental declaration. I am also aware that Mr. Heller's declarations discuss Veribi LLC's ("Veribi") online purchases through the Compass website, the Compass Hosting Agreement in place at that time, and related issues. Mr. Heller's discussion of these issues is correct. I provide this declaration to add additional technical detail to Mr. Heller's description, based on my knowledge as Compass's Chief Technology Officer.

**Veribi's Online Purchase on July 30, 2021**

6. Multiple data points demonstrate that Veribi made its July 30, 2021 purchase of miners through the Compass website, as explained in Mr. Heller's declaration.

7. *First,* the Transaction ID value for the purchase confirms this fact.

8. Compass records all customer purchases, whether made through the Compass website or some other means.

9. Every purchase for mining equipment completed by a Compass customer is given a unique Transaction ID. This Transaction ID is automatically generated by Compass's purchasing software at the time of purchase.

10. During the relevant time period, purchases with Transaction IDs beginning with "-" were purchases made through Compass's website.

11. As Mr. Heller's declarations explain, John Vanhara, acting on behalf of Veribi, purchased mining equipment in the amount of $39,134.36 on or about July 30, 2021. This purchase has a Transaction ID "-MfoxmiOXNhX0JoQsrCt." Thus, the Transaction ID for this purchase demonstrates that it was made online, through Compass's website.

12. *Second*, Compass's transaction data for this purchase verify that it occurred through the Compass website.

13. I have reviewed Compass's raw data stored in our database for the July 30, 2021 Veribi purchase.

14. The raw data contain a field named "addedManually." This field has a value of "False" when purchases are made through the Compass website. By contrast, purchases made through direct invoicing do not contain the addedManually field at all.

15. The "addedManually" field the July 30, 2021 purchase shows a "False" value. This demonstrates the July 30, 2021 purchase was made through the Compass Website.

16. A true and correct copy of a screenshot of the raw data for Veribi's July 30, 2021 purchase is attached as **Exhibit A**.

17. *Third,* Compass's third-party payment vendor data also confirm that Veribi's July 30, 2021 purchase was made online, through Compass's website.

18. Compass utilizes third-party vendors to facilitate online purchases, including Squareup.

19. These third-party vendors track transaction data for Compass customers and share that data with Compass.

20. Payments shown in the transaction data as coming from the "Compass Product Application" originate from the Compass website.

21. I have reviewed the payment vendor data on Squareup for Veribi's July 30, 2021 purchase.

22. The information from Squareup for Veribi's July 30, 2021 transaction shows that the payment originated from "Compass Product Application." This further corroborates that the July 30, 2021 transaction occurred on the Compass website.

23. A true and correct copy of screenshots from the Squareup payment is attached as **Exhibit B**.

**Rendering of July 2021 Compass Website**

24. In Mr. Heller's August 10, 2022 declaration, he provided screenshots from the Compass website in July 2021. *See* Heller Decl. ¶ 34.

25. As Compass's Chief Technology Officer, I can confirm that these screenshots accurately reflect how the Compass website appeared in July 2021.

26. Since at least as early as July 2020, Compass has archived the code for its website code on GitHub.

27. GitHub is an internet hosting service that stores software code. GitHub allows a company to host not only the current code for its website, but also archives of code for prior versions of the website. This archiving and tracking function is known as "version control."

28. GitHub timestamps code to indicate when a version of code was in use.

29. Compass uses GitHub to store its website code for each version of the website.

30. In support of Compass's Motion to Compel Arbitration, Compass accessed Compass's website code in GitHub timestamped for July 2021 in order to

view how Compass's website appeared to John Vanhara during his July 2021 online purchase.

31. After completing this rendering, Compass traced the steps of a user purchasing mining equipment on its website in July 2021, screenshotting the website display as it would appear to the user.

32. The screenshots attached as Exhibit B to Mr. Heller's August 10, 2022 declaration are true and correct copies of this rendering.

33. Thus, the screenshots included in Mr. Heller's declaration show the website as Veribi and Mr. Vanhara saw it when completing the July 30, 2021 purchase.

**Hosting Agreement and Website Terms of Service**

34. Compass hosts both its Hosting Agreement and its Website Terms of Service on its website.

35. The Hosting Agreement currently appears at the following URL: https://compassmining.io/hosting-agreement. A true and correct copy of this agreement is attached as **Exhibit C**.

36. The Website Terms of Service currently appear at the following URL: https://compassmining.io/education/terms-of-service/.

37. The Hosting Agreement has always been available to customers upon request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 29th day of August 2022.

By: /s/ Paul Gosker

Paul Gosker