# EXHIBIT A

\+ Start collection

\+ Add field

SalesManager: "Paul McDermott"

addedManually: false

approvalStatus: 0

appsheet: "update"

buyEquipment: false

checkoutURL: "https://connect.square