# EXHIBIT B

Customer: john vanhara ✕

## Jul. 1, 2021–Jul. 31, 2021

**Friday, July 30, 2021**

| | 8:58 pm | **Invoice #002103: B&H - 10 S19j Pro 100TH Nov 30, 2021 Hash Date - South Carolina, USA** – Collected by Carson Taylor Compass Mining, Inc. |
|---|---|---|
| AMEX | 2:13 am | **Online Transaction** Compass Mining, Inc. |

**Wednesday, July 14, 2021**

| AMEX | 7:59 pm | **Invoice #001673: Monthly Facility Invoice** Compass Mining, Inc. |
|---|---|---|
| AMEX | 7:57 pm | **Invoice #001672: Monthly Facility Invoice** Compass Mining, Inc. |

---

### $39,134.36 Payment

Jul. 30, 2021 2:13 am

Collected at: Compass Mining, Inc.
Order Source: Compass Production Application
Sale attributed to: Untracked team member
Paid by: John Vanhara

| | |
|---|---|
| **Hosting deposit** | $749.58 |
| **Hosting prepayment** | $749.58 |
| **Antminer S19j Pro 100 TH**<br>$7,300.00 × 5 | $36,500.00 |
| **Processing fees** | $1,135.20 |
| **TOTAL** | **$39,134.36** |
| ▓▓▓▓▓▓▓▓▓▓▓▓ | $39,134.36 |

Jul. 30, 2021 2:13 am

Receipt #BMmy

$37,721.52 Transferred
Fees: API 2.90% + $0.30 ($1,412.84)