GUNDZIK GUNDZIK HEEGER LLP
Aaron C. Gundzik (State Bar No. 132137)
Aaron.gundzik@gghllp.com
14011 Ventura Blvd, Suite 206E
Sherman Oaks, CA 91423
Telephone: 818.290.7461
Facsimile: 818.918.2316

ARMSTRONG TEASDALE LLP
Alec P. Harris (*pro hac vice*)
Kathleen Guilfoyle (*pro hac vice*)
aharris@atllp.com
kguilfoyle@atllp.com
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone:   720.200.0676
Facsimile:   720.200.0679

Attorneys for Defendant Compass Mining, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIBI, LLC, a Nevada limited liability company,<br><br>   Plaintiff,<br><br>v.<br><br>COMPASS MINING, INC., a Delaware corporation,<br><br>   Defendant. | Case No.: 2:22-CV-04537-MEMF-JPR<br><br>Hon. Maame Ewusi-Mensah Frimpong<br><br>**SUPPLEMENTAL DECLARATION OF THOMAS HELLER IN SUPPORT OF DEFENDANT COMPASS MINING INC.'S MOTION TO COMPEL ARBITRATION**<br><br>Hearing:   TBD<br>Time:        TBD<br>Location:  United States Courthouse, 350 West First St., Los Angeles, CA 90012, Courtroom 8B, 8th Floor |

I, Thomas Heller, declare and state as follows:

1.  I am over eighteen years of age and currently reside in Hanoi, Vietnam.

2.  I am a co-founder and Chief Mining Officer of Compass Mining, Inc.

-1-

("Compass").

3. I have personal knowledge of the facts stated herein, and, if called as a witness could competently testify concerning the facts set forth herein.

4. I provide this Supplemental Declaration in order to clarify and supplement the information provided in my Declaration in Support of Compass's Motion to Compel dated August 10, 2022.

**Dates of Hosting Agreements**

5. As part of my August 10, 2022 declaration, I provided implementation dates for various versions of Compass's Hosting Agreement. *See* Heller Decl. ¶¶ 35-40. These dates generally reflected the date shown in the text of the agreements themselves. However, upon further investigation, Compass has determined that in a few instances, there was a brief lag between the time a given version was implemented internally at Compass and the date that version went live on the Compass website (the external rollout date). Thus, while the implementation dates provided in my initial declaration were correct, they did not always reflect the date the public would see a newly implemented version of the Hosting Agreement.

6. A summary of the internal implementation dates and external rollout dates for all of the versions provided in my initial declaration is as follows:

|  | **Internal Implementation Date** | **External Rollout Date** |
| --- | --- | --- |
| Exhibit D | June 30, 2021 | June 30, 2021 |
| Exhibit E | July 6, 2021 | July 7, 2021 |
| Exhibit F | July 9, 2021 | July 10, 2021 |
| Exhibit G | August 2, 2021 | August 6, 2021 |
| Exhibit H | January 12, 2022 | January 14, 2022 |

7. All other statements in my August 10, 2022 declaration remain true and correct to the best of my knowledge, information, and belief.

8. The name of the Compass Hosting Agreement has changed slightly

over time. At times, Compass has referred to this Agreement as the "Compass Mining Hosting Terms and Conditions," the "Compass Customer Agreement," or the "Master Services Agreement." These names all refer to the same Agreement attached in various versions to my August 10, 2022 declaration.

9. For example, if a customer asked for a copy of the Compass Mining Hosting Terms and Conditions on August 5, 2021, January 14, 2022, or January 26, 2022, Compass would have provided the customer with the agreements set forth at Exhibit F, H, and H of my August 10, 2022 declaration, respectively.

**Ongoing Hosting Payments**

10. Veribi, LLC ("Veribi") has continued to pay Compass hosting fees for miners outside of Russia.

11. Veribi's hosting fee payments have continued through at least June 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 29th day of August 2022.

By: /s/ Thomas Heller

Thomas Heller