GUNDZIK GUNDZIK HEEGER LLP
Aaron C. Gundzik (State Bar No. 132137)
Aaron.gundzik@gghllp.com
14011 Ventura Blvd, Suite 206E
Sherman Oaks, CA 91423
Telephone: 818.290.7461
Facsimile: 818.918.2316

ARMSTRONG TEASDALE LLP
Alec P. Harris (*pro hac vice*)
Kathleen Guilfoyle (*pro hac vice*)
aharris@atllp.com
kguilfoyle@atllp.com
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: 720.200.0676
Facsimile: 720.200.0679

Attorneys for Defendant Compass Mining, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

VERIBI, LLC, a Nevada limited liability company,

Plaintiff,

v.

COMPASS MINING, INC., a Delaware corporation,

Defendant.

Case No.: 2:22-CV-04537-MEMF-JPR

Hon. Maame Ewusi-Mensah Frimpong

**SUPPLEMENTAL DECLARATION OF THOMAS HELLER IN SUPPORT OF DEFENDANT COMPASS MINING INC.'S MOTION TO DISMISS**

Hearing: TBD
Time: TBD
Location: United States Courthouse, 350 West First St., Los Angeles, CA 90012, Courtroom 8B, 8th Floor

I, Thomas Heller, declare and state as follows:

1. I am over eighteen years of age and currently reside in Hanoi, Vietnam.

2. I provide this Supplemental Declaration in order to submit to the Court the same documents submitted with my Declaration in Support of

Compass's Motion to Dismiss dated August 10, 2022, with clarified dates. Clarified dates are shown in italics.

3. A true and correct copy of the Compass Hosting Service Agreement effective before June 30, 2021 is attached hereto as **Exhibit A**.

4. A true and correct copy of the Compass Hosting Service Agreement as implemented *internally and displayed on the Compass website beginning* on or about June 30, 2021 is attached hereto as **Exhibit B**.

5. A true and correct copy of the Compass Hosting Service Agreement as implemented *internally* on or about July 6, 2021 and *displayed on the Compass website beginning on or about July 7, 2021* is attached hereto as **Exhibit C**.

6. A true and correct copy of the Compass Hosting Service Agreement as implemented *internally* on or about July 9, 2021 and *displayed on the Compass website beginning on or about July 10, 2021* is attached hereto as **Exhibit D**.

7. A true and correct copy of the Compass Hosting Service Agreement as implemented *internally* on or about August 2, 2021 and *displayed on the Compass website beginning on or about August 6, 2021* is attached hereto as **Exhibit E**.

8. A true and correct copy of the Compass Hosting Service Agreement as implemented *internally* on or about January 12, 2022 and *displayed on the Compass website beginning on or about January 14, 2022* is attached hereto as **Exhibit F**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 29th day of August 2022.

By: 


Thomas Heller