GUNDZIK GUNDZIK HEEGER LLP
Aaron C. Gundzik (State Bar No. 132137)
Aaron.gundzik@gghllp.com
14011 Ventura Blvd, Suite 206E
Sherman Oaks, CA 91423
Telephone:  818.290.7461
Facsimile:   818.918.2316

ARMSTRONG TEASDALE LLP
Alec P. Harris (*pro hac vice*)
Kathleen Guilfoyle (*pro hac vice*)
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone:  720.200.0676
Facsimile:   720.200.0679
aharris@atllp.com
kguilfoyle@atllp.com

Attorneys for Defendant Compass Mining, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VERIBI, LLC, a Nevada limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMPASS MINING, INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No.: 2:22-CV-04537-MEMF-JPR<br><br>Hon. Maame Ewusi-Mensah Frimpong<br><br>**DEFENDANT COMPASS MINING, INC.'S APPLICATION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO COMPEL ARBITRATION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO COMPEL ARBITRATION** |

Defendant Compass Mining Inc. ("Compass") respectfully submits this Application for Leave to File a Notice of Supplemental Authority in support of its Motion to Compel Arbitration [ECF No. 16].

Pursuant to L.R. 7-19.1, counsel for Compass certifies that it has notified and advised counsel for Veribi, LLC ("Veribi") of the date and substance of this ex parte application on November 10, 2022. Veribi does not object to Compass' informing the Court of the arbitration order in the *Kuyawa* case. However, Veribi disputes the relevance of the *Kuyawa* order to this case, whether the facts and issues in the two cases are similar, and whether the order in the *Kuyawa* case constitutes authority.

Pursuant to L.R. 7-19, Compass submits the following memorandum in support of this Application:

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.   Contact for Opposing Counsel

Pursuant to L.R. 7-19, Compass provides the following contact information for counsel for Veribi:

>   Alan E. Engle
>   1115 Seal Way
>   Seal Beach, CA 90740
>   (310) 428-6985
>   alan.engle@meenlegal.com

### II.   Reasons for Seeking an Ex Parte Order

Compass seeks an ex parte order allowing Compass to file a Notice of Supplemental Authority in support of its Motion to Compel Arbitration. On November 9, 2022, the Northern District of California issued an Order compelling arbitration of a similar case. This Court is set to hear argument on Compass's Motion to Compel Arbitration pending before it in approximately one week. Accordingly,

-1-

Case No. 2:22-CV-04537-MEMF-JPR   DEF.'S APPLICATION AND MEMO. ISO LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY ISO MOT. TO COMPEL

Compass seeks an ex parte order allowing it to notice the Court of the supplemental authority without need for a separate hearing.

### III. Points and Authorities in Support

On November 9, 2022, after the Parties completed their briefing on Compass's Motion to Compel Arbitration in the present litigation, the court in *Kuyawa v. Compass Mining, Inc., et al.*, 3:22-cv-04053-JD (N.D. Cal.) granted Compass's motion to compel arbitration and dismissed the case. The court's order granting the motion to compel arbitration in *Kuyawa* is attached hereto as **Exhibit A**.

The *Kuyawa* case involved the same Compass Hosting Service Agreement and same arbitration provision at issue in the present litigation. It also involved similar facts, including allegations related to the disposition of customer miners hosted by BitRiver AG after the Office of Foreign Assets Control listed Bitriver AG on the Specially Designated Nationals List; and a customer who made purchases from the Compass website, and in so doing, agreed to the Compass Hosting Service Agreement.

Compass respectfully requests leave to file a Notice of Supplemental Authority so the Court may consider *Kuyawa v. Compass Mining, Inc.*, 3:22-cv-04053-JD (N.D. Cal.), and in particular, the order granting Compass's motion to compel arbitration issued in that case on November 9, 2022, when considering Compass's Motion to Compel Arbitration pending in the present litigation.

Dated: November 10, 2022

GUNDZIK GUNDZIK HEEGER LLP

By: /s/ *Aaron C. Gundzik*

Aaron C. Gundzik
Attorneys for Defendant Compass Mining, Inc.