# EXHIBIT A

U.S. District Court

California Northern District

# Notice of Electronic Filing

The following transaction was entered on 11/9/2022 at 12:52 PM PST and filed on 11/9/2022
**Case Name:**   Kuyawa v. Compass Mining, Inc. et al
**Case Number:**   3:22-cv-04053-JD
**Filer:**
**WARNING: CASE CLOSED on 11/09/2022**
**Document Number:** 25(No document attached)

**Docket Text:**
**ORDER. The motion to compel arbitration, Dkt. No. 19, is granted, and the hearings set for November 10, 2022, are vacated. The record establishes that a valid and enforceable agreement to arbitrate exists, and that it encompasses the parties' dispute. The record also establishes that plaintiff Kuyawa was required to scroll through and accept the Compass Hosting Service Agreement each time he purchased cryptocurrency miners from defendant Compass Mining's website in June and August 2021. Dkt. No. 19-1 ¶¶ 10-34, Ex. A. The agreement governed Kuyawa's access to and use of Compass's services, and required as of July 2021 that all disputes arising under the agreement be resolved through mediation followed by arbitration. *Id.* Ex. C ¶ 13. Kuyawa's claims all arise out of the terms of his agreement with Compass and the services it provided under that agreement. Dkt. No. 1 ¶¶ 26-82. Kuyawa has not demonstrated that the agreement is unconscionable, and the suggestion that he does not remember approving the agreement does not affect its enforceability. *Berman v. Freedom Fin. Network, LLC*, 30 F. 4th 849, 855-56 (9th Cir. 2022) ("clickwrap" agreements which conspicuously notify customers of their terms and require unambiguous consent are valid and enforceable under California law); *Newell Rubbermaid, Inc. v. Storm*, No. 9398-VCN, 2014 WL 1266827, at \*6-8 (Del Ch. Mar. 27, 2014) (same under Delaware law); *see also In re*

1

*Facebook Biometric Information Privacy Litig.*, 185 F. Supp. 3d 1155, 1165 (N.D. Cal. 2016). Because all of the claims are subject to arbitration, the case is dismissed without prejudice. *Louis v. Healthsource Global Staffing, Inc.*, No. 22-cv-02436-JD, 2022 WL 4960666, at *3 (N.D. Cal. Oct. 3, 2022). Signed by Judge James Donato on 11/9/2022. ***Civil case terminated. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (jdlc1, COURT STAFF) (Filed on 11/9/2022)

**3:22-cv-04053-JD Notice has been electronically mailed to:**

Aaron C. Gundzik     aaron.gundzik@gghllp.com, nicole.salazar@gghllp.com

Alec Paul Harris     aharris@atllp.com, ecf@atllp.com, mbrainerd@atllp.com, rquereau@armstrongteasdale.com, vsanchez@atllp.com

Conrad J. Kuyawa     Conrad@cjklawoffice.com, rebeccaparalegal@hotmail.com

Kathleen Guilfoyle     kguilfoyle@atllp.com, ecf@atllp.com, mbrainerd@atllp.com

Sergio Alejandro Copete     copete.sergio@copetelawfirm.com

**3:22-cv-04053-JD Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**