GUNDZIK GUNDZIK HEEGER LLP
Aaron C. Gundzik (State Bar No. 132137)
Aaron.gundzik@gghllp.com
14011 Ventura Blvd, Suite 206E
Sherman Oaks, CA 91423
Telephone: 818.290.7461
Facsimile: 818.918.2316

ARMSTRONG TEASDALE LLP
Alec P. Harris (*pro hac vice*)
Kathleen Guilfoyle (*pro hac vice*)
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: 720.200.0676
Facsimile: 720.200.0679
aharris@atllp.com
kguilfoyle@atllp.com

Attorneys for Defendant Compass Mining, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIBI, LLC, a Nevada limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>COMPASS MINING, INC., a Delaware corporation,<br><br>    Defendant. | Case No.: 2:22-CV-04537-MEMF-JPR<br><br>Hon. Maame Ewusi-Mensah Frimpong<br><br>**[PROPOSED] ORDER ON DEFENDANT COMPASS MINING, INC.'S APPLICATION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO COMPEL ARBITRATION** |

Having considered Compass's Application for Leave to File Notice of Supplemental Authority in Support of Motion to Compel Arbitration, and for good cause shown, the Court GRANTS Compass's Motion and hereby ORDERS that

1  Compass may file a Notice of Supplemental Authority.

2  **IT IS SO ORDERED.**

3
4  Dated:

5  _____
   Honorable Maame Ewusi-Mensah Frimpong
   UNITED STATES DISTRICT JUDGE

-1-

Case No. 2:22-CV-04537-MEMF-JPR                [PROPOSED] ORDER ON DEF.'S APPLCIATION
                                                TO FILE NOTICE OF SUPPLEMENTAL
                                                AUTHORITY ISO MOT. TO COMPEL