GUNDZIK GUNDZIK HEEGER LLP
Aaron C. Gundzik (State Bar No. 132137)
Aaron.gundzik@gghllp.com
14011 Ventura Blvd, Suite 206E
Sherman Oaks, CA 91423
Telephone: 818.290.7461
Facsimile: 818.918.2316

ARMSTRONG TEASDALE LLP
Alec P. Harris (*pro hac vice*)
Kathleen Guilfoyle (*pro hac vice*)
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: 720.200.0676
Facsimile: 720.200.0679
aharris@atllp.com
kguilfoyle@atllp.com

Attorneys for Defendant Compass Mining, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIBI, LLC, a Nevada limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>COMPASS MINING, INC., a Delaware corporation,<br><br>    Defendant. | Case No.: 2:22-CV-04537-MEMF-JPR<br><br>Hon. Maame Ewusi-Mensah Frimpong<br><br>**DEFENDANT COMPASS MINING, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO COMPEL ARBITRATION** |

Pursuant to the Court's Order on November 11, 2022 [ECF No. 35], Defendant Compass Mining Inc. ("Compass") respectfully submits this Notice of Supplemental Authority in support of its Motion to Compel Arbitration [ECF No. 16].

On November 9, 2022, after the Parties completed their briefing on Compass's

Motion to Compel Arbitration in the present litigation, the court in *Kuyawa v. Compass Mining, Inc., et al.*, 3:22-cv-04053-JD (N.D. Cal.) granted Compass's motion to compel arbitration and dismissed the case. The court's order granting the motion to compel arbitration in *Kuyawa* is attached hereto as **Exhibit A**.

The *Kuyawa* case involved the same Compass Hosting Service Agreement and same arbitration provision at issue in the present litigation. It also involved similar facts, including allegations related to the disposition of customer miners hosted by BitRiver AG after the Office of Foreign Assets Control listed Bitriver AG on the Specially Designated Nationals List; and a customer who made purchases from the Compass website, and in so doing, agreed to the Compass Hosting Service Agreement.

Compass respectfully submits this Notice of Supplemental Authority so the Court may consider *Kuyawa v. Compass Mining, Inc.*, 3:22-cv-04053-JD (N.D. Cal.), and in particular, the order granting Compass's motion to compel arbitration issued in that case on November 9, 2022, when considering Compass's Motion to Compel Arbitration pending in the present litigation.

Dated: November 11, 2022

GUNDZIK GUNDZIK HEEGER LLP

By: /s/ *Aaron C. Gundzik*

Aaron C. Gundzik
Attorneys for Defendant Compass Mining, Inc.