UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV 22-04537-MEMF(JPRx) | Date | November 17, 2022 |
|---|---|---|---|
| Title | Veribi, LLC v. Compass Mining Inc. | | |

**PRESENT:** Honorable Maame Ewusi-Mensah Frimpong
United States District Judge

| Damon Berry | Miranda Algorri |
|---|---|
| Courtroom Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Alan Engle | Alec Harris |
| | Kathleen Guilfoyle |

**PROCEEDINGS:   MOTION HEARING (Held and Completed)**

Case called. Court and counsel confer re: Defendants' Motion to Dismiss Case [13] and Defendants' Motion to Compel Arbitration [15]. The Court takes the matter under submission. A separate Court order shall issue.

:  49

Initials of Deputy Clerk    DBE