GUNDZIK GUNDZIK HEEGER LLP
Aaron C. Gundzik (State Bar No. 132137)
Aaron.gundzik@gghllp.com
14011 Ventura Blvd, Suite 206E
Sherman Oaks, CA 91423
Telephone:   818.290.7461
Facsimile:    818.918.2316

ARMSTRONG TEASDALE LLP
Alec P. Harris (*pro hac vice*)
Kathleen Guilfoyle (*pro hac vice*)
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone:   720.200.0676
Facsimile:    720.200.0679
aharris@atllp.com
kguilfoyle@atllp.com

Attorneys for Defendant Compass Mining, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIBI, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>COMPASS MINING, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 2:22-CV-04537-MEMF-JPR<br><br>Hon. Maame Ewusi-Mensah Frimpong<br><br>**JOINT STATEMENT ON ORAL ARGUMENT ON THE PENDING MOTION TO DISMISS** |

Pursuant to the Court's Order [ECF No. 39], Plaintiff, Veribi, LLC, and Defendant, Compass Mining Inc., jointly submit this Statement regarding whether they would like the Court to hear oral argument on the pending Motion to Dismiss [ECF No. 13], and state as follows:

After meeting and conferring, the Parties respectfully request oral argument on the Motion.

| | |
|---|---|
| Dated: January 27, 2023 | Respectfully submitted, |
| MEADOR & ENGLE | ARMSTRONG TEASDALE LLP |
| */s/ Alan E. Engle (with permission)* | */s/ Alec P. Harris* |
| Alan E. Engle<br>Attorneys for Plaintiff Veribi LLC | Alec P. Harris<br>Attorneys for Defendant Compass Mining, Inc. |