UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:22-cv-04537-MEMF-JPRx  Date: February 22, 2023

Title  *Veribi, LLC v. Compass Mining Inc.*

Present: The Honorable:  Maame Ewusi-Mensah Frimpong

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: In Chambers – Minute Order RE Joint Statement of Oral Argument**

On January 27, 2023, the parties filed a Joint Statement on Oral Argument on the Pending Motion to Dismiss, requesting that the Court allow for oral argument on the Motion. ECF No. 40. Finding good cause therefor, the Court hereby GRANTS the request and schedules the hearing on the pending Motion to Dismiss for March 30, 2023 at 10 am. The Court shall treat the Motion as fully briefed.

**Initials of Preparer**  :