# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV 22-04537-MEMF-(JPRx) | Date | March 30, 2023 |
|---|---|---|---|
| Title | Veribi, LLC. v. Compass Mining Inc. | | |

PRESENT: **Honorable Maame Ewusi-Mensah Frimpong**
**United States District Judge**

Kelly Davis
Courtroom Deputy Clerk

Miranda Algorri
Court Reporter

Attorney Present for Plaintiff:

Attorney Present for Defendant:

**PROCEEDINGS:   MOTION HEARING (Held)**

Case called.   Court and counsel confer. Arguments are made as to the Motion to Dismiss Case filed by Defendant Compass Mining Inc. [13]. The Court takes the motion under submission. The Court will issue a separate Order.

Initials of Deputy Clerk     : 48
kd