United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse Building
100 East Fifth Street
Cincinnati, Ohio 45202

**Deborah S. Hunt, Clerk**                                                                 (513) 564-7000

April 28, 2023

Board of Bar Examiners

Re: Statement of Discipline

To Whom It May Concern:

Our court has no grievance committee. We have no record of any charges being filed against Michael A. Xavier with our court. According to our records, Michael A. Xavier was admitted to the Sixth Circuit bar on May 17, 2022 and is a member in good standing.

Please note that requests for copies of attorney admission applications cannot be honored; these items are for office use only.

Sincerely,

*[signature]*
Deborah S. Hunt, Clerk

*[signature]*
Angela Ferguson, Deputy Clerk