# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

TO ALL WHOM IT MAY CONCERN, GREETINGS:
THIS IS TO CERTIFY THAT

## Michael A. Xavier,

OF **Denver**, STATE OF **Colorado** WAS ON MOTION, FIRST MADE TO THE COURT ON **HIS** BEHALF, DULY ADMITTED AND QUALIFIED AS AN ATTORNEY AND COUNSELOR OF THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT ON THE **17th** DAY OF **May**, IN THE YEAR OF OUR LORD TWO THOUSAND AND TWENTY-TWO, AND THAT **HE**, IS NOW IN GOOD STANDING.



In Testimony Whereof, I Deborah S. Hunt, Clerk of said Court, have hereunto set my hand and affixed the seal of the said Court, at the City of Cincinnati, Ohio this **28th** day of **April** in year of our Lord two thousand and twenty-three.

**Deborah S. Hunt**
Clerk, United States Court of Appeals
for the Sixth Circuit

Angela Ferguson
Deputy Clerk

Form 6CA-21
Revised January 2002