Michael Xavier
Armstrong Teasdale LLP
4643 S. Ulster Street, Suite 800
Denver, CO 80237
720-200-0676

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIBI, LLC, a Nevada limited liability company,<br><br>Plaintiff(s)<br>v.<br><br>COMPASS MINING, INC., a Delaware corporation,<br><br>Defendant(s). | CASE NUMBER<br>2:22-cv-04537-MEMF-JPRx<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [44]** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Xavier, Michael     of   Armstrong Teasdale LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*     4643 S. Ulster Street, Suite 800
720-200-0676        720-200-0679                              Denver, CO 80237
*Telephone Number*   *Fax Number*
mxavier@atllp.com
*E-Mail Address*                                              *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Compass Mining, Inc.

*Name(s) of Party(ies) Represent*   ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: ____

**and designating as Local Counsel**

Gundzik, Aaron C     of   Gundzik Gundzik Heeger LLP
*Designee's Name (Last Name, First Name & Middle Initial)*     14011 Ventura Blvd, Suite 206E
132137       818-290-7461       818-918-2316                  Sherman Oaks, CA 91423
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

*E-Mail Address*                                              *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:   ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: ____
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
            ☐ because ____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☒ be refunded  ☐ not be refunded.

Dated: May 4, 2023

_____
U.S. District Judge