Alan E. Engle (SBN 224779)
alan.engle@meenlegal.com
MEADOR & ENGLE
1115 Seal Way
Seal Beach, CA 90740
Telephone: (310) 428-6985
Facsimile: (714) 386-5368

Attorneys for Plaintiff VERIBI, LLC,

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIBI, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs<br><br>COMPASS MINING INC., a Delaware corporation,<br><br>Defendant. | Case No.: 2:22-cv-04537 MEMF-JPR<br><br>Hon. Maame Ewusi-Mensah Frimpong<br><br>**VERIBI'S ANSWER TO COMPASS' COUNTERCLAIM FOR DECLARATORY JUDGMENT** |

In answer to the Counterclaim for Declaratory Judgement filed by Compass Mining, Inc., Veribi, LLC states as follows:

1. Veribi denies the allegations contained in paragraph 1 of the Counterclaim.

2. Veribi is without sufficient information to admit or deny the allegations in paragraph 2 of the Counterclaim and on that basis denies them.

3. Veribi admits the allegation in paragraph 3 of the Counterclaim.

4. Veribi denies that the court has diversity jurisdiction over the Counterclaim pursuant to 28 U.S.C. § 1332 because Compass cites no basis for monetary relief against Veribi. Veribi further denies the allegations of paragraph 4 of the Counterclaim, as Compass' counterclaim for declaratory judgement does not arise under federal law, and to the extent it does, the United States, not Veribi, is the property party for an action seeking declaratory judgment regarding the potential enforcement of an Executive Order.

5. Veribi admits the allegation in paragraph 5 of the Counterclaim.

6. Veribi admits the allegation in paragraph 6 of the Counterclaim.

7. Veribi is without sufficient information to admit or deny the allegations in paragraph 7 of the Counterclaim and on that basis denies them.

8. Veribi is without sufficient information to admit or deny the allegations in paragraph 8 of the Counterclaim and on that basis denies them.

9. Veribi is without sufficient information to admit or deny the allegations in paragraph 9 of the Counterclaim and on that basis denies them.

10. Veribi is without sufficient information to admit or deny the allegations in paragraph 10 of the Counterclaim and on that basis denies them.

11. Veribi is without sufficient information to admit or deny the allegations in paragraph 11 of the Counterclaim and on that basis denies them.

12. Veribi admits the allegation in paragraph 12 of the Counterclaim.

13. Veribi admits the allegation in paragraph 13 of the Counterclaim.

14. Veribi admits the allegation in paragraph 14 of the Counterclaim.

15. Veribi is without sufficient information to admit or deny the allegations in paragraph 15 of the Counterclaim and on that basis denies them.

16. Veribi is without sufficient information to admit or deny the allegations in paragraph 16 of the Counterclaim and on that basis denies them.

17. Veribi is without sufficient information to admit or deny the allegations in paragraph 17 of the Counterclaim and on that basis denies them.

18. Veribi denies the allegations in paragraph 18 of the Counterclaim.

19. Veribi denies the allegations in paragraph 19 of the Counterclaim.

20. Veribi denies the allegations in paragraph 20 of the Counterclaim.

21. Veribi is without sufficient information to admit or deny the allegations in paragraph 21 of the Counterclaim and on that basis denies them.

22. Veribi denies the allegations in paragraph 22 of the Counterclaim.

23. Veribi is without sufficient information to admit or deny the allegations in paragraph 23 of the Counterclaim and on that basis denies them.

24. Veribi denies the allegations in paragraph 24 of the Counterclaim.

25. Veribi denies the allegations in paragraph 25 of the Counterclaim.

26. Veribi is without sufficient information to admit or deny the allegations in paragraph 26 of the Counterclaim and on that basis denies them.

27. Veribi is without sufficient information to admit or deny the allegations in paragraph 27 of the Counterclaim and on that basis denies them.

28. Veribi is without sufficient information to admit or deny the allegations in paragraph 28 of the Counterclaim and on that basis denies them.

