Name, Address and Telephone Number of Attorney(s):

Alan E. Engle for Veribi, LLC
310-428-6985
Alec P. Harris for Compass Mining, Inc.
720-200-0676

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Veribi, LLC | CASE NUMBER |
| | 22-CV-04537-MEMF-JPR |
| v.  Plaintiff(s) | |
| Compass Mining, Inc. | **REQUEST: ADR PROCEDURE SELECTION** |
| Defendant(s). | |

Pursuant to L.R. 16-15, the parties request that the Court approve the following ADR procedure:

☐ **ADR PROCEDURE NO. 1** - The parties shall appear before the ☐ magistrate judge assigned to the case *or* ☐ the magistrate judge in Santa Barbara for such settlement proceedings as the judge may conduct or direct.

☑ **ADR PROCEDURE NO. 2** - The parties shall appear before a neutral selected from the Court's Mediation Panel.

☐ **ADR PROCEDURE NO. 3** - The parties shall participate in a private dispute resolution proceeding.

Dated: 6-28-23     /s/ Alan E. Engle

Attorney for Plaintiff Veribi, LLC

Dated:

Attorney for Plaintiff

Dated: 6-28-23     /s/ Alec P. Harris

Attorney for Defendant Compass Mining, Inc.

Dated:

Attorney for Defendant

NOTE:  If additional signatures are required, attach an additional page to this request.

ADR-01 (04/18)          REQUEST: ADR PROCEDURE SELECTION          Page 1 of 1