GUNDZIK GUNDZIK HEEGER LLP
Aaron C. Gundzik (State Bar No. 132137)
Aaron.gundzik@gghllp.com
14011 Ventura Blvd, Suite 206E
Sherman Oaks, CA 91423
Telephone: 818.290.7461
Facsimile: 818.918.2316

ARMSTRONG TEASDALE LLP
Alec P. Harris (*pro hac vice*)
Kathleen Guilfoyle (*pro hac vice*)
aharris@atllp.com
kguilfoyle@atllp.com
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone:  720.200.0676
Facsimile:   720.200.0679

Attorneys for Defendant
 COMPASS MINING, INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIBI, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>COMPASS MINING, INC., a Delaware corporation,<br><br>Defendants. | Case No.: 2:22-CV-04537-MEMF-JPR<br><br>Hon. Maame Ewusi-Mensah Frimpong<br><br>**STIPULATED REQUEST FOR THE JULY 13, 2023 SCHEDULING CONFERENCE TO BE CONDUCTED VIA ZOOM** |

Plaintiff Veribi, LLC ("Veribi") and Defendant Compass Mining, Inc. ("Compass"), jointly submit this Stipulated Request for the July 13, 2023 Scheduling Conference to be Conducted Via Zoom, and in support state as follows:

1. The Scheduling Conference in this matter is currently set for July 13, 2023 [ECF No. 46].

2. Pursuant to the Court's rules, the Scheduling Conference will proceed

-1-

in-person unless a request for a Zoom conference is e-filed no later than the Friday before the conference and granted by the Court (July 7, 2023).

3. Lead counsel for Compass is currently scheduled to participate in a mock trial exercise in another matter in Boston, Massachusetts on July 14, 2023, the day after the scheduling conference. Thus, conducting the scheduling conference by Zoom would obviate the need for counsel to fly from Los Angeles, California to Boston, Massachusetts immediately after the conference, and would spare counsel's client in the other matter the associated expense. Accordingly, counsel respectfully submits that there is good cause for this request.

4. On June 28, 2023, in accordance with L.R. 7-3, counsel for the Parties met and conferred regarding this request. Both parties stipulate to the request.

WHEREFORE, the Parties jointly and respectfully request that the July 13, 2023 Scheduling Conference in this matter be conducted via Zoom.

Dated: June 29, 2023                MEADOR & ENGLE

                                    By: /s/ Alan E. Engle
                                        Alan E. Engle

                                    Attorneys for Plaintiff VERIBI, LLC

Dated: June 29, 2023                ARMSTRONG TEASDALE LLP

                                    By: /s/ Alec P. Harris
                                        Alec P. Harris

                                    Attorneys for Defendant
                                    COMPASS MINING, INC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Attestation**

I, Alec Harris, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Alan E. Engle concurs in this filing.

*/s/ Alec P. Harris*

Alec P. Harris