GUNDZIK GUNDZIK HEEGER LLP
Aaron C. Gundzik (State Bar No. 132137)
Aaron.gundzik@gghllp.com
14011 Ventura Blvd, Suite 206E
Sherman Oaks, CA 91423
Telephone:  818.290.7461
Facsimile:   818.918.2316

ARMSTRONG TEASDALE LLP
Alec P. Harris (*pro hac vice*)
Kathleen Guilfoyle (*pro hac vice*)
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone:  720.200.0676
Facsimile:   720.200.0679
aharris@atllp.com
kguilfoyle@atllp.com

Attorneys for Defendant Compass Mining, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIBI, LLC, a Nevada limited liability company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMPASS MINING, INC., a Delaware corporation,<br><br>　　　　Defendant. | Case No.: 2:22-CV-04537-MEMF-JPR<br><br>Hon. Maame Ewusi-Mensah Frimpong<br><br>**[PROPOSED] ORDER ON STIPULATED REQUEST FOR THE JULY 13, 2023 SCHEDULING CONFERENCE TO BE CONDUCTED VIA ZOOM** |

1  Having considered the Parties' Stipulated Request for the July 13, 2023
2  Scheduling Conference to be Conducted via Zoom, and for good cause shown, the
3  Court GRANTS the Request and hereby ORDERS that counsel for both Parties
4  may appear via Zoom for the July 13, 2023 Scheduling Conference.
5  **IT IS SO ORDERED.**
6  
7  Dated:
8  _____
   Honorable Maame Ewusi-Mensah Frimpong
   UNITED STATES DISTRICT JUDGE

-1-

Case No. 2:22-CV-04537-MEMF-JPR     [PROPOSED] ORDER ON DEF.'S STIPULATED REQUEST FOR THE SCHEDULEING CONFERENCE TO BE CONDUCTED VIA ZOOM