| | |
|---|---|
| 1 | Alan E. Engle (SBN 224779) |
| 2 | alan.engle@meenlegal.com<br>MEADOR & ENGLE |
| 3 | 1115 Seal Way<br>Seal Beach, CA 90740 |
| 4 | Telephone: (310) 428-6985<br>Facsimile: (714) 386-5368 |
| 5 | Attorneys for Plaintiff |
| 6 | Veribi, LLC |

GUNDZIK GUNDZIK HEEGER LLP
Aaron C. Gundzik (State Bar No. 132137)
Aaron.gundzik@gghllp.com
14011 Ventura Blvd, Suite 206E
Sherman Oaks, CA 91423
Telephone: 818.290.7461
Facsimile: 818.918.2316

ARMSTRONG TEASDALE LLP
Alec P. Harris (admitted *pro hac vice*)
Kathleen Guilfoyle (admitted *pro hac vice*)
aharris@atllp.com
kguilfoyle@atllp.com
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone:  720.200.0676
Facsimile:  720.200.0679

Attorneys for Defendant Compass Mining, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIBI, LLC, a Nevada limited liability company,<br><br>                Plaintiff,<br><br>        v.<br><br>COMPASS MINING, INC., a Delaware corporation,<br><br>                Defendant. | Case No.: 2:22-CV-04537-MEMF-JPR<br><br>Hon. Maame Ewusi-Mensah Frimpong<br><br>**NOTICE OF WITHDRAWAL** |

Case No. 2:22-CV-04537-MEMF-JPR

PLEASE TAKE NOTICE that Michael Xavier, an attorney at Armstrong Teasdale LLP hereby gives notice of withdrawal as counsel for Defendant Compass Mining, Inc. in the above-captioned matter. Attorneys Alec Harris and Kathleen Guilfoyle of Armstrong Teasdale LLP will continue to serve as counsel for Defendant Compass Mining, Inc.

Dated: August 2, 2023

ARMSTRONG TEASDALE LLP

By: */s/ Michael Xavier*

Attorneys for Defendant Compass Mining, Inc.

-1-

Case No. 2:22-CV-04537-MEMF-JPR