ARMSTRONG TEASDALE LLP
Alec P. Harris (pro hac vice)
aharris@atllp.com
4643 South Ulster Street, Suite 800
Denver, Colorado 80237   720.200.0676

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Veribi, LLC <br><br> Plaintiff(s) <br><br> v. <br><br> Compass Mining, Inc. <br><br> Defendant(s). | CASE NUMBER: <br><br> 2:22-CV-04537-MEMF-JPR <br><br> **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |

*NOTE: This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

[✔] The parties stipulate that _Hon. Allan J. Goodman (Ret.)_ may serve as the Panel Mediator in the above-captioned case. _Alec Harris and Alan Engle_ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours. All parties and the Panel Mediator have agreed that the mediation will be held on _February 20, 2024_ (Date) and counsel will submit mediation statements seven calendar days before the session.

[ ] The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: _____

Dated: 8/22/2023          /s/ Alan Engle
                          Attorney For Plaintiff   Veribi, LLC

Dated: _____            _____
                          Attorney For Plaintiff

Dated: 8/22/2023          /s/ Alec Harris
                          Attorney For Defendant  Compass Mining, Inc.

Dated: _____            _____
                          Attorney For Defendant

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events: "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*