GUNDZIK GUNDZIK HEEGER LLP
Aaron C. Gundzik (State Bar No. 132137)
Aaron.gundzik@gghllp.com
14011 Ventura Blvd, Suite 206E
Sherman Oaks, CA 91423
Telephone: 818.290.7461
Facsimile: 818.918.2316

ARMSTRONG TEASDALE LLP
Alec P. Harris (*pro hac vice*)
Kathleen Guilfoyle (*pro hac vice*)
aharris@atllp.com
kguilfoyle@atllp.com
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone:  720.200.0676
Facsimile:   720.200.0679

Attorneys for Defendant
COMPASS MINING, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIBI, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>COMPASS MINING, INC., a Delaware corporation,<br><br>Defendants. | Case No.: 2:22-CV-04537-MEMF-JPR<br><br>Hon. Maame Ewusi-Mensah Frimpong<br>Hon. Jean. P. Rosenbluth<br><br>**DISCOVERY MATTER: NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER**<br><br>Date: September 28, 2023<br>Time: 10:00 a.m.<br>Place: Roybal Federal Building and United States Courthouse, 255 E. Temple St., Los Angeles, CA, 90012, Courtroom 690, 6th Floor |

-1-

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on September 28, 2023 at 10:00 a.m. at Roybal Federal Building and United States Courthouse, 255 E. Temple St., Los Angeles, CA, 90012, Courtroom 690, 6th Floor, before the Honorable Jean P. Rosenbluth, Compass Mining Inc. ("Defendant" or "Compass"), through its attorneys, will and does move this Court for a Protective Order to govern the parties' exchange of confidential information in this case.

Compass brings its Motion under Rule 26(c) of the Federal Rules of Civil Procedure on the grounds that discovery in this case implicates confidential business information and confidential customer information, and Compass would suffer particularized harm should certain information be disclosed publicly or to Veribi LLC ("Plaintiff" or "Veribi").  As required by Local Rule 37, Compass's arguments in support of this Motion are set forth accompanying Joint Discovery Dispute Stipulation RE Protective Order, and Declaration of Thomas Heller and exhibits, on the arguments of counsel, and on any other matters that may properly come before the Court for its consideration. As required by Local Rule 37, Veribi's arguments and supporting materials in opposition to the Motion are also included in the accompanying stipulation.

Compass has strictly complied with Local Rule 37, and this Motion is made following the conference of counsel pursuant to L.R. 37-1, which occurred via telephone between Alec P. Harris and Kathleen Guilfoyle for Compass and Alan Engle for Veribi on August 16, 2023.

```
1   Dated: August 30, 2023              ARMSTRONG TEASDALE LLP
2
3
                                   By:   /s/ Alec P. Harris
4                                       ─────────────────────────
5                                       Attorneys for Defendant Compass
                                        Mining, Inc.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
                                         -3-
28  Case No. 2:22-CV-04537-MEMF-JPR        NOTICE OF MOT. AND MOT. FOR PROTECTIVE ORDER
```