# EXHIBIT B

1  GUNDZIK GUNDZIK HEEGER LLP
   Aaron C. Gundzik (State Bar No. 132137)
2  Aaron.gundzik@gghllp.com
   14011 Ventura Blvd, Suite 206E
3  Sherman Oaks, CA 91423
   Telephone: 818.290.7461
4  Facsimile: 818.918.2316

5  ARMSTRONG TEASDALE LLP
   Alec P. Harris (*pro hac vice*)
6  Kathleen Guilfoyle (*pro hac vice*)
   aharris@atllp.com
7  kguilfoyle@atllp.com
   4643 South Ulster Street, Suite 800
8  Denver, Colorado 80237
   Telephone:  720.200.0676
9  Facsimile:  720.200.0679

10 Attorneys for Defendant
    COMPASS MINING, INC.
11

12              **UNITED STATES DISTRICT COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
13

14

15 VERIBI, LLC, a Nevada limited              Case No.: 2:22-CV-04537-MEMF-JPR
   liability company,
16                                            Hon. Maame Ewusi-Mensah Frimpong
                 Plaintiff,
17                                            **DECLARATION OF THOMAS
          v.                                  HELLER IN SUPPORT OF
18                                            DEFENDANT COMPASS MINING
   COMPASS MINING, INC., a Delaware           INC.'S REQUEST FOR
19 corporation,                               PROTECTIVE ORDER**

20               Defendant.

21

22

23 I, Thomas Heller, declare and state as follows:

24        1.     I am over eighteen years of age and currently reside in Hanoi, Vietnam.

25        2.     I have personal knowledge of the facts stated herein, and, if called as a

26 witness could competently testify concerning the facts set forth herein.

27
                                        -1-
28 _____

3.     I am a cofounder and the co-Chief Executive Officer of Compass Mining, Inc. ("Compass").

4.     I submit this declaration in support of Compass's request for a protective order to govern confidential information in the above-captioned case.

5.     In my capacity as cofounder and co-Chief Executive Officer, I oversee all aspects of Compass's business, including its business strategy, dealings with customers, customer contracts, maintenance of contract records, hosting agreements, as well as its dealings with hosting partners, facility owners, and other parties. I have detailed knowledge of the cryptocurrency hosting industry, including what information is competitively sensitive.

**Compass is a cryptocurrency hosting service provider.**

6.     Compass provides its customers with the tools to mine cryptocurrency.

7.     Through Compass, customers can purchase cryptocurrency mining equipment ("miners") and pay Compass a hosting fee to host the miners at hosting facilities that manage running the miners, while customers collect the mining proceeds.

8.     The cryptocurrency mining industry is extremely competitive. One aspect of fierce competition is the "hosting rate," in other words, the amount per kilowatt hour that a miner pays to run a given miner. This amount is crucial to the success of a mining operation because the costs of mining are driven heavily by the cost of electricity.

9.     Through Compass's business model, customers pay a predictable, standard monthly fee for hosting in return for Compass's management of the fluctuating costs and physical monitoring of the miners.

Case No. 2:22-CV-04537-MEMF-JPR

DECL. OF THOMAS HELLER ISO DEF.'S
REQUEST FOR PROT. ORDER

10.    Compass often contracts with third-party entities for use of their facilities. Third-party facilities and Compass vigorously negotiate energy costs as part of these contracts.

**Veribi is a direct competitor of Compass.**

11.    Veribi, LLC ("Veribi"), is a former customer of Compass.

12.    In addition to being a former customer, Veribi is a direct competitor to Compass.

13.    Specifically, as evidenced by public postings on its website and elsewhere, it is clear that Veribi is engaged in providing hosting services for cryptocurrency mining operations. In other words, Veribi purports to mine cryptocurrency equipment for itself and others, and place this equipment at its own facility(ies) and those of third parties.

14.    Numerous public documents demonstrate Veribi's activities.

15.    For example, Veribi's website currently states that it offers "data centers development, collocation & hosting," works on "[p]ower purchase agreements," and "[o]peration of data center with remote and onsite monitoring, maintenance & support." True and correct copies of screenshots taken from Veribi.com, Veribi's website, showing these statements, are attached hereto as **Exhibit 1**.

