# EXHIBIT G

Alan E. Engle (SBN 224779)
alan.engle@meenlegal.com
MEADOR & ENGLE
1115 Seal Way
Seal Beach, CA 90740
Telephone: (310) 428-6985
Facsimile: (714) 386-5368

Attorneys for Plaintiff VERIBI, LLC,

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIBI, LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> vs <br><br> COMPASS MINING, INC., a Delaware corporation, <br><br> Defendant. | Case No.: 2:22-cv-04537-MEMF-JPR <br><br> Hon. Maame Ewusi-Mensah Frimpong <br><br> Magistrate Judge Hon. Jean P. Rosenbluth <br><br> **DECLARATION OF JOHN VANHARA IN OPPOSITION TO COMPASS MINING'S MOTION FOR A PROTECTIVE ORDER** <br><br> Hearing Date: Not Set |

I, John Vanhara, hereby declare as follows:

1. I am over the age of eighteen and have personal knowledge of the facts set forth in this declaration. I make this declaration based upon my personal knowledge of the facts asserted herein and, if called as a witness at trial or hearing, would be competent to testify thereto.

2. I am the owner of the Veribi, LLC, Plaintiff in this matter, and personally purchased a variety of bitcoin miners and associated hosting plans from Compass Mining for placement in Russia on behalf of Veribi.

3. This lawsuit concerns bitcoin miners in Siberia, Russia and related hosting services Veribi purchased from Compass for installation at a facility operated by Compass' partner, BitRiver, a large Russian bitcoin hosting firm. As detailed in the Complaint, following the Russian invasion of Ukraine, on or about April 20, 2022 the U.S. Department of the Treasury's Office of Foreign Assets Control (OFAC) designated BitRiver as a sanctioned Russian entity. OFAC sanctions prohibit business dealings with sanctioned entities.

4. Veribi is a small owner-operated business that primarily purchases and hosts bitcoin mining computers ("miners") with various bitcoin mining facilities. Such facilities, including those operated by Defendant Compass Mining, house miners and oversee their operation and provide related services, such as the provision of power and IT management.

5. It simply untrue that Veribi is in any respect a "competitor" of Compass Mining. While Veribi is in the process of opening its own bitcoin mining facility for bitcoin miners in Texas, it has no hosting customers other than itself. Even if the Texas facility could potentially be expanded in the future, at least to an extent, its current capacity is completely occupied by Veribi's own miners. Veribi does not now compete with Compass Mining to host bitcoin mining operations for others and is unlikely to compete with Compass Mining

1  any time in the future.

2        6.      To my understanding, a major component of Compass' business is selling miners at a profit with the promise of readily available hosting services. Veribi does not and does not intend to procure any bitcoin mining machines for any third parties. Veribi established its own bitcoin mining facility after poor experiences with Compass and other bitcoin miner hosting firms to competently manage bitcoin mining machines. Veribi has no interest in acquiring customers from Compass or copying its business strategies or operations.

      7.      On information and belief, Veribi and other Compass clients purchased over $30 million in bitcoin miners from Compass for hosting in Russia with BitRiver. While Compass initially indicated that it would work to remove its customers' miners from BitRiver's facility, or to sell them third parties, or seek a license from OFAC to remove the miners, Compass has taken no concrete steps in these directions of which I am aware. In fact, it appears that Compass' has simply ceased communicating with BitRiver, effectively abandoning millions of dollars of profit-generating bitcoin miners into the arms of a sanctioned Russian entity. When I tried to contact BitRiver directly to transfer or remove my miners, I was told that they were owned by Compass.

      8.      Compass' actions have generated significant public comment, discussion, and news reports. Many small and medium-size owners of bitcoin miners feel abandoned by Compass and believe that Compass' actions are not only not required by OFAC sanctions but are inconsistent with the intent and purpose of the sanctions. Nevertheless, Compass has asserted that its hands are tied, and that it is unable to assist its customers or compensate them for their losses on potential pain of prosecution for violating OFAC sanctions.

      10.      Due in part due of the weakness of Compass' proffered excuses, the lack of any license sought from OFAC, Compass' failure to produce any

2:22-cv-04537-MEMF-JPR       3

DECLARATION OF JOHN VANHARA IN OPPOSITION TO MOTION FOR A PROTECTIVE ORDER

reasoned legal opinion that supports its conduct, and Compass' failure to file suit against BitRiver for return of the miners, and other suspicious circumstances, I believe the nature of Compass' relationship with BitRiver is different from an "arm's length" business relationship that Compass seeks to portray.

11. To assess Compass' public statements and evaluate them against actual facts, Veribi requires substantial discovery from Compass concerning, inter alia, the nature of its operations in Russia, its relationship with BitRiver, any related contracts and understandings, and any internal discussions or debate about how to proceed in light of OFAC sanctions. At this point, it appears to me that Compass has simply weighed its options and decided to allow its customers to bear losses that only it is in a position to mitigate.

12. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: August 28, 2023
Redondo Beach, CA

*/s/ John Vanhara*
John Vanhara