# EXHIBIT H



Alan Engle <alan.engle@meenlegal.com>

---

### Re: Veribi v. Compass - protective order [IWOV-IDOCS.FID4732562]
1 message

---

**Alan Engle** <alan.engle@meenlegal.com>                                                                 Tue, Aug 15, 2023 at 5:13 PM
To: Alec Harris <AHarris@atllp.com>
Cc: Katie Guilfoyle <KGuilfoyle@atllp.com>, "Aaron Gundzik (aaron.gundzik@gghllp.com)" <aaron.gundzik@gghllp.com>

Alec,

As indicated previously, Veribi does not believe a separate stipulated protective order is called for in this case, much less one with two tiers of confidentiality designation that would prohibit anyone at Veribi from examining any documents marked as "highly confidential-AEO."

Veribi believes the default procedures of Rule 26 are adequate and does not agree that "good cause" exists to permit parties to preemptively designate documents as "confidential" or "highly confidential." Veribi is also not a "competitor" of Compass Mining. It is a single-person LLC that currently hosts some of its own bitcoin miners and that may (or may not) expand to provide some limited third-party hosting services in the future.

With respect to categories of items allegedly indicating "good cause", Veribi would work with you to allow for the redaction of information presumably not relevant to the case, such as personally identifying customer information, serial numbers and MAC addresses of cryptocurrency miners, and certain financial information and bank account numbers.

With respect to Compass's "private, strategic business discussions and negotiation tactics with hosting providers," Veribi believes that such information, at least with respect to BitRiver, is central to the case and the subject of significant public interest. Compass has made a number of public statements and declarations regarding the nature of its relationship with BitRiver and its alleged obligations in light of OFAC sanctions, and it would be unfair to allow Compass to shield such information from disclosure, at least as exhibits to depositions or written submissions, even if the information reflects negatively on Compass.

While there are cases that go both ways with regard to protective orders, I would note that the magistrate judge cites *Oliner v. Kontrabecki*, 745 F.3d 1024 (9th Cir. 2014), in the Good Cause section of her draft protective order, and we believe *Oliner* supports our general position.

Again, we would be willing to work with you regarding potential areas of redaction for various types of documents, which we can discuss tomorrow, but, as indicated by Veribi's own document production, we do not believe there are many types of documents that should be subject to a stipulated protective order in this case.

Regards,

Alan


On Mon, Aug 14, 2023 at 10:53 AM Alec Harris <AHarris@atllp.com> wrote:

> Alan,
>
> Upon review, it appears to us as though Compass's request for a protective order is governed by Local Rule 37. That rule requires a few additional steps before the dispute can be heard before the judge. Specifically upon review of a discovery dispute letter identifying the issues, we must meet and confer by telephone within 10 days. If we cannot agree, we must submit a joint stipulation on the matter.
>
> To that end, attached please find a discovery dispute letter. I have also enclosed an updated proposed protective order, which is based on our magistrate judge's template protective order.

We are currently available to discuss with you by phone at the following times:

- Tues. after 12p PT
- Wed. after 2p PT
- Thursday after 8a PT

Please let me know if any of the times above work.

Sincerely,

Alec



Armstrong Teasdale LLP

**Alec P. Harris** | Partner

4643 South Ulster Street, Suite 800, Denver, CO 80237
MAIN PHONE: 720.200.0676 | MAIN FAX: 720.200.0679
DIRECT: 720.200.0615 | Extension: 3844 | FAX: 720.200.0679 | CELL: 303.995.4135
aharris@atllp.com
www.armstrongteasdale.com

---

**From:** Alec Harris
**Sent:** Tuesday, August 8, 2023 9:39 AM
**To:** Alan Engle <alan.engle@meenlegal.com>
**Cc:** Katie Guilfoyle <KGuilfoyle@Atllp.com>; Aaron Gundzik (aaron.gundzik@gghllp.com) <aaron.gundzik@gghllp.com>
**Subject:** RE: Veribi v. Compass - protective order [IWOV-IDOCS.FID4732562]

Alan,

Between Allan Goodman and Daniel Platt, my preference would be for Judge Goodman. We will reach out to him to confirm his availability / willingness to serve as the panel mediator on this case.

With respect to the protective order issue, we respectfully disagree with your position. We are concerned that your offer to have the parties informally agree to treat documents / information in the case as confidential on a preliminary basis will not provide clear guidance as to how those documents / information will be treated, nor adequate protection, as a protective order would. With respect to your concerns regarding public / client access to information, I would point out that our proposed protective order simply provides a framework to designate and handle protected information—it does not suggest that all documents in the case will be confidential. And it includes both an objective standard for designation and a mechanism for the parties to adjudicate confidentiality disputes.

In light of the above, we will proceed with our motion for protective order and note Plaintiff's opposition.

Sincerely,

Alec



Armstrong Teasdale LLP

Alec P. Harris | Partner

4643 South Ulster Street, Suite 800, Denver, CO 80237
MAIN PHONE: 720.200.0676 | MAIN FAX: 720.200.0679
DIRECT: 720.200.0615 | Extension: 3844 | FAX: 720.200.0679 | CELL: 303.995.4135
aharris@atllp.com
www.armstrongteasdale.com

---

**From:** Alan Engle <alan.engle@meenlegal.com>
**Sent:** Friday, August 4, 2023 5:39 PM
**To:** Alec Harris <AHarris@atllp.com>
**Cc:** Katie Guilfoyle <KGuilfoyle@Atllp.com>
**Subject:** Re: Veribi v. Compass - protective order [IWOV-IDOCS.FID4732562]



CAUTION: EXTERNAL EMAIL

Alec,

We would be agreeable to Allan Goodman or Daniel Platt as mediators. We would also be agreeable to Diane Faber or Darren Franklin from the mediation panel, who may (or may not) have more open schedules.

