GUNDZIK GUNDZIK HEEGER LLP
Aaron C. Gundzik (State Bar No. 132137)
Aaron.gundzik@gghllp.com
14011 Ventura Blvd, Suite 206E
Sherman Oaks, CA 91423
Telephone: 818.290.7461
Facsimile: 818.918.2316

ARMSTRONG TEASDALE LLP
Alec P. Harris (*pro hac vice*)
Kathleen Guilfoyle (*pro hac vice*)
aharris@atllp.com
kguilfoyle@atllp.com
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone:   720.200.0676
Facsimile:   720.200.0679

Attorneys for Defendant
COMPASS MINING, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIBI, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>COMPASS MINING, INC., a Delaware corporation,<br><br>Defendants. | Case No.: 2:22-CV-04537-MEMF-JPR<br><br>Hon. Maame Ewusi-Mensah Frimpong<br>Hon. Jean. P. Rosenbluth<br><br>**NOTICE OF WITHDRAWAL** |

1  PLEASE TAKE NOTICE that effective September 8, 2023, Kathleen Guilfoyle, an attorney at Armstrong Teasdale LLP hereby gives notice of withdrawal as counsel for Defendant Compass Mining, Inc. in the above captioned matter. Attorneys Alec Harris of Armstrong Teasdale LLP and Aaron Gundzik of Gundzik Gundzik Heeger will continue to serve as counsel for Defendant Compass Mining, Inc.

Dated: September 8, 2023            ARMSTRONG TEASDALE LLP

By:   /s/ *Kathleen F. Guilfoyle*

Attorneys for Defendant Compass Mining, Inc.

-2-

Case No. 2:22-CV-04537-MEMF-JPR                                    NOTICE OF WITHDRAWAL