GUNDZIK GUNDZIK HEEGER LLP
Aaron C. Gundzik (State Bar No. 132137)
Aaron.gundzik@gghllp.com
14011 Ventura Blvd, Suite 206E
Sherman Oaks, CA 91423
Telephone: 818.290.7461
Facsimile: 818.918.2316

ARMSTRONG TEASDALE LLP
Alec P. Harris (*pro hac vice*)
Michael Gehret (State Bar No. 247869)
aharris@atllp.com
mgehret@atllp.com
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone:  720.200.0676
Facsimile:   720.200.0679

Attorneys for Defendant
COMPASS MINING, INC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VERIBI, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>COMPASS MINING, INC., a Delaware corporation,<br><br>Defendants. | Case No.: 2:22-CV-04537-MEMF-JPR<br><br>Hon. Maame Ewusi-Mensah Frimpong<br>Hon. Jean. P. Rosenbluth<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

PLEASE TAKE NOTICE that effective September 20, 2023, Alec Harris, an attorney at Armstrong Teasdale LLP hereby gives notice of withdrawal as counsel for Defendant Compass Mining, Inc. in the above captioned matter.

Attorney Michael Gehret of Armstrong Teasdale LLP, hereby enters his appearance on behalf of Defendant Compass Mining, Inc. Please address all further pleadings to Michael Gehret at 222 South Main Street, Suite 1830, Salt Lake City, UT 84101.

Dated: September 20, 2023

ARMSTRONG TEASDALE LLP

/s/ Alec Harris                    /s/ Michael Gehret

Attorneys for Defendant Compass Mining, Inc.