Peter H. Donaldson
Armstrong Teasdale LLP
222 S. Main Street, Suite 1830
Salt Lake City, UT 84101
801-401-1600

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIBI, LLC, a Nevada limited liability company,<br><br>                                              Plaintiff(s)<br>v.<br>COMPASS MINING, INC., a Delaware corporation,<br><br>                                              Defendant(s). | CASE NUMBER<br><br>2:22-cv-04537<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Peter H. Donaldson    of    Armstrong Teasdale LLP, 222 S. Main Street, Suite 1830, Salt Lake City, UT 84101
*Applicant's Name (Last Name, First Name & Middle Initial*
801-401-1600
*Telephone Number*    *Fax Number*
pdonaldson@atllp.com
*E-Mail Address*                                        *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Compass Mining, Inc.

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Gundzik, Aaron C    of    Gundzik Gundzik Heeger LLP, 14011 Ventura Blvd, Suite 206E, Sherman Oaks, CA 91423
*Designee's Name (Last Name, First Name & Middle Initial*
132137          818-290-7461          818-918-2316
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

*E-Mail Address*                                       *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED
☐ DENIED:  ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application:
           ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
           ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated: _____

U.S. District Judge/U.S. Magistrate Judge