UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV22-4537-MEMF (JPRx) | Date | September 28, 2023 |
| Title | Veribi, LLC v. Compass Mining Inc. | | |

| | |
|---|---|
| Present: The Honorable | Jean P. Rosenbluth, United States Magistrate Judge |

| | |
|---|---|
| Bea Martinez | CS 9/28/2023 |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| Alan E. Engle | Michael A. Gehret |

**Proceedings:**     (IN COURT): Defendant's Motion for Protective Order  (via zoom)

Case is called.  Counsel make their appearances. Court addresses parties. Argument heard.

For the reasons stated on the record at the hearing, Defendant's motion for a protective order is GRANTED.  No later than October 13, 2023, the parties are to meet and confer and lodge with the Court a proposed stipulated protective order. The Court expects the parties to act in good faith during the meet and confer to come up with compromise language that both parties can live with. To the extent they are unable to do so, they should indicate individually for that portion of the protective order Plaintiff's proposed language and Defendant's proposed language, and the Court will choose language or modify one or the other proposal as it sees fit.

cc: Judge Frimpong

|  | : | 30 |
|---|---|---|
| Initials of Preparer | | bm |