Peter H. Donaldson
Armstrong Teasdale LLP
222 S. Main Street, Suite 1830
Salt Lake City, UT 84101
801-401-1600

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIBI, LLC, a Nevada limited liability company, <br><br> Plaintiff(s) <br> v. <br> COMPASS MINING, INC., a Delaware corporation, <br><br> Defendant(s). | CASE NUMBER <br><br> 2:22-cv-04537 <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Peter H. Donaldson                                    of
*Applicant's Name (Last Name, First Name & Middle Initial*

801-401-1600
*Telephone Number*              *Fax Number*

pdonaldson@atllp.com
*E-Mail Address*

| Armstrong Teasdale LLP |
| 222 S. Main Street, Suite 1830 |
| Salt Lake City, UT 84101 |

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Compass Mining, Inc.

*Name(s) of Party(ies) Represent*     ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Gundzik, Aaron C                                    of
*Designee's Name (Last Name, First Name & Middle Initial*

132137                      818-290-7461         818-918-2316
*Designee's Cal. Bar No.*     *Telephone Number*     *Fax Number*

*E-Mail Address*

| Gundzik Gundzik Heeger LLP |
| 14011 Ventura Blvd, Suite 206E |
| Sherman Oaks, CA 91423 |

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:     ☐   for failure to pay the required fee.

☐   for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐   for failure to complete Application: _____

☐   pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐   pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐   because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated: _____                                  _____
                                                        U.S. District Judge/U.S. Magistrate Judge