Peter H. Donaldson
Armstrong Teasdale LLP
222 S. Main Street, Suite 1830
Salt Lake City, UT 84101
801-401-1600

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIBI, LLC, a Nevada limited liability company, | CASE NUMBER |
| Plaintiff(s) | 2:22-cv-04537-MEMF |
| v. | [65] [68] |
| COMPASS MINING, INC., a Delaware corporation, | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Peter H. Donaldson                                        of

*Applicant's Name (Last Name, First Name & Middle Initial*

801-401-1600

*Telephone Number*          *Fax Number*

pdonaldson@atllp.com

*E-Mail Address*

Armstrong Teasdale LLP
222 S. Main Street, Suite 1830
Salt Lake City, UT 84101

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Compass Mining, Inc.

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Gundzik, Aaron C                                        of

*Designee's Name (Last Name, First Name & Middle Initial*

132137              818-290-7461        818-918-2316

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

*E-Mail Address*

Gundzik Gundzik Heeger LLP
14011 Ventura Blvd, Suite 206E
Sherman Oaks, CA 91423

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:   ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: October 11, 2023**

_____
**U.S. District Judge**