Alan E. Engle (SBN 224779)
alan.engle@meenlegal.com
MEADOR & ENGLE
1115 Seal Way
Seal Beach, CA 90740
Telephone: (310) 428-6985
Facsimile: (714) 386-5368

Attorneys for Plaintiff, Veribi, LLC

GUNDZIK GUNDZIK HEEGER LLP
Aaron C. Gundzik (State Bar No. 132137)
Aaron.gundzik@gghllp.com
14011 Ventura Blvd, Suite 206E
Sherman Oaks, CA 91423
Telephone: 818.290.7461
Facsimile: 818.918.2316

ARMSTRONG TEASDALE LLP
Michael A. Gehret (State Bar No. 24786
Peter H. Donaldson (*pro hac vice*)
Telephone:  801.401.1600
Facsimile:   314.621.5065

Attorneys for Defendant, Compass Mining, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIBI, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>COMPASS MINING, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 2:22-CV-04537-MEMF-JPR<br><br>Hon. Maame Ewusi-Mensah Frimpong<br>Magistrate: Hon. Jean P. Rosenbluth<br><br>**JOINT NOTICE REGARDING LODGING OF [PROPOSED] STIPULATED PROTECTIVE ORDER** |

Pursuant to the Court's September 28, 2023 Minute Order granting Defendant's Motion for a Protective Order, the parties hereby lodge the attached [PROPOSED] STIPULATED PROTECTIVE ORDER.

The parties have met and conferred in good faith over the terms of the Protective Order. They have agreed on a Proposed Order that largely follows the Court's FORM STIPULATED PROTECTIVE ORDER, and they have reached a stipulation on nearly all of the proposed language.

However, the parties still differ on the language under Section 1.2 GOOD CASE STATEMENT:

Veribi, LLC ("Veribi") proposes noting that the Court found good cause for entry of a protective order after the parties briefed the matter and the Court held a hearing on September 28, 2023.

Compass Mining, Inc. ("Compass") proposes a statement that incorporates Veribi's proposed statement and also adds detailed reasons why good cause exists, which reasons were submitted with Compass's Motion for a Protective Order and the associated briefing and hearing.

Veribi disputes a number of the contentions in Compass's proposed statement and does not wish to stipulate to them.

The parties therefore submit the language of their respective proposed statements, which are separately identified and set forth in the attached [PROPOSED] STIPULATED PROTECTIVE ORDER, so that the Court can choose language or modify one or the other proposal, as it sees fit.

Respectfully submitted,

DATED: October 13, 2023        MEADOR & ENGLE

    */s/ Alan Engle*

Alan E. Engle
Attorneys for Plaintiff Veribi, LLC


DATED: October 13, 2023        ARMSTRONG TEASDALE LLP

    *Peter Davidson*

Peter H. Donaldson
Michael A. Gehret
Attorneys for Defendant Compass Mining, Inc.