ARMSTRONG TEASDALE LLP
Julie Wescott O'Dell (State Bar No. 291083)
jodell@atllp.com
19800 MacArthur Boulveard, Suite 300
Irvine, California 92612
949.255.6433

Peter H. Donaldson (*pro hac vice*)
pdonaldson@atllp.com
Michael Gehret (State Bar No. 247869)
mgehret@atllp.com
222 S. Main Street, Suite 1830
Salt Lake City, Utah 84101
801.401.1600

Attorneys for Defendant
COMPASS MINING, INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIBI, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>COMPASS MINING, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 2:22-CV-04537-MEMF-JPR<br><br>Hon. Maame Ewusi-Mensah Frimpong<br>Hon. Jean. P. Rosenbluth<br><br>**STIPULATED MOTION TO AMEND JULY 5, 2023 TRIAL ORDER** |

The parties to the above-captioned action, Plaintiff Veribi, LLC and Defendant Compass Mining, Inc. (collectively, the "Parties"), through their undersigned counsel, jointly move the Court to amend its July 5, 2023 trial order [Doc. 53] (the "Trial Order"). This motion is made following the conference of the Parties' counsel pursuant to L.R. 7-3 which took place on January 24, 2024. Specifically, the Parties jointly request the Court to extend deadlines set forth in the

Trial Order for a period of approximately five months, as further set forth in the proposed order submitted herewith.

The Parties have good cause for this request, and this motion is made in good faith upon due diligence and not for the purpose of delay. Following entry of the initial Civil Trial Order on July 5, 2023, fact discovery was delayed for a time due to an adjudicated dispute over entry of a protective order governing the exchange of confidential information ("Protective Order"). Defendant filed a motion for a protective order on August 31, 2023, but that motion was not resolved until October 17, 2023, when the Court entered the Protective Order in this case. In addition, prior lead counsel for Defendant, Alec Harris, withdrew from this case due to a change in firm affiliation, and new counsel for Defendant Peter Donaldson received *pro hac vice* admission on October 11, 2023. The parties have exchanged written discovery requests, and they are working together to resolve issues and complete discovery. However, given the initial delays in the schedule, the status of discovery to date, and counsel for the Parties' respective schedules in the coming months, the Parties require additional time to complete discovery and trial preparations, as requested herein. The Parties respectfully request that the Court enter the proposed order submitted herewith, or otherwise enter an Amended Civil Trial Order substantially similar to the proposed order submitted herewith.

Dated:  February 6, 2024

| | |
|---|---|
| ARMSTRONG TEASDALE LLP | MEADOR & ENGLE |
| */s/ Peter Donaldson* <br> Julie Wescott O'Dell <br> Peter Donaldson <br> Michael Gehret | */s/ Alan Engle (with permission)* <br> Alan E. Engle |
| *Attorneys for Defendant Compass Mining* | *Attorneys for Plaintiff Veribi, LLC* |