# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIBI, LLC, a Nevada limited liability company,<br><br>        Plaintiff,<br><br>   v.<br><br>COMPASS MINING, INC., a Delaware corporation,<br><br>        Defendant. | Case No.: 2:22-CV-04537-MEMF-JPR<br><br>**ORDER GRANTING STIPULATED MOTION TO AMEND JULY 5, 2023 TRIAL ORDER [ECF NO. 74]** |

      The Court, having considered the Parties' Stipulated Motion to Amend the Court's July 5, 2023 trial order (the "Stipulated Motion") and finding good cause therefor, hereby GRANTS the Stipulated Motion and ORDERS as follows:

      The Court's dates set by the Court in its July 5, 2023 trial order [Doc. 53] (the "Trial Order") are amended as follows:

| Trial and Final Pretrial Conference Dates | Deadline to be Amended | Court Order |
|---|---|---|
| Trial | September 16, 2024 | February 24, 2025 |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions in Limine. | August 28, 2024 | February 5, 2025 at 10:00 a.m. |
| Fact Discovery Cut-Off | March 13, 2024 | August 21, 2024 |
| Expert Disclosure (Initial) | March 20, 2024 | August 28, 2024 |

| | | |
|---|---|---|
| Expert Disclosure (Rebuttal) | April 3, 2024 | September 11, 2024 |
| Expert Discovery Cut-Off | April 17, 2024 | September 25, 2024 |
| Last Date to Hear Motions [Thursday] | June 6, 2024 | November 14, 2024 |
| Deadline to Complete Settlement Conference [L.R. 16-15] | Court mediation panel: June 19, 2024 | Court mediation panel: November 27, 2024 |
| Trial Filings (first round)<ul><li>Motions in Limine</li><li>Memoranda of Contentions of Fact and Law [L.R. 16-4]</li><li>Witness Lists [L.R. 16-5]</li><li>Joint Exhibit List [L.R. 16-6.1]</li><li>Joint Status Report Regarding Settlement</li><li>Proposed Findings of Fact and Conclusions of Law [L.R. 52]</li><li>(bench trial only)</li><li>Declarations containing Direct Testimony, if ordered (bench trial only)</li></ul> | July 31, 2024 | January 8, 2025 |
| Trial Filings (second round)<ul><li>Oppositions to Motions in Limine</li><li>Joint Proposed Final Pretrial Conference Order [L.R. 16-7]</li><li>Joint Agreed Upon Proposed Jury Instructions (jury trial only)</li><li>Disputed Proposed Jury Instructions (jury trial only)</li><li>Joint Proposed Verdict Forms (jury trial only)</li><li>Joint Proposed Statement of the Case (jury trial only)</li><li>Proposed Voir Dire Questions, if any (jury trial only)</li><li>Evidentiary Objections to Declarations of Direct Testimony</li><li>(bench trial only)</li></ul> | August 14, 2024 | January 22, 2025 |

IT IS SO ORDERED.

Dated: February 21, 2024

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge