# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff(s)<br><br>v.<br><br>Defendant(s) | CASE NUMBER<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

☐ The Court hereby orders that the request of:

_____ ☐ Plaintiff ☐ Defendant ☐ Other _____
*Name of Party*

☐ to substitute _____ who is

☐ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

_____
*Street Address*

_____     _____
*City, State, Zip*                                      *E-Mail Address*

_____     _____     _____
*Telephone Number*              *Fax Number*                    *State Bar Number*

as attorney of record instead of _____
*List **all** attorneys from same firm or agency who are withdrawing.*

_____

**is hereby** ☐ GRANTED  ☐ DENIED

☐ The Court hereby orders that the request of [_____]
*List **all** attorneys from same firm or agency who are withdrawing.*

[_____]

to withdraw as attorney of record for [_____]
**is hereby** ☐ GRANTED  ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated _____          _____
                                                              U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (02/24)         **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**