# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIBI, LLC<br><br>Plaintiff(s),<br><br>v.<br><br>COMPASS MINING INC<br><br>Defendant(s). | CASE NUMBER:<br><br>2:22–cv–04537–MEMF–JPR<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __4/9/2024__

Document No.:   __76__

Title of Document:   __Request to Substitute or Withdraw Attorney (G–01)__

**ERROR(S) WITH DOCUMENT:**

Document submitted is defective and cannot be open by the clerk

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __April 10, 2024__      By: __/s/ *Evelyn Synagogue* Evelyn_Synagogue@cacd.uscourts.gov__
                                     Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**