Alan E. Engle (SBN 224779)
alan.engle@meenlegal.com
MEADOR & ENGLE
1115 Seal Way
Seal Beach, CA 90740
Telephone: (310) 428-6985
Facsimile: (714) 386-5368

Attorneys for Plaintiff, VERIBI, LLC

Julie Wescott O'Dell (State Bar No. 291083)
jodell@atllp.com
ARMSTRONG TEASDALE LLP
19800 MacArthur Boulevard, Suite 300
Irvine, California 92612
949.255.6433

Peter H. Donaldson (*pro hac vice*)
pdonaldson@atllp.com
Michael Gehret (State Bar No. 247869)
mgehret@atllp.com
222 S. Main Street, Suite 1830
Salt Lake City, Utah 84101
801.401.1600

Attorneys for Defendant, COMPASS MINING, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIBI, LLC, a Nevada limited liability company,<br><br>  Plaintiff,<br><br>  v.<br><br>COMPASS MINING, INC., a Delaware corporation,<br><br>  Defendant. | Case No.: 2:22-CV-04537-MEMF-JPR<br><br>Hon. Maame Ewusi-Mensah Frimpong<br>Hon. Jean. P. Rosenbluth<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Veribi, LLC and Defendant Compass Mining, Inc., by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be

dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses. The dismissal shall be effective upon filing of this joint stipulation.

Dated: July 18, 2024

| ARMSTRONG TEASDALE LLP | MEADOR & ENGLE |
|---|---|
| /s/ Julie Westcott O'Dell | /s/ Alan E. Engle |
| Julie Wescott O'Dell<br>Peter Donaldson<br>Michael Gehret<br>9800 MacArthur Boulevard, Suite 300<br>Irvine, California 92612<br><br>Attorneys for Defendant Compass Mining, Inc. | Alan E. Engle<br>1115 Seal Way<br>Seal Beach, CA 90740<br><br>Attorneys for Plaintiff Veribi, LLC |