29. Veribi denies the allegations in paragraph 29 of the Counterclaim.

30. Veribi denies the allegations in paragraph 30 of the Counterclaim.

31. Veribi denies the allegations in paragraph 31 of the Counterclaim.

1   32.  Veribi denies the allegations in paragraph 32 of the Counterclaim.
2   33.  Veribi denies the allegations in paragraph 33 of the Counterclaim.
3   34.  Veribi denies the allegations in paragraph 34 of the Counterclaim.
4   35.  Veribi denies the allegations in paragraph 35 of the Counterclaim.
5   36.  Veribi denies the allegations in paragraph 36 of the Counterclaim.
6   37.  Veribi is without sufficient information to admit or deny the allegations in paragraph 37 of the Counterclaim and on that basis denies them.
7   38.  Veribi is without sufficient information to admit or deny the allegations in paragraph 27 of the Counterclaim and on that basis denies them.
8   39.  Veribi admits the allegation in paragraph 39 of the Counterclaim.
9   40.  Veribi is without sufficient information to admit or deny the allegations in paragraph 40 of the Counterclaim and on that basis denies them.
10  41.  Veribi is without sufficient information to admit or deny the allegations in paragraph 41 of the Counterclaim and on that basis denies them.
11  42.  The text of Executive Order 14024 speaks for itself.
12  43.  Veribi is without sufficient information to admit or deny the allegations in paragraph 43 of the Counterclaim and on that basis denies them.
13  44.  Veribi is without sufficient information to admit or deny the allegations in paragraph 44 of the Counterclaim and on that basis denies them.
14  45.  Veribi is without sufficient information to admit or deny the allegations in paragraph 45 of the Counterclaim and on that basis denies them.
15  46.  Veribi is without sufficient information to admit or deny the allegations in paragraph 46 of the Counterclaim and on that basis denies them.
16  47.  Veribi denies the allegations in paragraph 47 of the Counterclaim.
17  48.  Veribi denies the allegations in paragraph 48 of the Counterclaim.
18  49.  Veribi denies the allegations in paragraph 49 of the Counterclaim. Veribi has demanded that Compass make Veribi whole for its damages.

50. Veribi refers to its answers above.

51. Veribi denies it is a proper party in a declaratory judgement action regarding the applicability of an Executive Order to Compass' conduct with respect to BitRiver and on that basis denies the allegations of paragraph 51 of the Counterclaim. To the extent Compass alleges an Executive Order excuses its conduct with respect to Veribi's claims in this action, Veribi denies Compass' conduct is excused as well as the remaining allegations of paragraph 51 of the Counterclaim.

52. Veribi denies it is a proper party in a declaratory judgement action regarding the applicability of an Executive Order to Compass' conduct with respect to BitRiver. To the extent Compass alleges an Executive Order excuse its conduct with respect to Veribi's claims in this action, Veribi denies Compass' conduct is excused as well as the remaining allegations of paragraph 52 of the Counterclaim.

53. Veribi denies it is a proper party in a declaratory judgement action regarding the applicability of an Executive Order to Compass' conduct with respect to BitRiver. To the extent Compass alleges an Executive Order excuse its conduct with respect to Veribi's claims in this action, Veribi denies Compass' conduct is excused as well as the remaining allegations of paragraph 53 of the Counterclaim.

54. Veribi denies the allegations of paragraph 54 of the Counterclaim.

### Affirmative Defenses

As further, separate and affirmative defenses, without assuming the burden of proof of any such defense that rests with Veribi, Veribi states as follows:

**FIRST AFFIRMATIVE DEFENSE**

**(Failure to State a Claim)**

The Counterclaim fails to state a claim upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

**(No Jurisdiction)**

To the extent that Compass' Counterclaim is construed as anything beyond a request for a court or jury to adjudicate defenses Compass has already asserted in its Answer, the Court lacks jurisdiction to hear an action regarding Compass' defenses styled as a declaratory judgement. To the extent that Compass' Counterclaim does not arise under federal law, the court lacks subject matter jurisdiction to adjudicate Compass' defenses as a claim for declaratory judgement. Additionally, to the extent that the dispute arises under contract or other law and does not invovle damages in excess of $75,000 on the part of Compass, the Court lacks diversity jurisdiction. Thus, the court lacks jurisdiction to entertain Compass' asserted Counterclaim.

**THIRD AFFIRMATIVE DEFENSE**

**(Complaint)**

Veribi has already asserted via its Complaint that Compass breached various obligations with regard to Veribi together with relevant facts. Veribi incorporates by reference the allegations of its Complaint to the extent they are relevant as affirmative defenses to any allegations made by Compass in its purported Counterclaim.

Veribi expressly reserves the right to supplement or amend this Answer to Compass' Counterclaim and add additional defenses, including affirmative defenses, which may be discovered or become relevant in the future.

WHEREFORE, Veribi respectfully requests that this Court enter judgment in its favor, dismiss Compass' Counterclaim with prejudice, award Veribi its costs (including reasonable attorney fees and disbursements with interest), and grant Veribi such other relief as requested in its Complaint, as the law, equity, and justice require.

### JURY DEMAND

Veribi demands a trial by jury.

Dated: June 15, 2023                                  MEADOR & ENGLE

                                                     */s/ Alan E. Engle*
                                                     Alan E. Engle
                                                     Attorneys for Plaintiff
                                                     Veribi, LLC