16.    Past content on Veribi's website further demonstrates that the company is involved in cryptocurrency mining hosting.

17.    For example, based on archives of Veribi's website dated November 3, 2021, Veribi described its business as follows: "We are engaged in Bitcoin mining. We buy specialized ASIC miners, analyze and test hosting centers with the best electricity prices around the world. We provide placement of ASICs in these centers and regular management (initial setup, maintenance, repairs and complaints,

electricity payments and hosting). We are currently preparing our own data center in the USA. We are interested in immersion cooling." True and correct copies of screenshots taken from WaybackMachine.com, a website that archives code for websites that can be retrieved, showing these statements, are attached hereto as **Exhibit 2**. The website was written in Czech, so the quotations above were created by running the text of the website through Google Translate.

18.    Similarly, on October 2, 2022, Veribi's website stated: "we are building bitcoin mining sites which are 100% under our control." True and correct copies of screenshots taken from WaybackMachine.com, a website that archives code for websites that can be retrieved, showing these statements, are attached hereto as **Exhibit 3**.

19.    In fact, as of August 2023, public documents show that Veribi is on the verge of opening a large site in Abilene, Texas to host mining operations using liquid immersion cooling, which is a process used in the industry to increase miner performance.

a. In approximately April 2023, John Vanhara, Veribi's owner, posted a picture of an electricity transmission site on LinkedIn with the caption: "Excited to work with Artic Immersion Systems on our 2MW [megawatt] deployment in West Texas." A true and correct copy of this post is attached as **Exhibit 4**.

b. In approximately June 2023, Mr. Vanhara posted on LinkedIn stating "Looking for an onsite manager at [sic] Abilene TX area for a 2MW immersion site. Extra bonus for a miner who would like to self-host at low power cost so our incentives would be aligned. Contact me if interested." A true and correct copy of this post is attached as **Exhibit 5**.

DECL. OF THOMAS HELLER ISO DEF.'S
REQUEST FOR PROT. ORDER

c.  It is clear that these operations are being done by Veribi, not just Mr. Vanhara, because on or about July 18, 2023, Veribi posted the same job opportunity on a message board for cryptocurrency workers. A true and correct copy of that post is attached hereto as **Exhibit 6**. Veribi's general BitcoinerJobs.com profile further states it is a company with "Bitcoin mining sites & immersion hosting (coming soon in TX for 7.8c/kWh with no profit sharing)."

d.  On or about August 4, 2023, Mr. Vanhara posted a picture of its hosting site on LinkedIn, with the caption "The site is ready… just waiting for containers delivery." A true and correct copy of this post is attached as **Exhibit 7**.[1]

e.  On or about August 7, 2023, Mr. Vanhara, Veribi's owner, posted a picture of the site on LinkedIn with the caption: "OK. It is happening." A true and correct copy of this post is attached as **Exhibit 8.**

20.    The activities described above are the same type of mining and hosting operations that Compass offers.

21.    Based on the above, as well as my knowledge of the evolving hosting industry, I consider Veribi a direct competitor to Compass, as does Compass.

**The present litigation implicates sensitive information of Compass and its customers.**

22.    It is my understanding that, in the present litigation, Veribi has already requested documents from Compass containing the following categories of sensitive information:

a.  The specific addresses of Compass's hosting locations;

_____

[1] Miners are often operated out of containers, which are large metallic storage devices.

DECL. OF THOMAS HELLER ISO DEF.'S
REQUEST FOR PROT. ORDER

b. Compass customers' personally identifying information, including names and addresses;

c. Serial numbers and MAC addresses of Compass customers' cryptocurrency miners;

d. Financial records and information, including bank account numbers for both Compass and its customers;

e. The specific terms of Compass's hosting agreements with hosting centers, including contractual hosting rates;

f. Compass's private, strategic business discussions and negotiation tactics with hosting providers; and

g. Compass' personnel records for its former CEO, Whit Gibbs.