Regarding a stipulated protective order, I've discussed the issue with our client and Veribi would prefer not to any into any stipulated protective order, and certainly not an attorneys eyes only order, as Veribi is largely a one-person company at this time.

Our client needs the ability to make informed decisions about the case. Also, we do not believe Veribi competes with Compass in any material respect. Compass is a large company and Veribi is basically a sole proprietorship. To the extent they could speculatively compete at some future date, we believe any "competitive" information relevant to this case would be outmoded. Also, a case involving parties in the same general industry is hardly atypical.

Thus, we believe Rule 26(c) affords the protection either party may need if there is good cause for ensuring the confidentiality of specific documents or information. We do not want to burden Compass and would likely be amenable to treating some information as confidential, if so identified, on a preliminary basis and would likely agree to such a designation based on an abbreviated meet and confer. However, this is a presumptively public dispute which implicates broader interests, including the application of an Executive Order, and we do not believe it would be appropriate to permit either party to presumptively designate information as confidential or Attorneys Eyes Only on the basis of a stipulated protective order.

Regards,

Alan Engle

On Tue, Jul 25, 2023 at 9:02 AM Alec Harris <AHarris@atllp.com> wrote:

> Alan,
>
> Following up on our meet and confer, attached is a proposed draft protective order.
>
> Having considered the issue and discussed it with Compass, Compass's position is that an Attorneys' Eyes Only provision is necessary in this action. The reason is that it appears Veribi is now offering cryptocurrency hosting services, and as such, is a direct competitor to Compass. For example, Veribi's website states that Veribi offers "data centers development, collocation & hosting," works on "[p]ower purchase agreements", and "[o]peration of data center with remote and onsite monitoring, maintenance & support." We are concerned that absent AEO protection, Veribi may be able to obtain through discovery competitively sensitive commercial information from Compass, such as hosting rates, hosting partners, and customer identities.
>
> Please let me know whether Veribi will agree to the attached draft.
>
> Sincerely,
>
> Alec



Armstrong Teasdale LLP

**Alec P. Harris** | Partner

4643 South Ulster Street, Suite 800, Denver, CO 80237
MAIN PHONE: 720.200.0676 | MAIN FAX: 720.200.0679
DIRECT: 720.200.0615 | Extension: 3844 | FAX: 720.200.0679 | CELL: 303.995.4135
aharris@atllp.com
www.armstrongteasdale.com

********** PRIVATE AND CONFIDENTIAL**********

This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient, Armstrong Teasdale LLP or its subsidiaries.  If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or  attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by email (**admin@atllp.com**) or by telephone (+1 800.243.5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP or its subsidiaries shall be understood as neither given nor endorsed by it. Armstrong Teasdale LLP and its subsidiaries may monitor email traffic data. Please read our **Global Privacy Policy** to find out how Armstrong Teasdale LLP and its subsidiaries process personal information.

Armstrong Teasdale LLP is a Missouri-registered limited liability partnership organized under the laws of the State of Missouri, USA. The London office of Armstrong Teasdale LLP is operated by Armstrong Teasdale Limited, a private limited company registered in England and Wales (Registration No. 08879988), that is authorized and regulated by the Solicitors Regulation Authority (SRA No. 657002). The registered office of Armstrong Teasdale Limited is 38-43 Lincoln's Inn Fields, London WC2A 3PE. Please review our **International Legal Notices**.

--

# Meador & Engle

www.meenlegal.com

1115 Seal Way

Seal Beach, CA 90740

Phone: 310-428-6985

Fax: 714-386-5368

This e-mail (including any attachments) may be privileged and/or confidential under the attorney-client privilege, attorney work-product doctrine, or other basis.  If you are not the intended recipient of this communication, please notify the sender.  Any retention, dissemination, distribution, or copying of confidential attorney-client communications is prohibited.

********** PRIVATE AND CONFIDENTIAL**********

This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient, Armstrong Teasdale LLP or its subsidiaries.  If you are not the intended recipient, any

disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by email (admin@atllp.com) or by telephone (+1 800.243.5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP or its subsidiaries shall be understood as neither given nor endorsed by it. Armstrong Teasdale LLP and its subsidiaries may monitor email traffic data. Please read our **Global Privacy Policy** to find out how Armstrong Teasdale LLP and its subsidiaries process personal information.

Armstrong Teasdale LLP is a Missouri-registered limited liability partnership organized under the laws of the State of Missouri, USA. The London office of Armstrong Teasdale LLP is operated by Armstrong Teasdale Limited, a private limited company registered in England and Wales (Registration No. 08879988), that is authorized and regulated by the Solicitors Regulation Authority (SRA No. 657002). The registered office of Armstrong Teasdale Limited is 38-43 Lincoln's Inn Fields, London WC2A 3PE. Please review our **International Legal Notices.**

--

## Meador & Engle
www.meenlegal.com
1115 Seal Way
Seal Beach, CA 90740
Phone: 310-428-6985
Fax: 714-386-5368

This e-mail (including any attachments) may be privileged and/or confidential under the attorney-client privilege, attorney work-product doctrine, or other basis. If you are not the intended recipient of this communication, please notify the sender. Any retention, dissemination, distribution, or copying of confidential attorney-client communications is prohibited.