23.    Compass treats all of the above as confidential and sensitive.

**Disclosure of Compass's confidential information would harm Compass and its customers.**

24.    As detailed below, disclosure of the confidential information described above would harm Compass and its customers.

***Hosting Location Addresses***

25.    Disclosure to the public of the specific physical addresses of Compass's hosting locations presents a risk of theft because these locations house a large quantity of expensive equipment.

26.    It is standard for hosting companies to not disclose the exact location of hosting sites, or other information about facilities, even to customers, since hosting facilities contain valuable assets often in rural areas and/or warehouses with limited security resources.

-6-

DECL. OF THOMAS HELLER ISO DEF.'S
REQUEST FOR PROT. ORDER

27.     Consistent with industry practice, Compass does not disclose this information publicly and typically requires a non-disclosure agreement before providing this information to any third party.

### Customer Personally Identifying Information

28.     Compass possesses personally identifying information for its customers, including customer names and contact information.

29.     Compass treats this information as confidential and takes reasonable steps to prevent its disclosure.

30.     Public disclosure of the personally identifying information of Compass's customers who are not parties to this dispute, including names and contact information, would put customers at risk and would jeopardize Compass's reputation as a trusted service provider.

31.     In addition, disclosure of this information to Veribi, Compass's competitor, would harm Compass by creating a risk that Veribi could use this information to solicit Compass's customers.

### Miner Serial Numbers and MAC Addresses

32.     Individuals involved in cryptocurrency mining use the serial numbers and MAC accesses of miners to identify and control those machines.

33.     Compass tracks the serial numbers and MAC addresses of its customers' miners as part of its hosting services and mining operations.

34.     Compass treats this information as confidential and takes reasonable steps to prevent its disclosure.

35.     Public disclosure of the serial numbers and/or MAC addresses of customers' miners creates a risk that these machines could be hijacked or otherwise converted by nefarious third parties, and would also jeopardize Compass's reputation as a trusted service provider.

DECL. OF THOMAS HELLER ISO DEF.'S
REQUEST FOR PROT. ORDER

*Financial Records and Information*

36.    Compass possesses financial information for itself and for its customers, including bank account information and other sensitive financial information.

37.    Compass treats this information as confidential and takes reasonable steps to prevent its disclosure.

38.    Public disclosure of this information would expose Compass and its customers to a risk of identity theft and actual theft. Such disclosure would also harm Compass's reputation as a trusted service provider in the industry.

*Personnel Records for Whit Gibbs*

39.    Compass maintains its personnel files for all employees, including its former CEO, Whit Gibbs, on a confidential basis, and takes reasonable steps to prevent the disclosure of this information.

40.    If Mr. Gibbs's personnel files were disclosed publicly, it would jeopardize Mr. Gibbs's privacy rights, impair Compass's ability to conduct its internal human resource operations on a confidential basis, and potentially expose Compass to liability from Mr. Gibbs.

*Compass's Confidential Hosting Terms and Business Contracts*

41.    Compass's negotiated hosting rates, contracted energy rates, and precise contract terms are all competitively sensitive business information.

42.    The industry for collocation and hosting services for cryptocurrency miners is highly competitive. Market participants compete heavily over negotiated hosting rates with third-party hosting facilities and/or power providers, and this information is closely guarded by Compass.

DECL. OF THOMAS HELLER ISO DEF.'S
REQUEST FOR PROT. ORDER

43.     Similarly, many of Compass's business contracts, including hosting agreements such as the agreements at issue in this case, as wells as power purchase agreements, contain confidentiality provisions prohibiting public disclosure.

44.     Compass treats this information as confidential and takes reasonable steps to prevent its disclosure.

45.     Disclosure of this confidential business information—either publicly or to Veribi—would harm Compass by revealing Compass's sensitive commercial strategic and operational information. It would also risk breach of some of Compass's business contracts.

### *Compass's Confidential Business Strategy*

46.     Compass's internal strategic business discussions about hosting strategy and negotiation strategies with hosting providers are also competitively sensitive.

47.     Compass treats this information as confidential and takes reasonable steps to prevent its disclosure.

48.     Disclosure of this confidential business information—either publicly or to Veribi—would harm Compass by revealing Compass's confidential plans, tactics, and negotiations, to a direct competitor and/or the world, which would undermine Compass's position in the marketplace.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 22nd day of August 2023.

By: _Thomas Heller_
DocuSigned by:
C2AABEA6DD3F48A...

Thomas Heller

-9-

Case No. 2:22-CV-04537-MEMF-JPR

DECL. OF THOMAS HELLER ISO DEF.'S
REQUEST FOR PROT. ORDER

# EXHIBIT 1



# HPC Collocation & Hosting

- We **own** the underlying real estate of our data centers.
- No minimum order quantity (1-5 servers are OK).
- We offer free storage of your servers in our warehouse if you want to ship them to us before our sites will be available.
- Site visits are possible. We just need a signed NDA.

Partnership opportunities in developing our projects or reserving collocation space.



Contact us at contact@veribi.com.

Copyright © 2023 Veribi

# Veribi

## HPC data centers development, collocation & hosting




## HPC Data center development

Project management from identifying data center site locations. Developing and managing the project. Coordinating with all involved parties. Power purchase agreements. Operation of data center with remote and onsite monitoring, maintenance & support.

Our experience from industrial real estate development comes handy on HPC data center developments from green field to finished project. We are able to navigate through local bureaucracy to get the projects done.

# Contact

If you are  would like to work with us, send us an email with some information about you and we will get back to you. Contact us at contact@veribi.com

Copyright © 2023 Veribi

# EXHIBIT 2

The Wayback Machine - https://web.archive.org/web/20211103231134/https://veribi.com/

# VERIBI (HTTPS://WEB.ARCHIVE.ORG/WEB/20211103231134/HTTP

Těžení bitcoinu

## MÁME ZAPOJENO: 307 ASICŮ

## SOUČASNÝ VÝKON: 21 PETA HASH



### Co děláme?

Zabýváme se bitcoin miningem. Nakupujeme specializované ASIC minery, analyzujeme a testujeme hosting centra s nejlepšími cenami za elektřinu po celém světě. Zajišťujeme umístění ASICŮ v těchto centrech a pravidelný management (úvodní nastavení, údržba, opravy a reklamace, platby za elektřinu a hosting). Aktuálně připravujeme vlastní data centrum v USA. Zajímáme se o immersion cooling.

### Je těžení bitcoinu riskantní?

Těžení bitcoinu je velmi riskantní, podobně jako každá investice do kryptoměn. Musíte počítat s obrovskými výkyvy ceny bitcoinu. Množství bitcoinů které vytěžíte se mění podle obtížnosti celé sítě. Je potřeba počítat s plánovanými i neplánovanými výpadky během těžby. Celý nákup ASICŮ je riskantní, ale tuto část řešíme za vás. Nákupy se často dělají velmi rychle přes chatové programy. Na webech nejsou uvedeny správné informace o cenách a modelech na prodej. Z vlastních zkušeností radíme maximální obezřetnost.

**Naším cílem je umožnit těžbu bitcoinu každému a zajistit, aby byl celý proces maximálně bezproblémový. Jak to děláme si prosím přečtěte zde. (https://web.archive.org/web/20211103231134/https://veribi.com/jak-pracujeme/)**

Obchodní podmínky (https://web.archive.org/web/20211103231134/https://veribi.com/obchodni-podminky/)

FAQ (https://web.archive.org/web/20211103231134/https://veribi.com/casto-kladene-otazky/)



Copyright © 2021, All Rights Reserved.

# EXHIBIT 3

The Wayback Machine - https://web.archive.org/web/20221002162830/https://veribi.com/hosting/



# Hosting

- We are building bitcoin mining sites which are 100% under our control. We own the underlying real estate. We don't want any surprises and unnecessary downtime. We don't want to feel helpless when miners are down in some outsourced facility. Our goal is to have as much as possible under our direct control. Please read more about us.

- Electricity is automatically deducted from the pre-paid deposit each day. This allows us to reduce our administrative cost. We do a pre-paid deposit for hosting.

- We will do simple repair  like exchanging PSUs, control boards or fans on site. We keep extra parts on site so there are minimum downtime. For hash board repairs we send them to a repair center from time to time to make the repairs as economical as possible.  Customer is always free to use their selected repair center and pay for the costs.

- No minimum order quantity (1-5 miners are OK). But for smaller quantities we prefer hosting pre-paid so we can minimize invoicing frequency.

- No CAPEX.

- Electricity rate is fixed for the contract term. If the rate changes the contract can be cancelled by customer and remaining hosting deposit is fully refundable.

- We offer free storage of your miners in our warehouse if you want to ship them to us before our sites will be available for hosting.

- Site visits are welcome. We just need a signed NDA.

- No set up fees. No disconnect fees.

# Current offers



If you are interested in hosting please send an email to john@veribi.com.

Copyright © 2022 Veribi

# EXHIBIT 4

**John Vanhara** · 3rd+    **+ Follow**    · · ·
Interested in Ecotechnology
4mo · 🌐

Excited to work with **Arctic Immersion Systems** on our 2MW deployment in West Texas.



👍 14                                                    1 comment

👍 Like        💬 Comment        ↪ Repost        ➤ Send

# EXHIBIT 5



# EXHIBIT 6



**Jobs**

Find Jobs        Companies        Bitcoiner Events        Bit ☐ ☐        Post a job

# Mining tech with good knowledge of immersion opeations

Jul 18



**VERIBI LLC**

Wealth is a tool of freedom, but the pursuit of wealth is the way to slavery.

| Apply to this job | Save |

Website

Abilene, TX, USA

Full Time

Business Operations / Mining

Pays in Bitcoin

Share this job

We are looking for experienced mining tech with immersion at 1MW+ scale. Located nearby in TX with ability to come to the site on a regular basis to do onsite troubleshooting.

The job will comprise of:

Establishing the best operating procedures

Maintenance

Curtailment procedures

Huge plus if experienced with Lincoin pool ASIC management & functionality

Partly on site and partly remote. Not a full time position at this moment. Starting as part time, but flexible to the extent.

Resume is required and detailed proof of experience in immersion. Indicate required compensation.



**Jobs**

Find Jobs    Companies    Bitcoiner Events    Bit



Post a job

Apply to this job    Save

## Related jobs



**On site technician**
Boxminer



**Facility Operations Manager**
US Bitcoin Corp



**Load Center Technician I, Energy Division**
Cholla Energy



**Staff Accountant**
CleanSpark



**Content Creator**
CleanSpark

**Bitcoiner Jobs**

Contact us

Terms Of Service

Privacy Policy



**Menu**

Find Jobs

Companies

Bitcoiner Events

BitList

Post a job

**Browse Jobs By**

Companies

Locations

Categories

**Employers**

Log in

Sign up

**Job Seekers**

Log in

Sign up



**Jobs**

Find Jobs    Companies    Bitcoiner Events    BitLi     Post a job



# Interested in joining VERIBI LLC?

Wealth is a tool of freedom, but the pursuit of wealth is the way to slavery.

Website

Bitcoin mining sites & immersion hosting (coming soon in TX for 7.8c/kWh with no profit sharing)

## New jobs (1)

Page 1 of 1





**Get the latest Bitcoiner jobs sent to your inbox**

Weekly    2x / Week

All jobs    All locations    All categories

satoshi@bitcoin.org

Subscribe

**Mining tech with good knowledge of immersion opeations** 7/18/23
VERIBI LLC

Abilene, TX, USA
Full Time

Pays in Bitcoin

**B Jobs**

Find Jobs        Companies        Bitcoiner Events        BitLi

Post a job

Contact us          Find Jobs           Companies         Log in

Terms Of Service    Companies           Locations         Sign up

Privacy Policy      Bitcoiner Events    Categories

                    BitList                               **Job Seekers**

                    Post a job                            Log in

                                                          Sign up

# EXHIBIT 7



# EXHIBIT 8

